IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CIVIL ACTION |
| | * | NO. 2:05cv1100-T |
| HONORABLE BOB RILEY, as Governor of the State of Alabama. | * | |
| | * | |
| Defendant. | * | |
| | * | |

## COMPLAINT
## THREE-JUDGE COURT REQUESTED
## PRELIMINARY INJUNCTION REQUESTED

1. This is an action to enjoin violations of Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c.

## PARTIES

2. Yvonne Kennedy, James Buskey & William Clark are each registered voters in Mobile County, Alabama, and residents of County Commission District 1.

3. Honorable Bob Riley is the Governor of the State of Alabama and is the official charged with the responsibility of making appointments to fill vacancies on county commissions in Alabama in some circumstances according to Code of Alabama, § 11-3-6.

1

## FACTS

4. On October 3, 2005, Honorable Sam Jones, the individual formerly holding the office of County Commissioner of District 1 of the Mobile County Commission, vacated that office and assumed the office of Mayor of the City of Mobile.

5. Defendant Riley, after the decision of the Supreme Court of Alabama in <u>Riley v. Kennedy</u>, decided November 9, 2005 (copy attached), has the authority to make an appointment to fill the vacancy above mentioned. The plaintiffs are informed and believe that Governor Riley has appointed Juan Chastang to the position of Mobile County Commissioner.

6. On information and belief, the plaintiffs aver that no official of Mobile County or of the State of Alabama has submitted the change effected by the decision in <u>Riley v. Kennedy</u> to either the Attorney General of the United States or the U.S. District Court for the District of Columbia for preclearance under the Section 5 of the Voting Rights Act.

## CLAIM ONE

7. The defendant has violated the Voting Rights Act by administering a practice which is different from that in effect on 8 November 2005 without preclearance.

8. The plaintiffs are without an adequate remedy at law and will suffer irreparable damage unless the actions of the defendant in violation of the Voting Rights Act are enjoined.

## **PRAYER FOR RELIEF**

9. The Plaintiffs pray that the Court will enter a declaratory judgment that the defendant lacks the power to appoint a person to fill a vacancy on the Mobile County Commission unless and until the defendant obtains preclearance, as required by Section 5 of the Voting Rights Act.

10. The plaintiffs pray that the Court will grant a preliminary and permanent injunction to enjoin the defendant to not deliver the commission or other appointment papers to any person for the Mobile County Commission District 1 vacancy unless and until the defendant obtains preclearance, as required by Section 5 of the Voting Rights Act.

11. The plaintiffs pray that the Court will grant a preliminary and permanent injunction to enjoin the defendant and all persons acting in concert with him to refrain from any acts to appoint or swear in any person as a Mobile County Commissioner or for any person acting in concert with the defendant to accept or serve as an appointed Mobile County Commissioner unless and until the defendant obtains preclearance, as required by Section 5 of the Voting Rights Act.

12. The plaintiffs pray that the Court will convene a special district court of three-judges to hear this matter.

13. The plaintiffs pray that the Court will enter such other relief as the premises may require.

14. The plaintiffs pray that the Court will order the defendant to pay the plaintiffs' costs and reasonable attorneys' fees.

Signed on this 16th day of November, 2005

/s/ J. Cecil Gardner
J. Cecil Gardner
M. Vance McCrary
GARDNER, MIDDLEBROOKS,
GIBBONS, KITTRELL, OLSEN,
WALKER & HILL, P. C.
P. O. Box 3103
Mobile, Alabama 36652
Phone: 251-433-8100
Fax: 251-433-8181
E-mail: cgardner@gmlegal.com
vmccrary@gmlegal.com

/s/ Edward Still by JCG
Edward Still
Suite 201
2112 11th Avenue South
Birmingham, AL 35205
Phone: 205-320-2882
Fax: 877-264-5513
E-mail: Still@votelaw.com

## CERTIFICATE OF NOTICE

I certify that I notified each of the following of the time and place we intended to file this complaint, provided him with a copy of the complaint by fax or email, and informed him that we would request a preliminary injunction as quickly thereafter as possible:

Hon. Bob Riley
Governor, State of Alabama
State Capitol
600 Dexter Avenue
Montgomery, AL 36130
334-242-7100
Fax: 334-353-0004

Hon. Bob Riley
Governor, State of Alabama
c/o Hon. Troy King
Office of the Attorney General
Alabama State House
11 South Union Street, Third Floor
Montgomery, AL 36130
334-242-7300
fax 334-353-8440

John S. Parks, Esq.
Charles Campbell, Esq.
Assistant Attorney General
11 South Union Street
Montgomery, AL 36130
334-242-7300
fax 334-353-8440
Jpark@ago.state.al.us
Ccampbell@ago.state.al.us

J. CECIL GARDNER

5