# United States District Court

_____ MIDDLE _____ DISTRICT OF __ ALABAMA _____

NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,<br>    Plaintiffs<br>V.<br>HONORABLE BOB RILEY, as Governor of the State of Alabama<br>    Defendant. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 2:05cv1100-D |

TO: (Name and Address of Defendant)   Hon. Bob Riley, Governor
State of Alabama
State Capitol
600 Dexter Avenue
Montgomery, AL  36130

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

J. Cecil Gardner
M. Vance McCrary
GARDNER, MIDDLEBROOKS, GIBBONS,
KITTRELL, OLSEN, WALKER & HILL, P.C.
P. O. Box 3103
Mobile, AL  36652

Edward Still
Suite 201
2112 11th Avenue South
Birmingham, Alabama 35205

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*                                       11/16/05
_____                       _____
CLERK                                                    DATE

*[signature]*
_____
BY DEPUTY CLERK

# United States District Court

_____ MIDDLE _____ DISTRICT OF __ ALABAMA _____

NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,<br>                Plaintiffs<br>V.<br>HONORABLE BOB RILEY, as Governor of the State of Alabama<br>                Defendant. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 2:05cv1100-D |

**TO:** (Name and Address of Defendant)

    Hon. Bob Riley, Governor, State of Alabama
    c/o Hon. Troy King
    Office of the Attorney General
    Alabama State House
    11 South Union Street, Third Floor
    Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

J. Cecil Gardner
M. Vance McCrary
GARDNER, MIDDLEBROOKS, GIBBONS,
KITTRELL, OLSEN, WALKER & HILL, P.C.
P. O. Box 3103
Mobile, AL  36652

Edward Still
Suite 201
2112 11th Avenue South
Birmingham, Alabama 35205

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*                                                              11/16/05
**CLERK**                                                                                   DATE

*[signature]*
**BY DEPUTY CLERK**