IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> HONORABLE BOB RILEY, as Governor of the State of Alabama, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br> 2:05cv1100-T |

### ORDER

It is ORDERED that this case is set for an on-the-record scheduling conference before the undersigned on December 7, 2005, at 8:30 a.m. Counsel for plaintiffs are to arrange for the conference to be conducted by telephone.

DONE, this the 5th day of December, 2005.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE