# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 7, 2005            AT        8:40         A.M./P.M.

DATE COMPLETED   DECEMBER 7, 2005            AT        8:47         A.M./P.M.

```
YVONNE KENNEDY, et al            )
                                 )
          Plaintiffs             )
                                 )
     v                           )    CA No. 2:05-cv-1100-T
                                 )
HONORABLE BOB RILEY, etc.        )
                                 )
          Defendant              )
```

---

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Attys Edward Still, Jesse Gardner, | X | Atty John Park, Jr. |
| Michael McCrary | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Risa Entrekin, | Sheila Carnes, | Glory McLaughlin |
| Court Reporter | Courtroom Clerk | Law Clerk |

---

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SCHEDULING CONFERENCE


8:40 a.m.      Telephone scheduling conference commenced.
               1)   Parties agree that little or no discovery is necessary
                    and that January 26, 2006, is not a convenient date for
                    a hearing in the case due to other court conflicts.
               2)   Parties agree that requests for preliminary and
                    permanent injunctions may be consolidated.
               3)   Stipulation of Facts to be filed by January 6, 2006.
               4)   Briefing schedule set, as stated on the record.
               5)   Case will be set for oral argument.
8:47 a.m.      Conference concluded.