IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1100-T |
| ) | |
| HONORABLE BOB RILEY, as Governor of the State of Alabama, )<br>)<br>)<br>) | |
| Defendant. ) | |

Before Marcus, Circuit Judge, and Thompson and Albritton, District Judges.

### ORDER

During an on-the-record scheduling conference on December 7, 2005, counsel for the parties agreed that the sole issue before the three-judge court is "whether there was a change"; that the plaintiffs' requests for a preliminary injunction and a permanent injunction can be consolidated; and that, absent unforeseen circumstances, the case can be submitted on agreed-upon factual stipulations. The parties further agreed on a schedule for submission of the factual stipulations and for

briefing. Based on these agreements, it is ORDERED as follows:

    (1) The parties are to submit their agreed-upon factual stipulations by January 6, 2006.

    (2) Plaintiffs are to file their brief by January 20, 2006.

    (3) Defendant is to file his brief by February 3, 2006.

    (4) Plaintiffs may file a reply brief by February 10, 2006.

    (5) This case is set for oral argument before the three-judge court on March 29, 2006, at 1:00 p.m. in the ceremonial courtroom at the Frank M. Johnson, Jr. United States Courthouse complex, One Church Street, Montgomery, Alabama, 36104. Each side has one-half hour for argument.

DONE, on behalf, and with the approval, of the three-judge court, this the 7th day of December, 2005.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE