TEST

TEST

TEST

THIS IS A TEST NOTICING FOR THE CM/ECF SYSTEM.  PLEASE DISREGARD THIS NOTICE