IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-cv-1100-T |
| HONORABLE BOB RILEY, as Governor of the State of Alabama. | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Charles B. Campbell respectfully moves to withdraw as counsel of record in this case because he is leaving the Office of the Attorney General of Alabama. John J. Park, Jr., will continue to represent Defendant Bob Riley in this action.

        Respectfully submitted,

        TROY KING (KIN047)
        ATTORNEY GENERAL
        BY:


          s/ Charles B. Campbell
        Charles B. Campbell
        Bar Number: CAMPC6423
        Assistant Attorney General
        *Attorney for Defendant*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  ccampbell@ago.state.al.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still, Esq.
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

s/ Charles B. Campbell
Charles B. Campbell
Bar Number:  CAMPC6423
Assistant Attorney General
*Attorney for Defendant*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  ccampbell@ago.state.al.us

2