IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YVONNE KENNEDY, JAMES        )
BUSKEY & WILLIAM CLARK,      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:05cv1100-T
                             )
HONORABLE BOB RILEY, as      )
Governor of the State of     )
Alabama,                     )
                             )
    Defendant.               )
```

Before Marcus, Circuit Judge, and Thompson and Albritton, District Judges.

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 10) is granted.

DONE, on behalf and with the approval of the three-judge court, this the 3rd day of January, 2006.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE