IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, | * |
| | * |
| Plaintiffs, | |
| | * |
| vs. | CIVIL ACTION |
| | * |
| HONORABLE BOB RILEY, | NO. 2:05 CV 1100-T |
| As Governor of the State of Alabama | * |
| | |
| Defendant. | * |

**MOTION TO EXTEND TIME FOR FILING JOINT STIPULATION OF FACTS**

Bob Riley, in his official capacity as Governor of Alabama defendant in this action, moves for an extension of time for the filing of the Stipulation of facts to and until January 13, 2006. As grounds for this Motion, Governor Riley states:

1. Counsel for the Kennedy Plaintiffs has furnished a set of proposed stipulations to which the undersigned expects to propose some changes and additions.

2. Due to other obligations including his work on the redistricting case styled *Gustafson v. Johns* now pending before a three judge court in the United States District Court for the Southern District of Alabama, family obligations including a family wedding, and those arising from the departure of Charles B. Campbell from the Office of Attorney General, counsel has been unable to communicate his proposed changes. He expects to do so early in the week of January 9, 2006.

3. An extension of time to and until January 13, 2006, should be sufficient for the parties to agree to a set of stipulated facts. Counsel does not believe that this extension will force any other changes in the briefing schedule.

4. Counsel for the Kennedy Plaintiffs has no objection to this request.

Respectfully submitted,

**TROY KING (KIN047)
ATTORNEY GENERAL
BY:**

s/ John J. Park, Jr.
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still, Esq.
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

s/ John J. Park, Jr.
John J. Park, Jr. Bar Number:  (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

2