IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>)<br>    Plaintiffs, )<br>) <br>    v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

Before Marcus, Circuit Judge, and Thompson and Albritton, District Judges.

## ORDER

It is ORDERED that the motion to extend time for filing joint stipulation of fact (Doc. No. 12) is granted as requested.

DONE, on behalf and with the approval of the three-judge court, this the 9th day of January, 2006.

　　　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE