IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION |
| | * |
| HONORABLE BOB RILEY, | NO. 2:05 CV 1100-T |
| As Governor of the State of Alabama | * |
| | |
| Defendant. | * |

## JOINT STIPULATION OF FACT

1. Act 85-237 was a local act providing for the election of county commissioners to fill vacancies on the Mobile County Commission. Exhibit A.

2. The Alabama Attorney General submitted Act 85-237 for preclearance on April 15, 1985. Exhibit B.

3. The Attorney General of the U.S. issued a "no objection" letter regarding Act 85-237 on June 17, 1985. Exhibit C.

4. The Alabama Supreme Court decided <u>Stokes v. Noonan</u>, 534 So.2d 237, on September 30, 1988, and held that the subject of Act 85-237 was subsumed by general law (Ala. Code § 11-3-6) and therefore invalid under Ala. Const. Art. IV § 105. Exhibit D.

5. Act 2004-455 amended Ala. Code § 11-3-6 to allow local laws to provide an exception to the general rule of appointments by the Governor to file vacancies. Exhibit E.

6. The Alabama Attorney General submitted Act 2004-455 for preclearance on August 9, 2004. Exhibit F.

7. The Attorney General of the U.S. issued a "no objection" letter regarding Act 2004-455 on September 28, 2004. Exhibit G.

8. In September 2005, the Honorable Sam Jones, then the County Commissioner of District 1 of Mobile County, was elected Mayor of Mobile. Because Jones would have to resign from his position as County Commissioner to become Mayor, a vacancy on the county commission would be created.

9. In anticipation of that vacancy, on September 19, 2005, Yvonne Kennedy, James Buskey, and William Clark, the plaintiffs in this action, filed suit in the Circuit Court of Montgomery County, Alabama, seeking, among other things, a declaration that the vacancy was to be filled by special election.

10. On September 29, 2005, the Circuit Court of Montgomery County (Reese, J.) issued an Order declaring that the vacancy was to be filled by special election. Exhibit H.

11. On October 3, 2005, Honorable Sam Jones, the individual formerly holding the office of County Commissioner of District 1 of the Mobile County Commission, vacated that office and assumed the office of Mayor of the City of Mobile.

12. Governor Riley filed a timely notice of appeal from the Circuit Court of Montgomery County to the Supreme Court of Alabama.

13. By letter dated October 13, 2005, Probate Judge Don Davis submitted a special election procedure (to wit, the calling of the special election for the District 1 Commissioner) for preclearance. Exhibit I.

14. By letter dated October 25, 2005, the Office of the Attorney General of Alabama recommended that the Attorney General of the United States withhold action on the submission pending the outcome of the appeal in *Kennedy v. Davis*, Case No. CV-2005-2432, in the Circuit Court of Montgomery County. Exhibit J.

15. By letter dated October 26, 2005, the Attorney General of the United States interposed no objection to the proposed procedures for conducting the elections needed to fill the vacancy on the Mobile County Commission.

16. Pursuant to an expedited schedule Governor Riley and the Kennedy Appellees filed their Briefs in the Supreme Court of Alabama contemporaneously on November 3, 2006. Exhibits K and L.

17. On November 9, 2005, the Alabama Supreme Court decided Riley, et al v. Kennedy, et al, Case Number 1050087 and held that Act 2004-455, the amendment to Ala. Code § 11-3-6 to provide for special elections where provided for by local law, did not revive Act 85-237 to allow a special election to fill the vacancy created when Honorable Sam Jones assumed the office of Mayor of the City of Mobile. Exhibit M.

18. By letter dated November 10, 2005, the Office of the Attorney General of Alabama advised the Chief, Voting Section, Civil Rights Division, United States Department of Justice, of the Alabama Supreme court's ruling in *Kennedy v. Riley*. Exhibit N.

19. Between April 15, 1985 and today, except as noted above, neither the Alabama Attorney General nor any representative of Mobile County or its officials has submitted for preclearance any substantive change regarding the appointment or election of Mobile County commissioners to fill vacancies.

20. The parties disagree whether there has been a "change" within the meaning of the Voting Rights Act.

21. Governor Riley appointed Juan Chastang to the position of Mobile County Commissioner, District 1, on November 15, 2005.

22. According to the 2000 Census, the total population of Alabama was 4,447,100, of whom 26.3% were black.

23. The total registered voters (according to January 3, 2006 report of the Mobile County Board of Registrars) of Commission District 1, Mobile County, was 75,087 of whom 62% were black.

24. The total registered voters (according to the January 3, 2006 report of the Mobile County Board of Registrars) of Commission District 2, Mobile County was 78,857 of whom 18% were black.

25. The total registered voters (according to the January 3, 2006 report of the Mobile County Board of Registrars) of Commission District 3, Mobile County was 79,922 of whom 15% were black.

26. There are approximately three hundred fifty two (352) county commissioners in the 67 county commissions of Alabama.

27. Of the approximately three hundred fifty two (352) county commissioners of Alabama, approximately seventy eight (78) are black.

28. The parties agree that each of the Exhibits attached to these Stipulations are true and correct copies of the original documents.

/s/ Cecil Gardner
Cecil Gardner
Vance McCrary
Gardner, Middlebrooks, Gibbons & Kittrell
Post Office Drawer 3103
Mobile AL 36652
   phone 251.433.8100
   fax 251.433.8181
   email cgardner@gmlegal.com
   email vmccrary@gmlegal.com

Submitted by,

/s/ John J. Park
John J. Park, Jr. Esq.
Assistant Attorney General
Office of the Attorney General of Alabama
11 South Union Street
Montgomery AL 36130-0152
   phone: 334-242-7401
   fax: 334-242-4891
   email: jpark@ago.state.al.us

Edward Still
2112 11th Avenue South
Suite 201
Birmingham AL 35205-2844
   phone: 205-320-2882
   fax: 877-264-5513
   email: Still@votelaw.com

## CERTIFICATE OF SERVICE

I certify that on January 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed above.

/s/ Vance McCrary