# OFFICE OF THE ATTORNEY GENERAL



JAMES R. SOLOMON, JR.
DEPUTY ATTORNEY GENERAL

H. WARD MCMILLAN, JR.
EXECUTIVE ASSISTANT
TO THE ATTORNEY GENERAL

WALTER S. TURNER
CHIEF ASSISTANT ATTORNEY GENERAL

JANIE NOBLES
EXECUTIVE ASSISTANT

**CHARLES A. GRADDICK**
ATTORNEY GENERAL
STATE OF ALABAMA

ADMINISTRATIVE BUILDING
64 NORTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (205) 834-5150

April 15, 1985

Assistant Attorney General
Civil Rights Division
Department of Justice
Washington, D.C. 20530

RE: Submission Under Section 5 of the Voting Rights Act of 1965

Dear Sirs:

As required by Section 5 of the Voting Rights Act of 1965, I am enclosing for the approval of the Justice Department Act No. 85-237 of the 1985 Regular Session of the Legislature of Alabama. Act No. 85-237 is a local act providing for filling a vacancy in the office of County Commissioner of Mobile County, Alabama. It was enacted into law and approved on April 8, 1985.

In compliance with Section 51:25 of the Procedures For Submission under Section 5 of the Voting Rights Act, the following information is submitted:

a. A copy of the Act is enclosed.

b. By the Act under which the Mobile County Commission was created, Act No. 181, 1957 Regular Session of the Alabama Legislature (a copy of which is enclosed), a vacancy in the office of County Commissioner was filled by appointment of the Governor. (See Section 2(b) of Act NO. 188). Under Act No. 85-237 such vacancies will be filled by calling a special election.

EXHIBIT
B

Assistant Attorney General
Civil Rights Division
Page Two

- c. Person making the submission - Lynda Knight Oswald, Assistant Attorney General, State of Alabama, 250 Administrative Building, 64 North Union Street, Montgomery, Alabama 36130-1601, telephone Hon. Dan Wiley, President of the Mobile County Commission, County Courthouse, Mobile, Alabama 36602, telephone 205-690-8605 and Hon. Michael Figures, State Senator, 2317 St. Stephens Road, Mobile, Alabama 36617, telephone 205-456-9922.

- d. Submitting Authority - Attorney General, State of Alabama.

- e. Montgomery County, Alabama.

- f. State Legislature.

- g. The State Legislature provides for County government.

- h. April 8, 1985.

- i. April 8, 1985 and preclearance by the Justice Department.

- j. Change will not be enforced until approval is obtained from the Justice Department.

- k. Change will affect how a vacancy in the Office of county Commissioner of Mobile County is filled.

- l. Reasons for change must be obtained from local officials or from Senator Figures.

- m. There is no anticipated affect of this change on members of a racial or minority group.

- n. None.

- o.

- p.

Assistant Attorney General
Civil Rights Division
Page Three

    For further information, you should contact Mr. Wiley or Sentaor Figures.

        Sincerely,

        CHARLES A. GRADDICK
        Attorney General
        By:

        LYNDA K. OSWALD
        Assistant Attorney General

LKO/sw

Enclosure

cc:  Hon. Dan Wiley
     Hon. Michael Figures