

**U.S. Department of Justice**

WBR:RSB:RLW:dvs:gmh
DJ 166-012-3
M0799

June 17, 1985

Lynda K. Oswald, Esq.
Assistant Attorney General
250 Administrative Building
64 North Union Building
Montgomery, Alabama  36130-1601

Dear Ms. Oswald:

    This refers to Act No. 85-237 which specifies the procedure for filling certain vacancies on the county commission in Mobile County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973c. We received your submission on April 18, 1985.

    The Attorney General does not interpose any objection to the change in question. However, we feel a responsibility to point out that Section 5 of the Voting Rights Act expressly provides that the failure of the Attorney General to object does not bar any subsequent judicial action to enjoin the enforcement of such change. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.48).

    The provisions of this Act are viewed as enabling legislation. Therefore, any changes affecting voting (e.g., special elections) which are implemented as a result of the provisions of this Act will be subject to the preclearance requirements of Section 5. See also 28 C.F.R. 51.14.

                                       Sincerely,

                              Wm. Bradford Reynolds
                            Assistant Attorney General
                              Civil Rights Division

                       By:

                              Gerald W. Jones
                              Chief, Voting Section

**EXHIBIT**
C