

ACT No. 2004- 455

1   SB331

2   63743-3

3   By Senator Holley

4   RFD: Governmental Affairs

5   First Read: 17-FEB-04



RECEIVED
MAY 5 2004
GOVERNOR'S
OFFICE

EXHIBIT
E

SB331

1
2
3   ENROLLED, An Act,
4       To amend Section 11-3-6 of the Code of Alabama 1975,
5   relating to county commissions, to authorize the Legislature
6   by local law to provide for the manner of filling vacancies in
7   the office of county commissioner.
8   BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
9       Section 1. Section 11-3-6 of the Code of Alabama
10  1975, is amended to read as follows:
11      "§11-3-6.
12      "Unless a local law authorizes a special election,
13  in case of a vacancy, it shall be filled by appointment by the
14  governor, and the person so appointed shall hold office for
15  the remainder of the term of the commissioner in whose place
16  he or she is appointed."
17      Section 2. This act shall become effective
18  immediately following its passage and approval by the
19  Governor, or its otherwise becoming law.

SB331

1
2
3                            *Lucy Baxley*
     ─────────────────────────────────────────────
4         President and Presiding Officer of the Senate

                             *[signature]*
5    ─────────────────────────────────────────────
6         Speaker of the House of Representatives


                              SB331
7
8    Senate 30-MAR-04
9    I hereby certify that the within Act originated in and passed
10   the Senate, as amended.
11
12                              McDowell Lee
13                              Secretary
14

15   ─────────────────────────────────────────────


16
17   House of Representatives
18   Passed: 04-MAY-04

19   ─────────────────────────────────────────────


20
21   By: Senator Holley              APPROVED  5-14-04

                                     TIME  11:15 a m

                                          *Bob Riley*
                                          GOVERNOR


Alabama Secretary Of State

Act Num....: 2004-455
Bill Num...: S-331

Page 2                      Rec'd 05/14/04   01:46pm