

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

August 9, 2004

**VIA USPS PRIORITY MAIL**

Chief, Voting Section
Civil Rights Division
Room 7254 – NWB
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:    Submission under Section 5 of the Voting Rights Act of 1965

Dear Sir:

In accordance with Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c, we submit for preclearance by the Attorney General of the United States Act Number 2004-455 of the 2004 Regular Session of the Alabama Legislature. Act 2004-455 permits local law to provide for vacancies on a county commission to be filled by special election.

In compliance with 28 C.F.R. § 51.27, we submit the following information to the Attorney General:

(a)    *Copy of rule* – A copy of Act 2004-455 is attached as Exhibit A.

(b)    *Copy of prior laws affected* – A copy of section 11-3-6 of the Code of Alabama 1975 is attached as Exhibit B.

(c)    *Statement of change(s)* – Act 2004-455 amends section 11-3-6 to provide as follows: "Unless a local law authorizes a special election, in case of a vacancy, it shall be filled by appointment by the governor, and the person so appointed shall hold office for the remainder of the term of the commissioner in whose place he or she is appointed." (Emphasis added.) The underscored language is new language added by Act 2004-455. In addition to making the section more gender-inclusive, the amendment provides that gubernatorial appointment in case of vacancies in the office of county commissioner applies only where local law does not provide for a special election to fill a vacancy.

**EXHIBIT**
F

Chief, Voting Section
Civil Rights Division
August 9, 2004
Page 2

(d) *Persons making the submission* – Troy King, Attorney General, and Charles B. Campbell, Assistant Attorney General, State of Alabama, Alabama State House, 11 South Union Street, Montgomery, AL 36130-0152, telephone (334) 353-3198.

(e) *Submitting Authority and jurisdiction responsible for change* – State of Alabama.

(f) *County and State, if not from State or County* – Not applicable.

(g) *Body responsible for change and mode of decision* – Act of state legislature.

(h) *Authority for Change* – Act 2004-455 was adopted pursuant to the Legislature's authority to enact laws generally, *see* Ala. Const. art. IV, §§ 44–111, as amended. It was approved by the Governor pursuant to his authority under Ala. Const. art. V, § 125.

(i) *Date adopted* – Act 2004-455 was adopted on May 14, 2004.

(j) *Effective date* – Act 2004-455 became effective immediately upon adoption.

(k) *Enforcement* – We are not aware of any enforcement of Act 2004-455 to date.

(l) *Scope of change* – Act 2004-455 affects the entire State of Alabama.

(m) *Reasons for change* – Act 2004-455 was adopted to permit local law to provide for special elections to fill vacancies in the office of county commissioner.

(n) *Anticipated effect on members of racial or language minority groups* – None.

(o) *Past or pending litigation* – In *Stokes v. Noonan*, 534 So. 2d 237, 239 (Ala. 1988), the Supreme Court held unconstitutional a local law providing for a special election to fill vacancies on the Mobile County Commission because the local law conflicted with the general law in section 11-3-6. This amendment will allow local law to provide for special elections to fill vacancies in the office of county commissioner under the holding in *Baldwin County v. Jenkins*, 494 So. 2d 584, 587 (Ala. 1986).

(p) *Preclearance of prior practice* – Section 11-3-6 predates the Voting Rights Act of 1065, and thus did not require preclearance.

(q) *Redistricting and annexation information* – Not applicable.

Chief, Voting Section
Civil Rights Division
August 9, 2004
Page 3

_____

For further information, please contact Charles B. Campbell by telephone at (334) 353-3198 or by electronic mail at ccampbell@ago.state.al.us.

Sincerely,

TROY KING
Attorney General
By:

CHARLES B. CAMPBELL
Assistant Attorney General

TK/CBC
Enclosures
cc w/o encl.:    Hon. Jimmy W. Holley
                 Hon. Nancy L. Worley
                 Hon. Roy Wylie Granger III