U.S. Department of Justice

Civil Rights Division



JDR:TCH:NG:par
DJ 166-012-3
2004-3515

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

September 28, 2004

Charles B. Campbell, Esq.
Assistant Attorney General
11 South Union Street
Montgomery, Alabama  36130

Dear Mr. Campbell:

   This refers to Act No. 2004-455, which permits the filling of county commissioner vacancies by special election, for the State of Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c.  We received your submission on August 12, 2004.

   The Attorney General does not interpose any objection to the specified change.  However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change.  See Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41).

                                   Sincerely,

                              For  Joseph D. Rich
                                   Chief, Voting Section

EXHIBIT
C