IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Yvonne Kennedy, et al
    Plaintiff,

v.　　　　　　　　　　　　　　　CASE NO.CV-2005-2432

Honorable Don Davis, et al,
    Defendant.

## ORDER

This cause having come before the Court on Petition for Declaratory Judgment, the same having been considered, it is hereby

**ORDERED ADJUGED AND DECREED** the issue presented to the Court is whether a vacancy on the Mobile County Commission should be filled by an appointment of the Governor or a special election. This is purely a legal question and the facts are not in dispute.

This specific question was presented to the Legislative Reference Service and an opinion was issued dated September 16, 2005. The opinion concluded the vacancy should be filled by a special election.

An identical question was presented to the Attorney General regarding a Houston County vacancy. The Attorney General issued an opinion on September 7, 2004 concluding the vacancy of the Houston County Commission should be filled by a special election.

This Court agrees that these opinions reflect the current state of law and therefore adopt the legal reasoning and issue a Declaratory Judgment that the Mobile County Commission vacancy shall be filled by special election. CASE DISMISSED.

Done this 29 SEP 2005.

/s/ Eugene W. Reese
Circuit Judge

CC:
James Anderson
Beers Anderson

J. Michael Druhan/Jason K. Hagmaier
Johnston Druhan LLP
5 Dauphin Street
Mobile AL 36001

J. Cecil Gardner
Gardner, Middlebrooks
POB 3103
Mobile AL 36652

John J. Park/Charles B. Campbell
Assistant Attorney General

**EXHIBIT**
H