LAW OFFICES OF

## JOHNSTON DRUHAN LLP

FIVE DAUPHIN STREET, SUITE 201
POST OFFICE BOX 154
MOBILE, ALABAMA
36601
TELEPHONE (251) 432-0738
TELECOPIER (251) 432-4874

J. MICHAEL DRUHAN, JR.　　　　　　　　　　　　　　　　　SAMUEL M. JOHNSTON　　(1690-1969)
JAMES C. JOHNSTON　　　　　　　　　　　　　　　　　　　ROBERT B. WILKINS　　　(1922-1992)
JASON K. HAGMAIER　　　　　　　　　　　　　　　　　　　SAMUEL M. JOHNSTON, JR. (1919-1993)

**VIA FACSIMILE AND FEDERAL EXPRESS**

Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE: **Submission under Section 5 of the Voting Rights Act of 1965**

Dear Sir:

  This submission under Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c, for preclearance by the Attorney General of the United States procedures for conducting a special election to fill the vacancy on the Mobile County Commission which has arisen due to the election of the former Count Commissioner Sam Jones' election to the position of Mayor of Mobile, is made on behalf of the Honorable Don Davis, Probate Judge of Mobile County, Alabama. In compliance with 28 C.F.R. § 51.27 (2001), we submit the following information to the Attorney General:

(a)   A copy of the local act, Act No. 85-237 of the 1985 Regular Session of the Alabama Legislature, which provides for a special election is attached as Exhibit A-1. A copy of the general law is attached as Exhibit A-2. A copy of the Montgomery Circuit Court's order in *Kennedy v. Davis*, CV 2005-2432 is attached as Exhibit A-3.

(b)   Not applicable.

(c)   Neither the local act nor the Court order in *Kennedy v. Davis* provide guidance as to the procedures for conducting a special election to fill a Mobile County Commission vacancy other than the requirement to have the election no sooner than 60 days and no later than 90 days from the date of vacancy. The proposed procedures and timeline for the special election are attached at Exhibit B.

(d)   Honorable Don Davis, Probate Judge for Mobile County, Alabama, Post Office Box 7, Mobile, Alabama 36601, tel. (251) 574-8502, by J. Michael Druhan, Jr., Esq., Johnston Druhan LLP, Post Office Box 154, 5 Dauphin Street, Suite 201, Mobile, Alabama 36602, phone (251) 432-0738, fax (251) 432-4874.

(e)   This submission is made on behalf of the Honorable Don Davis, Probate Judge of Mobile County. Jurisdictions responsible for change - Mobile County and State of Alabama

(f)   Submitting authority is located in Mobile, Alabama.

**EXHIBIT I**

Chief, Voting Section
Civil Rights Division
Page 2

(g) Body responsible for change - Probate Judge of Mobile County. Mode of change – internal procedure

(h) The procedures were adopted pursuant to the probate judge's duties in calling the special election pursuant to the Montgomery County Circuit Court Order in *Kennedy v. Davis* and the local act.

(i) Date adopted - The procedures were proposed and adopted on October 5, 2005.

(j) The procedures are effective immediately due to the requirement of the local act to conduct the special election within 90 days of the vacancy, said vacancy having occurred on October 3, 2005.

(k) The procedures must be implemented immediately in order meet the 90 day requirement of the local act.

(l) The procedures affect voting in Mobile County Commission District 1 in Mobile County, Alabama.

(m) Reason for change: Vacancy on the Mobile County Commission.

(n) Anticipated effect on minority groups - None.

(o) Past or pending litigation – The case of *Kennedy v. Davis*, CV 05-2432, is currently being appealed to the Supreme Court of Alabama by the Honorable Bob Riley, Governor of the State of Alabama based on an apparent conflict between general state law and the local act. See Exhibits A-1 and A-2.

(p) Not applicable.

(q) Redistricting and annexations are not involved.

By way of additional information, the submitting authority would point out that since there was a special election held in 1987 pursuant to the local act, it is assumed that the local act was pre-cleared at that time.

For further information, please contact Joe McEarchern, Chief Clerk, Probate Court of Mobile County, Alabama, by telephone at (251) 574-8502.

Very truly yours,

J. MICHAEL DRUHAN, JR.

Attachments
cc:   Hon. Don Davis

A

Act No. 85-237

S. 262—Senator Figures

## AN ACT

Relating to Mobile County; prescribing procedure for filling certain vacancies on the county commission.

*Be It Enacted by the Legislature of Alabama:*

Section 1. Whenever a vacancy occurs in any seat on the Mobile County Commission with twelve months or more remaining on the term of the vacant seat, the judge of probate shall immediately make provisions for a special election to fill such vacancy with such election to be held no sooner than sixty days and no later than ninety days after such seat has become vacant. Such election shall be held in the manner prescribed by law and the person elected to fill such vacancy shall serve for the remainder of the unexpired term.

Section 2. The provisions of this act are severable. If any part of the act is declared invalid or unconstitutional, such declaration shall not affect the part which remains.

Section 3. All laws or parts of laws which conflict with this act are hereby repealed.

Section 4. This act shall become effective immediately upon its passage and approval by the Governor, or upon its otherwise becoming a law.

Approved April 3, 1985

Time: 4:00 P.M.

2

1

Each Probate Judge, Sheriff, District Court Clerk, the Clerk and Register of the Circuit Court, County Commission Chairman and Municipal Clerk is required by law to preserve this slip or pamphlet in a book kept in his office until the Act is published in permanent form.

# ALABAMA LAW

(Regular Session, 2004)

Act No. 2004-455                               S. 331 – Senator Holley

## AN ACT

To amend Section 11-3-6 of the Code of Alabama 1975, relating to county commissions, to authorize the Legislature by local law to provide for the manner of filling vacancies in the office of county commissioner.

Be It Enacted by the Legislature of Alabama:

Section 1. Section 11-3-6 of the Code of Alabama 1975, is amended to read as follows:

"§11-3-6.

"Unless a local law authorizes a special election, in case of a vacancy, it shall be filled by appointment by the governor, and the person so appointed shall hold office for the remainder of the term of the commissioner in whose place he or she is appointed."

Section 2. This act shall become effective immediately following its passage and approval by the Governor, or its otherwise becoming law.

Approved May 14, 2004

Time: 11:15 A.M.

I hereby certify that the foregoing copy of an Act of the Legislature of Alabama has been compared with the enrolled Act and it is a true and correct copy thereof.

Given under my hand this 18th day of May, 2004.

McDOWELL LEE
Secretary of Senate

ATTACHMENT 1

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Yvonne Kennedy, et al
    Plaintiff,

v.                              CASE NO. CV-2005-2432

Honorable Don Davis, et al,
    Defendant.

### ORDER

This cause having come before the Court on Petition for Declaratory Judgment, the same having been considered, it is hereby
ORDERED ADJUGED AND DECREED the issue presented to the Court is whether a vacancy on the Mobile County Commission should be filled by an appointment of the Governor or a special election. This is purely a legal question and the facts are not in dispute.

This specific question was presented to the Legislative Reference Service and an opinion was issued dated September 16, 2005. The opinion concluded the vacancy should be filled by a special election.

An identical question was presented to the Attorney General regarding a Houston County vacancy. The Attorney General issued an opinion on September 7, 2004 concluding the vacancy of the Houston County Commission should be filled by a special election.

This Court agrees that these opinions reflect the current state of law and therefore adopt the legal reasoning and issue a Declaratory Judgment that the Mobile County Commission vacancy shall be filled by special election. CASE DISMISSED.

Done this 29 SEP 2005.

/s/ Eugene W. Reese
Circuit Judge

CC:
James Anderson
Beers Anderson

J. Michael Druhan/Jason K. Hagmaier
Johnston Druhan LLP
5 Dauphin Street
Mobile AL 36001

J. Cecil Gardner
Gardner, Middlebrooks
POB 3103
Mobile AL 36652

John J. Park/Charles B. Campbell
Assistant Attorney General

| 2005 Date | Action |
|---|---|
| November 22nd, 2005 | PRIMARY |
| December 13th, 2005 | RUN OFF |
| January 3rd, 2006 | GENERAL |

MOBILE COUNTY PROBATE COURT
INTER OFFICE USE ONLY
CALENDAR REVISED 10/5/05

# ELECTION CALENDAR
## 2005 SPECIAL ELECTION - COUNTY COMMISSION - District 1
## MOBILE COUNTY, ALABAMA

| 2005 DATE | ACTION |
|---|---|
| Deadline Note | "...if the last day is Sunday, or a legal holiday as defined in §1-3-8, or a day on which the office in which the act must be done shall close ...the next succeeding secular or working day shall be counted as the last day within which the act may be done..." (§1-1-4, *Code of Alabama, 1975*) |
| Deadline Note | Elector may apply for absentee ballot at any time at least five days prior to the election in which he desires to vote. (§17-10-3(a) *Code*) |
| Immediately | Notify County Commission of the number of voters in each precinct for use in determining number of voting machines to be used in primary and run off. |
| ASAP | County Commission certifies number of voting machines to be used at least 30 days prior to the first day of the appointment window (Local Act. 812, Reg. Session, 1965) |
| | If the Circuit Clerk, at her option, declines to assume the duties of absentee election manager the presiding circuit judge appoints a qualified replacement and designates the place or office for such duties (§17-10-13, §17-10-2, *Code*) |
| 10/21 | Last day for Sheriff to publish notice of upcoming Primary, Run Off and General elections (§17-7-5, *Code*) |
| 10/27 | County Party Chairmen certify County Commission District 1 election candidates' names to the Judge of Probate by 12 o'clock noon. Filing date for Independent Candidates. (§17-16-11 (b), *Code*) |
| 10/27 | Last Day for Independent Candidates to file petitions with Judge of Probate. (§17-7-1(a)(3), *Code*. |
| 11/1 | Last day for party chairmen to send names of candidates, offices and dates of qualification to the Ethics Commission, along with any statements of economic interest collected from candidates (Due within 5 days after candidate qualifies). (§36-25-15 (a), *Code*) |
| 11/1 | Last day for candidates to file FCPA Appointment of Principal Campaign Committee with Secretary of State or Probate Judge (Due within 5 days after becoming a candidate). (§17-22A-4, *Code*) |
| ASAP | Order supplies |
| ASAP | Data Processing delivers to Probate Court two (2) copies alpha voters list, bound, including name, address and date of birth as up-to-date as possible. For use by the Absentee Manager in processing absentee ballot applications for the Primary election. (§17-10-5, *Code*) |
| 11/7 | Probate Judge delivers to the Absentee Election Manager the official list of qualified voters for |

| 2005 Date | Action |
|---|---|
|  | County Commission District 1. (§17-10-5, *Code*) |
| ASAP | Primary election candidates file 45-day FCPA summary of contributions and expenditures with Secretary of State (state office) or Probate Judge (county office) (§17-22A-8, *Code*) |
| ASAP | Probate Court delivers absentee ballots and other supplies to the Absentee Election Manager. (§17-10-12), *Code*) |
| ASAP | Target date to produce voter mailing info on cd for **postcards** (/w mailing address, district info). See |
| ASAP | All supplies due |
| 11/1 | **POSTCARDS.** Target date for postcards to be mailed to all registered voters in County Commission District 1. Reminder of election dates, I.D., districts and precinct number. (Reduced rate postage) |
| 11/7 | Election Appointment Board officially appoints Election Officials for each precinct for the Primary, Run Off and General Election. (§17-6-1, *Code*) Note: Excluding members of a candidate's immediate family to the 2nd degree or a member of a candidate's political committee. |
| 11/7 | Election Appointment Board officially appoints Absentee Election Officers to canvass absentee ballots on each election day. Number of officials to be determined by Appointment Board. (§17-10-11(b,e), *Code*) |
| 11/7 | Sheriff sends written notices to all election officials advising of appointment, time to report for duty, and school dates, if applicable, etc. (§17-6-2, §17-9-19, §17-10-11(b) *Code*, Local Act 812, Reg. Session 1965) |
| 11/7 | Sheriff publishes list of appointed election officials in the newspaper. (§17-6-2, *Code*) |
| 11/10 | Prepare and send press releases, notices and publication for regarding test/check of voting machines & absentee system to be held on 11/15/05 and 11/16/05. (§17-24-9 (a), *Code*) |
| 11/10 | Last day to register or transfer voter registration prior to the Primary election. (§17-4-120a, *Code*) |
| 11/10 - 11/17 | Primary election candidates file 5-10 FCPA contribution and expenditure report with Probate Judge (county office) (§17-22A-8, *Code*) |
| 11/11 | State Holiday (Veteran's Day) |
| 11/12 | Publication of notice of sealing of voting machines and absentee system test/checks to appear in newspaper. (§17-24-9a, *Code*) |
| 11/15 | Warehouse 8:30 a.m. Public test/check and sealing of voting machines to be used in Primary election. (§17-24-9a, *Code*) |
| 11/16 | Absentee system test/check 9:30 a.m. in Election Center (§17-24-9a, *Code*) |
| 11/16 | Data Processing delivers four (4) active and inactive voters lists, with names and addresses, for polls. Original loose with bar codes, 2 copies bound, 1 on disk, through |
| ASAP | Probate Judge certifies a copy of voters list (on disk) and forwards to Secretary of State (§17-4-130, *Code*, AG opinion 2001-002) |

| 2005 Date | Action |
|---|---|
| 11/17 | Pack election supply boxes for polls in election center. (One per party for each voting place) |
| 11/18 | Last day to file application to vote a regular absentee ballot in the primary. (§17-10-3a, Code) |
| 11/18 - 11/21 | Sealed voting machines delivered to polling places under deputy escort. |
| 11/18 | 8:00 - 10:00 a.m. Inspectors pick up supply boxes from deputies at courthouse. (Friday) |
| Nov. 22 | **PRIMARY ELECTION - 7am - 7pm**. (§17-16-6, Code) Pollworkers, Board of Registrars, Probate Election Office, Sheriff election dispatch operator, and technical trouble-shooters in patrol cars, open by 6:00-6:30 a.m. |
| 11/23 | Board of Registrars re-opens for registration and transfers. |
| 11/24 and 11/25 | Holiday. (Thanksgiving) |
| ASAP | Last day for Probate Judge (local office) forward to the Ethics Commission; 1) Statement of Economic Interest collected from independent or minor party candidates, 2) the names of these candidates and 3) the dates on which they became candidates. (§36-25-15, Code) |
| ASAP | Order and receive election supplies for Run Off |
| ASAP | Data Processing delivers to Probate Court two (2) copies alpha voters list, bound, including name, address and date of birth, as up-to-date as possible. For use by the Absentee Manager in processing absentee ballot applications for the Run Off. (§17-10-5, Code) |
| 11/28 | Probate Judge delivers to the Absentee Election Manager the official list of qualified voters for the Run Off Election. (§17-10-5, Code) |
| 11/29 (HB419) | Noon. County executive committee must meet no later than this to receive, canvass and tabulate returns and publicly declare the results. Must immediately certify county runoff candidates to probate judge (17-16-36(b). |
| ASAP | Probate Court delivers absentee ballots and other supplies to the Absentee Election Manager. (§17-10-12(a), Code) |
| 11/30 | Prepare and send press releases, notices and publication for regarding test/check of voting machines & absentee system to be held on 12/6/05 and 12/8/05. (§17-24-9 (a), Code) |
| 12/2 | Last day to register or transfer voter registration prior to the Run Off election. (§17-4-120a, Code) |
| ASAP | Data Processing delivers four (4) active and inactive voters lists, with names and addresses, for polls. Original loose with bar codes, 2 copies bound, 1 copy on disk, through [date] |
| ASAP | Probate Judge delivers one copy of the voters list to Board of Registrars (§17-4-130, Code) |
| 12/2 - 12/8 | Run-off candidates file 5-10 day FCPA contribution and expenditure reports with Secretary of State (state office) or Probate Judge (county office) (§17-22a-8, Code) |
| 12/3 | Publication of notice of voting machine and absentee system test/checks to appear in newspaper. (§17-24-9a, Code) |
|  | 8:30 a.m. Warehouse. Public test/check and sealing of voting machines to be used in the |

| 2005 Date | Action |
|---|---|
| 12/6 | Run Off election. (§17-24-9a, Code) |
| 12/8 | 9:30 a.m. Test/check of absentee system for run off in election center. (§17-24-9a, Code) |
| ASAP | Probate Judge certifies a copy of voters list (on disk) and forwards to Secretary of State (§17-4-130, Code, AG opinion 2001-002) |
| 12/8 | Pack supply boxes in election center. (One per party per center) |
| 12/8 | Last day to file application to vote a regular absentee ballot in the Run Off Election. (§17-10-3a, Code) |
| ASAP | Election Appointment Board appoints additional ABSENTEE Election Officials, if needed, for Run Off. Sheriff notifies. (§17-10-11 (e), Code) |
| 12/9 - 12/12 | Sealed voting machines delivered to polling places under deputy escort. |
| 12/9 | 8:00 - 10:00 a.m. Inspectors pick up election supply boxes from deputies at Courthouse (Friday) |
| Dec. 13 | **RUN OFF ELECTION - 7am - 7pm.** Pollworkers, Board of Registrars, Probate Election Office, Sheriff election dispatch operator, and technical trouble-shooters in patrol cars, open by 6:00-6:30 a.m. |
| 12/14 | Board of Registrars re-opens for registration and transfers. |
| 12/20 | County party chairmen certify to the Probate Judge the names of all party nominees to appear on the general election ballot. |
| ASAP | Absentee Election Manager files list of General Election absentee applicants with the Probate Judge (§17-10-5, Code) |
| ASAP | Data Processing delivers to Probate Court two (2) copies alpha voters lists bound, including name, address and date of birth, as up-to-date as possible. For use by the Absentee Manager in processing absentee ballot applications for the Run Off Election. (§17-10-5, Code) |
| ASAP | Probate Judge delivers to the Absentee Election Manager the official list of qualified voters for processing general election absentee applications. (§17-10-5, Code) |
| ASAP | General Election candidates file 45-day FCPA contribution and expenditure reports with Secretary of State (state office) or Probate Judge (county office) (§17-22a-8, Code) |
| ASAP | Order supplies |
| ASAP | Probate Court delivers absentee ballots and other supplies to the Absentee Election Manager. (§17-10-5, Code) |
| 12/22 | Prepare and send press releases, notices and publication for [date] regarding voting machine & absentee system tests on [dates]. Must air at least 48 hrs prior to event. (§17-24-9 (a), Code) |
| ASAP | All supplies due |
| 12/23 | Last day to register or transfer voter registration prior to the General Election. (§17-4-120a, Code) |

Mobile County, Alabama - Unofficial inter-office election calendar — page 4

| 2005 Date | Action |
|---|---|
| 12/23 - 12/29 | General Election candidates file 5-10 day FCPA contribution and expenditure reports with Secretary of State (state office) or Probate Judge (local office). (§17-22a-8, Code) |
| 12/26 | Holiday for Christmas. |
| 12/26 | Publication of notice of voting machine and absentee system test/checks to appear in newspaper. (§17-24-9a, Code) |
| 12/27 | Warehouse 8:30am. Public test/check and sealing of voting machines to be used in the General Election. (§17-24-9a, Code) |
| 12/29 | 9:30 a.m. Test absentee system scanner and equipment in election center. (§17-24-9a, Code) |
| ASAP | Data Processing delivers four (4) active and inactive voters lists, with names and addresses, for polls. Original loose with bar codes, 2 copies bound, 1 on disk, through date 12/23. |
| ASAP | Probate Judge delivers copy of the voters list to Board of Registrars (§17-4-130, Code) |
| 12/29 | Pack supply boxes in election center. (1 box per center) |
| 12/29 | Last day to file application to vote a regular absentee ballot. (§17-10-3a, Code) |
| ASAP | Probate Judge certifies a copy of voters list (on disk) and forwards to Secretary of State (§17-4-130, Code, AG opinion 2001-002) |
| 12/29 | Sealed voting machines delivered to polling places under deputy escort. |
| 12/30 | 8:00 - 10:00 a.m. Inspectors pick up supply boxes from deputy in Courthouse basement. (Friday) |
| JANUARY 3, 2006 | **GENERAL ELECTION - 7am - 7pm.** Pollworkers, Board of Registrars, Probate Election Office, Sheriff election dispatch operator, and technical trouble-shooters in patrol cars, open by 6:00-6:30 a.m. |
| January 10, 2006 (HB419) | 12:00 noon. Canvassing Board and Board of Election Supervisors convene to certify results of General Election. (§17-14-1, Code) |
| ASAP | Absentee Election Manager files list of General Election absentee applicants with the Probate Judge (§17-10-5, Code) |

*This calendar is for Mobile County Probate Court inter office use only and may not contain all deadlines. No guarantee is given as to the accuracy of the information contained herein. Document should be used as a guide only.*