# *MINUTES*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

## THREE JUDGE COURT:

CIRCUIT JUDGE STANLEY MARCUS
DISTRICT JUDGES MYRON H. THOMPSON AND W. HAROLD ALBRITTON

DATE COMMENCED   MARCH 29, 2006             AT      1:03       A.M./P.M.

DATE COMPLETED   MARCH 29, 2006             AT      2:05       A.M./P.M.

```
YVONNE KENNEDY,                )
JAMES BUSKEY,                  )
WILLIAM CLARK                  )
                               )
        Plaintiffs             )
                               )
     v                         )    CA No. 2:05-cv-1100-MHT
                               )
HONORABLE BOB RILEY,           )
Governor of the State of Alabama )
                               )
        Defendant              )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Attorneys Edward Still, Jesse Cecil Gardner | X<br>X<br>X<br>X<br>X | Attorney John J. Park, Jr.<br>(Attorney Ken Wallis, without<br>   notice of appearance) |

COURT OFFICIALS PRESENT:

| Sheila Carnes, Courtroom Clerk | Law Clerks:<br>Nicole Birch, Lisa Harden, Christopher Bly | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING: **ORAL ARGUMENT**

1:03  p.m.     Court convened.
1:05  p.m.     Plaintiffs' oral argument heard (22 minutes, Atty Still).
               Parties were directed to file a stipulation within 10 days
               supplementing the record, as outlined by Judge Marcus.
1:27  p.m.     Defendant's oral argument heard (27 minutes, Atty Parks).
1:53  p.m.     Plaintiff's rebuttal argument (6 minutes, Atty Still).

MINUTES - THREE-JUDGE COURT HEARING - March 29, 2006, Oral Argument
Yvonne Kennedy, et al. v Honorable Bob Riley; CA No. 2:05-cv-01100-MHT

| | |
|---|---|
| 2:00 p.m. | Court's **ORAL ORDER** DIRECTING<br>1) that parties submit a stipulation with additional factual data, as outlined by the Court, within 10 (working) days; and<br>2) that parties file supplemental briefs, maximum 15 pages, addressing the legal issues outlined by the Court; plaintiffs' brief is due within 7 (working) days after the stipulation is filed, and defendant's brief is due within 7 (working) days after the plaintiffs' brief. |
| 2:07 p.m. | Court adjourned. |