IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>                Plaintiffs,<br><br>    v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>                Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Supplemental Stipulation

Pursuant to directives of the court, the parties stipulate as follows:

1.  Prior to June 16, 1987, a vacancy occurred in the Office of Commissioner, District 1, Mobile County Commission.  The term of the office remaining was set to, and did expire on January 15, 1989, more than one (1) year from the date the vacancy occurred.

2.  In April 1987, Willie H. Stokes filed suit in Mobile County Circuit Court contesting the constitutionality of Act No. 85-237 under which a special election to file a vacancy on the Mobile County Commission would be conducted.

3.  On June 16, 1987, Mobile County conducted a Democratic Primary Election which was won by Sam Jones who defeated one (1) other candidate.

4.  On June 30, 1987, Mobile County conducted a special general election to fill the District 1 vacancy and Sam Jones was successful over three (3) other candidates.

5.  On July 3, 1987, Mobile County Probate Judge, L. W. Noonan, certified that Sam Jones was duly elected to the office of County Commission, District 1.  Jones assumed the office at that time.

6.  In the *Stokes v. Noonan* case, the Circuit Court ruled that the Local Act was constitutional, but on September 30, 1988, the Supreme Court of Alabama reversed that decision in *Stokes v. Noonan,* 534 So.2d 237 (Ala 1988).

7.  On October 11, 1988, Governor Guy Hunt appointed Sam Jones to the office of Commissioner, District 1, Mobile County Commission.

8.  Sam Jones served continuously from July 3, 1987 through January 15, 1989 to complete the partial term.  He was elected in 1988, 1992, 1996, 2000, and 2004 to successive terms and served until his resignation on October 3, 2005.

Submitted by,

/s/ J. Cecil Gardner *
Cecil Gardner
Vance McCrary
Gardner, Middlebrooks, Gibbons & Kittrell
Post Office Drawer 3103
Mobile AL 36652
    phone 251.433.8100
    fax 251.433.8181
    email cgardner@gmlegal.com
    email vmccrary@gmlegal.com

/s/ Edward Still
Edward Still
2112 11th Avenue South
Suite 201
Birmingham AL 35205-2844
    phone: 205-320-2882
    fax: 877-264-5513
    email: Still@votelaw.com

* signed by Edward Still with express consent

/s/ John J. Park, Jr. *
John J. Park, Jr.
Assistant Attorney General
Office of the Attorney General of Alabama
11 South Union Street
Montgomery AL 36130-0152
      phone: 334-242-7401
      fax: 334-242-4891
      email: jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

I certify that on 12 April 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed above.

/s/ Edward Still