IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT<br>(WO) |

Before Stanley Marcus, Circuit Judge, Myron H. Thompson, District Judge, and W. Harold Albritton, Senior District Judge.

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment is entered in favor of plaintiffs Yvonne Kennedy, James Buskey, and William Clark and against defendant Bob Riley.

(2) The State of Alabama has 90 days from the date of this order to obtain preclearance in accordance with § 5

of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c; if the State fails to comply with this requirement within the time allowed, the court will revisit the issue of remedy. Defendant Riley is to keep the court informed of what action, if any, the State decides to take and the result of that action.

It is further ORDERED that costs are taxed against defendant Riley, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 18th day of August, 2006.


    /s/ Stanley Marcus
UNITED STATES CIRCUIT JUDGE


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE


    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE