# Exhibit 1

Exhibit 1
Lodestar Computation
Kennedy v. Riley

|         | Time | Rate     | totals      | notes |
|---------|------|----------|-------------|-------|
| Still   | 66.8 | $300.00  | $20,040.00  |       |
| Ball    | 1.3  | $300.00  | $390.00     |       |
| Gardner | 75.5 | $300.00  | $22,650.00  |       |
| McCrary | 52.6 | $200.00  | $10,520.00  | [1]   |
| Heldman | 11.7 | $300.00  | $3,510.00   |       |

Total - Lodestar                $57,110.00

**Expenses**

| Still          | $314.39    |     |
|----------------|------------|-----|
| Gardner firm   | $1,131.20  | [2] |
| Total Expenses | $1,445.59  |     |

**Grand Total**                $58,555.59

Note 1: A duplicate entry of 4.00 hours was deducted.

Note 2: Two duplicate expense entries and the filing fee were deducted. The filing fee will be submitted on the cost bill.