# Exhibit 2-A

# Edward Still

*Edward Still*
*Suite 201*
*2112 11th Avenue South*
*Birmingham AL 35205-2844*
*phone 205-320-2882*
*fax 877-264-5513 (toll free)*
*email still@votelaw.com*
*www.votelaw.com*

Edward Still has practiced in Alabama and Washington, D.C., since 1971. He was in private practice in Tuscaloosa from 1971 until 1975, then in Birmingham until 1997. He was Director of the Voting Rights Project of the Lawyers' Committee for Civil Rights Under Law, a non-profit public interest law firm in Washington, D.C. from 1997 until 2001. He was Special Counsel to Dickstein Shapiro Morin & Oshinsky LLP in 2001 and 2002. He reopened his Birmingham office in mid-2002.

## Voting and Redistricting

Edward Still has 30 years of experience in the field of redistricting and voting rights, including six years as general counsel to the Alabama Democratic Party, counsel for several Alabama cities in redistricting matters, representation of former Alabama Attorney General Bill Baxley in a major election contest, and representation of minority citizens in more than 200 cases under the Voting Rights Act.

He argued three cases before the U.S. Supreme Court: *Holt Civic Club v. City of Tuscaloosa,* 439 U.S. 60 (1978); *Hunter v. Underwood,* 471 U.S. 222 (1985); and *Presley v. Etowah County Commission,* 502 U.S. 491 (1992). He has been counsel in many other cases in the U.S. Supreme Court.

He was a member of a small legal team that sued more than 200 jurisdictions in Alabama in voting rights cases, including the redistricting of the Alabama Legislature during the last two decades. Because of these cases, Alabama now has the most equitable number of African-American office holders in the nation.

Mr. Still has litigated or advised clients on virtually every type of voting and election-related matter including the right to vote, the right to an absentee ballot, election contests, challenges to candidate qualifications, submissions under Section 5 of the Voting Rights Act, vote dilution suits under both the Constitution and Section 2 of the Voting Rights Act, and campaign finance laws. He has represented clients on these matters in Alabama, Mississippi, Georgia, Florida, Virginia, Kentucky, Pennsylvania, Arizona, Alaska, Nebraska, and Louisiana. He has drafted several election laws.

He teaches a course of The Law of Politics (regarding elections, redistricting, and the right to vote) and Constitutional Law at the Birmingham School of Law.

### Employment

Mr. Still has represented teachers and educational support workers in a variety of cases involving enforcement of contractual and statutory rights, as well as protection of their constitutional and civil rights. He also represented other employees and employers in employment discrimination cases.

### Other Litigation

Mr. Still has brought numerous First Amendment, due process, and equal protection suits for a variety of people: public employees, playwrights, religious and political minorities, and even truckers over state regulation of bumper stickers.

### Non-Profit Organizations

Mr. Still currently is the general counsel the Anniston Community Education Foundation. He has incorporated other non-profit community groups and assisted them in obtaining their tax exempt status with the Internal Revenue Service.

## COMMUNITY ACTIVITIES

Mr. Still was a founder and served as chair of the Center for Voting and Democracy, a Washington-based educational group providing information about alternative election systems, such as preference voting, limited voting, cumulative voting, and party list voting (proportional representation). He served on the board of the Center until 2003.

He is a member of the Democratic National Committee's National Lawyers Council, which provides legal services to the DNC and candidates of the Party.

He has been vice-president for programs and president of the YMBC Civic Forum in Birmingham.

He was a founder and treasurer of the Birmingham Jam, a jazz, blues, and gospel festival.

He is a member of Operation New Birmingham. He has served as an adult volunteer with Troops 111 and 97 of the Boy Scouts of America, Greater Alabama Council.

## EDUCATION

Mr. Still is a Phi Beta Kappa graduate of the University of Alabama, where he majored in Political Science (1968). He pursued his law degree at the University of Alabama School of Law (1971), where he was a member of Bench and Bar Legal Honor Society, a finalist in the John A. Campbell Moot Court Competition, and a recipient of the James E. Morrissette Constitutional Law Award.

## COURT ADMISSIONS

Mr. Still is licensed to practice in Alabama and the District of Columbia, and admitted to practice before the U.S. Supreme Court, the Courts of Appeals for the District of Columbia, the Fourth, Sixth, and Eleventh Circuits, the District Court for the District of Columbia, and the U.S. District Courts in Alabama.

He has also been admitted specially for individual cases in many courts, most recently, the Superior Court of Arizona (in Maricopa County), the Supreme Court of Arizona, and the U.S. District Court for the District of Arizona.

## BAR ASSOCIATION MEMBERSHIP

Mr. Still is a member of

- American Bar Association
    - Section of Litigation
    - Section of Labor and Employment Law
    - Section of Dispute Resolution
    - Section of Individual Rights & Responsibilities
    - Section of Law Practice Management
- District of Columbia Bar
- Alabama State Bar
    - Committee on Alternative Methods of Dispute Resolution (term August 2003-July 2006).
        - Chair, Mediation Education Subcommittee
- Birmingham Bar Association
    - Solo Practice & Small Firms Section
        - board member 2005
    - Special Projects Committee, member 2004
    - Unauthorized Practice of Law Committee, chair 2005
- National Employment Lawyers Association
    - founder, Alabama chapter
    - member, Task Force on USERRA Regulations (2004)
- Association of Trial Lawyers of America
    - Employment Rights Section
    - Civil Rights Section
- Birmingham Inns of Court
- American Constitution Society for Law and Policy

3

While in Washington, DC, he was a member of the Washington Council of Lawyers and the George Washington American Inn of Court.

Mr. Still is a member of the American Political Science Association, the Southern Political Science Association, the Southern Historical Association, the Alabama Historical Association, and the Birmingham Historical Society.

## TEACHING

Mr. Still has served as an adjunct professor at these law schools:

- Birmingham School of Law, teaching The Law of Politics and Constitutional Law
- American University Washington College of Law, teaching a course on the Law of the American Political Process
- University of Alabama School of Law, teaching both American Legal History and Election Law courses.

In addition, he has made presentations to numerous continuing legal education programs. Among is most recent is "USERRA Basic Training for Employment Lawyers," co-written with Mary Dryovage and Kathleen Piscitelli and presented at the National Employment Lawyers Association annual meeting, June 2005.