# Exhibit 2-B

Kennedy v. Riley
Edward Still Time Sheet

| Bill Date | Hours | Bill Code | Desc |
|---|---|---|---|
| 11/10/2005 | 0.6 | L120 | email from, to Vance re strategy |
| 11/10/2005 | 1.7 | L210 | telephone conference with Gardner, Heldman, McCrary re complaint; researching complaint |
| 11/11/2005 | 1.5 | L210 | conf with McCrary re complaint |
| 11/14/2005 | 2.5 | L210 | received and reviewed submission of Act 85-237 and draft complaint; telephone conference with Perry McCorkle at DOJ re old submissions; email to him re same; telephone conference with Gardner re state of my research |
| 11/15/2005 | 1 | L210 | email from Gardner; reviewing complaint for revisions necessary because of appointment; revising complaint twice based on changes in circumstances |
| 11/16/2005 | 0.7 | L220 | email from Gardner re filing complaint; telephone conference with Gardner, McCrary, Jack Park; call to Judge DeMent's office |
| 11/17/2005 | 1.3 | L390 | drafting proposed stipulations |
| 11/18/2005 | 0.3 | L250 | email to Park re proposed stipulations and joint request to court |
| 11/21/2005 | 0.3 | L210 | received and reviewed answer; Tel call to Park (left message) |
| 11/22/2005 | 0.5 | L190 | received and reviewed order appointing other judges on court; quick review on these judges |
| 11/22/2005 | 0.7 | L240 | telephone conference with Jack Park and Judge Thompson's office re scheduling; email to Gardner and McCrary re same |
| 12/2/2005 | 0.3 | L120 | telephone conference with Jack Park re stipulation; email to Perry McCorkle at DOJ re data we requested; email to co-counsel re conversation with Park |
| 12/5/2005 | 0.3 | L190 | received and reviewed order setting telephone conference; setting up call; email to other counsel and to Judge's clerk |
| 12/7/2005 | 0.4 | L230 | telephone conference with Judge and all counsel re scheduling of case and deadlines |
| 12/13/2005 | 0.4 | L390 | received and reviewed documents from DOJ re past Section 5 submissions |
| 1/6/2006 | 0.3 | L210 | email and telephone conference with Park re stipulations |
| 1/12/2006 | 1.5 | L430 | received and reviewed Park's stipulation draft; telephone conference with Park |
| 1/15/2006 | 5.8 | L430 | preparing brief for court |
| 1/16/2006 | 1.6 | L430 | research and writing trial brief |
| 1/16/2006 | 0.3 | L440 | email to co-counsel with draft brief |
| 1/17/2006 | 0.2 | L430 | email from, to Heldman re draft brief |
| 1/18/2006 | 1.7 | L430 | preparing trial brief |
| 1/19/2006 | 1.7 | L430 | preparing trial brief |
| 1/20/2006 | 2.7 | L430 | email from & to Heldman re special elections held in 2005; revising trial brief; filing trial brief |
| 1/31/2006 | 0.5 | L120 | received and reviewed 2 proposed bills for their effect on the pending suit |
| 2/3/2006 | 1.3 | L430 | received and reviewed Gov. Riley's brief |
| 2/6/2006 | 0.2 | L430 | exchange of emails with Sam Heldman re my outline of proposed reply |
| 2/7/2006 | 3.7 | L430 | preparing reply brief |
| 2/8/2006 | 3.3 | L430 | writing and revising reply brief |

Kennedy v. Riley
Edward Still Time Sheet

| 2/9/2006 | 2.3 L430 | work on brief |
|---|---|---|
| 2/10/2006 | 0.6 L430 | final preparation and filing of reply brief |
| 2/21/2006 | 0.3 L440 | reviewing Lance v Dennis decision (U.S. Supreme Court, today) for application to our case |
| 3/13/2006 | 1.1 L440 | preparing for argument |
| 3/14/2006 | 0.7 L440 | exchange of emails with Heldman and McCrary re time line graphic; modifying the graphic |
| 3/23/2006 | 0.5 L440 | reviewing exhibit for argument and arranging for its reproduction |
| 3/24/2006 | 0.7 L440 | preparation for hearing |
| 3/27/2006 | 0.3 L440 | exchange of emails with Gardner re meeting before argument |
| 3/27/2006 | 2.5 L440 | preparation for oral argument |
| 3/28/2006 | 0.8 L440 | preparation for oral argument |
| 3/29/2006 | 6.7 L450 | hearing before 3-judge court, travel to and from Montgomery, meeting with co-counsel and clients |
| 3/30/2006 | 0.3 L460 | exchange of emails with court reporter re bill and transcript; received transcript and forwarded to co-counsel |
| 4/5/2006 | 0.1 L430 | telephone conference with Gardner re additional information the Court needs |
| 4/11/2006 | 0.9 L430 | received, reviewed, and revised draft supplemental stipulation; telephone conferences with Gardner and Park; email to Park with new draft |
| 4/12/2006 | 0.7 L430 | telephone conference with Park re supp. stipulation; revised and returned to him; filing stipulation |
| 4/12/2006 | 1.3 L430 | drafting supplemental brief and emailing draft to co-counsel |
| 4/14/2006 | 0.3 L430 | final changes to supplemental brief and filing |
| 4/26/2006 | 0.2 L430 | received and reviewed Riley's supplemental brief |
| 8/18/2006 | 0.9 L460 | 2 telephone conferences with Gardner; received and reviewed opinion; reviewed rules on cost bill and fee petition |
| 8/21/2006 | 1.3 L460 | preparing fee petition; research |
| 8/22/2006 | 2.7 L460 | preparing fee petition, declaration, etc.; email drafts to McCrary and Gardner |
| 8/28/2006 | 3.7 L460 | received and reviewed Gardner's draft affidavit and time sheets; telephone conference with Segall and Blacksher about doing affidavits for us; further research and revisions of draft motion |
| 8/29/2006 | 0.1 L460 | received and reviewed Blacksher's declaration |
| 8/30/2006 | 0.5 L460 | received and reviewed Segall's affidavit; telephone conference with McCrary |

**Total**          66.8