# Exhibit 2-C

Kennedy v. Riley
Edward Still Expenses

| Bill Date | Dur/Qty | Rate/Price | Gross | Bill Code | Desc |
|---|---|---|---|---|---|
| 11/30/2005 | 54 | $0.10 | $5.40 | E101 | Copies during November |
| 1/6/2006 | 1 | $8.87 | $8.87 | E106 | Westlaw charges (billed according to Special Billing Price on Westlaw bill) for December |
| 1/31/2006 | 1 | $55.28 | $55.28 | E106 | Westlaw charges (billed according to Special Billing Price on Westlaw bill) |
| 1/31/2006 | 182 | $0.10 | $18.20 | E101 | Copies during January |
| 2/28/2006 | 1 | $56.82 | $56.82 | E106 | Westlaw charges (billed according to Special Billing Price on Westlaw bill) |
| 3/24/2006 | 1 | $86.40 | $86.40 | E117 | Preparation of large trial exhibit at UPS Store |
| 3/29/2006 | 172 | $0.49 | $83.42 | E110 | Mileage to Montgomery, 172 at $0.485 per mile |
| Total | | | $314.39 | | |