# Exhibit 3-A

# GARDNER, MIDDLEBROOKS, GIBBONS, OLSEN & WALKER, P.C.
## LAWYERS

J. CECIL GARDNER
JOHN D. GIBBONS
MARY E. OLSEN *
KIMBERLY CALAMETTI WALKER **
M. VANCE McCRARY
ALLISON KAHALLEY

1119 GOVERNMENT STREET
POST OFFICE DRAWER 3103
MOBILE, ALABAMA 36652
(251) 433-8100
TELECOPIER (251) 433-8181
www.gardnermiddlebrooks.com

OF COUNSEL:
S.C. MIDDLEBROOKS
SAM HELDMAN+
HILARY E. BALL***+
BRIAN AUSTIN OAKES

* ALSO ADMITTED IN FLORIDA
** ALSO ADMITTED IN MISSISSIPPI
*** ALSO ADMITTED IN U.S. DISTRICT COURT
DISTRICT OF PUERTO RICO
+ ALSO ADMITTED IN THE DISTRICT OF COLUMBIA

Federal Tax ID # 64-0717201

August 28, 2006

RE: Yvonne Kennedy, James Buskey & William Clark vs. Hon. Don Davis, Hon. Bob Riley, Mobile County Commission, Hon. Stephen Nodine & Hon. Mike Dean

Professional services

| Date | Atty | Description | Hrs |
|---|---|---|---|
| 11/09/05 | JCG | Original research on matters concerning Section 5 suit. Conference regarding associating Ed Still. | 1.00 |
| 11/09/05 | SHH | Telephone conference with Cecil Gardner regarding conference call about possible VRA Section 5 action; research regarding same. | 1.30 |
| 11/10/05 | MVM | Receipt and review of 11/10/05 letter to Voting Section of Civil Rights Division from Attorney General. | 0.30 |
| 11/10/05 | MVM | Researching various issues re: Section 5 Voting Rights Complaint. | 3.00 |
| 11/10/05 | MVM | Telephone conference with Ed Still re: Section 5 Voting Rights Act Complaint. | 0.40 |
| 11/10/05 | SHH | Review Alabama Supreme Court opinion; review state's letter to DOJ; conference call. | 3.50 |
| 11/11/05 | MVM | Travel to Birmingham for meeting with Ed Still re: Complaint for Violation of Section 5 of the Voting Rights Act. Bring Still current on | 4.00 |

Alabama Education Association                    Invoice# 34310          Page 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | developments. | |
| 11/11/05 | MVM | Travel from meeting in Birmingham with Ed Still re: Complaint for Violation of Section 5 of the Voting Rights Act | 4.00 |
| 11/11/05 | MVM | Meeting with Ed Still re: Complaint for Violation of Section 5 of the Voting Rights Act. | 1.00 |
| 11/13/05 | MVM | Work performed on Complaint for violation of Section 5 of the Voting Rights Act. | 3.00 |
| 11/14/05 | JCG | Work on Voting Act complaint. Research. Discussions with Mr. Anderson. Discussions with Ed Still. | 5.00 |
| 11/14/05 | MVM | Work performed on Complaint for violation of Section 5 of the Voting Rights Act. | 3.00 |
| 11/14/05 | MVM | Telephone conference with Ed Still. | 0.30 |
| 11/14/05 | MVM | Editing and revising Complaint for violation of Section 5 of Voting Rights Act. | 1.00 |
| 11/15/05 | JCG | Work on complaint. | 5.00 |
| 11/15/05 | SHH | Telephone conference with Mary Olsen regarding status. | 0.10 |
| 11/16/05 | MVM | Receive and review of Denial of Application for Rehearing from Alabama Supreme Court. Advise Still. | 0.40 |
| 11/16/05 | MVM | Telephone conference with Ed Still. | 0.30 |
| 11/16/05 | MVM | Exchanging e-mails with Ed Still re: request for temporary restraining order. | 0.40 |
| 11/16/05 | MVM | 2nd Telephone conference with Ed Still. | 0.30 |
| 11/16/05 | MVM | Telephone conference with Jack Park in Attorney General's Office. | 0.30 |
| 11/16/05 | MVM | Telephone conference with Judge DeMent's law clerk. | 0.30 |
| 11/16/05 | MVM | Work performed on Application for TRO. | 2.00 |
| 11/16/05 | MVM | Telephone conference with clerk's office re: reassignment of case to Judge Thompson. | 0.40 |
| 11/17/05 | JCG | Work on stipulations of fact. Discussions with clients. Discussions with co-counsel. | 4.00 |
| 11/17/05 | MVM | Telephone conference with clerk's office. | 0.30 |
| 11/17/05 | MVM | Work performed on Stipulation of Fact. | 3.50 |
| 11/17/05 | MVM | Telephone conference with Ed Still. | 0.30 |
| 11/17/05 | MVM | Exchanging multiple e-mails with Ed Still re: Stipulation of Fact and case strategy. | 0.60 |
| 11/18/05 | JCG | Discussions with Dr. Kennedy concerning DOJ role and status of work. | 0.50 |
| 11/18/05 | MVM | Work performed on Stipulation of Fact. | 4.00 |

Alabama Education Association     Invoice# 34310     Page 3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/18/05 | MVM | Exchanging multiple e-mails with Ed Still re: Stipulation of Fact and case strategy. | 0.60 |
| 11/18/05 | MVM | Exchanging e-mails with Jack Park in Attorney General's Office re: Stipulation of Fact. | 0.40 |
| 11/21/05 | JCG | Work and research. | 3.00 |
| 11/22/05 | JCG | Receive and review correspondence from Mr. Park. | 0.50 |
| 11/22/05 | MVM | Receipt and review of Defendant's Answer to Complaint. | 0.60 |
| 11/22/05 | MVM | Receipt and review of e-mail from Ed Still. | 0.30 |
| 11/22/05 | MVM | Receipt and review of Order from Court re: Designation of Three Judge Court. | 0.40 |
| 11/30/05 | JCG | Work on stipulation of fact. Exchange of correspondence with Mr. Still concerning strategy. | 2.00 |
| 11/30/05 | SHH | Correspondence with Vance McCrary regarding status and issues. | 0.20 |
| 11/30/05 | HEB | Conference with Sam Heldman regarding telephone conference with Vance McCrary. | 0.10 |
| 12/01/05 | MVM | Exchanging e-mails with Ed Still re: status of case and strategy going forward. | 0.40 |
| 12/01/05 | MVM | Reviewing file. | 1.00 |
| 12/02/05 | MVM | Exchanging e-mails with Ed Still re: status of case and strategy going forward. | 0.40 |
| 12/02/05 | MVM | Reviewing file; working on stipulation of facts. | 0.60 |
| 12/05/05 | JCG | Receive and review notice for scheduling conference. Telephone conference with the clerk. Prepare for scheduling conference. | 2.50 |
| 12/05/05 | MVM | Reviewing Judge's Order re: scheduling conference. | 0.30 |
| 12/05/05 | MVM | Reviewing file; preparing for scheduling conference. | 0.70 |
| 12/05/05 | MVM | Exchange of multiple e-mails with Ed Still. | 0.40 |
| 12/07/05 | JCG | Attend scheduling conference with Judge Thompson. Discussions with co-counsel concerning strategy. | 2.00 |
| 12/14/05 | MVM | Receipt and review of 2 files from Department of Justice. | 0.80 |
| 12/14/05 | MVM | Review of evidence from Circuit Court trial. | 1.00 |
| 01/06/06 | JCG | Receive and review motion to extend time filed by Attorney General. Discussions with Mr. Clark concerning the same. | 1.00 |
| 01/06/06 | MVM | Telephone conference with Jack Park in AG office re: Factual Stipulation due to court. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/06/06 | MVM | Receipt and review of Motion to Extend Time for Filing Stipulation of Fact filed by Jack Park. | 0.30 |
| 01/06/06 | MVM | Reviewing file. | 0.40 |
| 01/09/06 | MVM | Work performed on factual stipulation now due to court by 02/10/2006. | 1.50 |
| 01/12/06 | MVM | Receipt and review of factual stipulations. | 1.30 |
| 01/12/06 | MVM | Telephone conference with Ed Still. | 0.30 |
| 01/12/06 | MVM | Correspondence with Jack Park in Attorney General's Office. | 0.40 |
| 01/13/06 | MVM | Work performed on joint stipulation of fact due to be filed today. | 2.00 |
| 01/13/06 | MVM | Meeting with Jack Park from AG's office. | 1.00 |
| 01/16/06 | MVM | Receipt and Review of Plaintiffs' brief from Ed Still. | 1.50 |
| 01/17/06 | MVM | Reviewing Plaintiffs' brief. | 1.00 |
| 01/17/06 | MVM | Work performed on case strategy; making edits and suggestions re: Plaintiffs' brief. | 1.00 |
| 01/17/06 | SHH | Review Ed Still's draft brief regarding Section 5 issues and send comments regarding same. | 0.90 |
| 01/18/06 | MVM | Work performed on brief to 3 judge panel. | 2.00 |
| 01/19/06 | JCG | Review and edit final version of brief. | 1.00 |
| 01/19/06 | SHH | Review Ed Still's draft brief, send comment regarding same. | 0.40 |
| 01/20/06 | SHH | Further correspondence with Ed Still and research regarding trial brief and issues. | 1.00 |
| 01/23/06 | JCG | Review Governor Riley's brief. | 1.50 |
| 01/30/06 | JCG | Discussions with Representative Buskey. Regarding proposed legislation and various other matters connected. | 4.00 |
| 01/30/06 | SHH | Memos from and to Cecil Gardner regarding Section 5 suit and legislation. | 0.20 |
| 01/31/06 | JCG | Receive and review proposed legislation for special election. Correspondence to co-counsel regarding the same. Various discussions with Clark, Buskey and Kennedy regarding proposed legislation and effect on suit. | 1.00 |
| 01/31/06 | MVM | Review scheduling order and time for defendants brief to be filed. | 0.30 |
| 01/31/06 | MVM | Review joint stipulation of fact. | 0.30 |
| 01/31/06 | SHH | Memos from and to ES regarding possible effect of potential bills on lawsuit | 0.70 |
| 02/03/06 | JCG | Receive and review Riley's Brief in Opposition to our brief. | 1.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/06/06 | MVM | Work on reply brief to three judge court. | 1.50 |
| 02/06/06 | SHH | Review other side's brief and ES outline for brief; send comments on same | 1.20 |
| 02/06/06 | HEB | Review other side's brief and Ed Still's outline for brief, send comments on same. | 1.20 |
| 02/07/06 | JCG | Work on reply. | 3.00 |
| 02/07/06 | SHH | Message from ES regarding reply brief | 0.10 |
| 02/08/06 | JCG | Review and edit reply brief. | 2.00 |
| 02/09/06 | MVM | Review plaintiff's reply brief to three judge court. | 0.50 |
| 02/09/06 | SHH | Review and comment on ES drafts of reply brief | 0.60 |
| 02/10/06 | JCG | Review and edit reply brief. | 1.00 |
| 03/13/06 | SHH | Correspondence with Ed Still, et al, regarding ideas in preparation for argument. | 0.40 |
| 03/14/06 | JCG | Letter to clients regarding oral argument. Review of materials to be used during argument. | 1.50 |
| 03/14/06 | JCG | Prepare for oral argument. Correspondence to clients concerning oral argument. | 3.00 |
| 03/14/06 | SHH | Further correspondence with Ed Still, et al regarding preparation for argument. | 0.20 |
| 03/24/06 | JCG | Review of file for argument. Exchange correspondence with co-counsel. | 2.00 |
| 03/29/06 | JCG | Prepare for and attend oral argument in Montgomery. | 4.00 |
| 03/29/06 | JCG | Travel to Montgomery for oral argument. | 2.50 |
| 03/29/06 | JCG | Return to Mobile. | 2.50 |
| 03/30/06 | JCG | Receive and review transcript of testimony. | 2.00 |
| 03/30/06 | SHH | Review memo from Still and attached transcript of three judge court hearing; memo to Still regarding same. | 0.50 |
| 04/04/06 | JCG | Attempted conference with Larry Wettermark. Telephone conference with Governor's counsel, Jack Park, regarding requested stipulation. Research court files concerning tenure of Commissioner Jones during Stokes v Noonan era. | 1.50 |
| 04/05/06 | JCG | Discussions with Mr. Still regarding stipulated facts. | 0.50 |
| 04/10/06 | JCG | Meeting with co-counsel regarding stipulation of fact. | 1.50 |
| 04/11/06 | JCG | Work on stipulations requested by court. | 1.00 |
| 04/11/06 | JCG | Work on stipulation. Various conversations with attorney Jack Park and attorney Ed Still. Research newspaper and Probate Court files. | 3.00 |
| 04/12/06 | SHH | Review supplemental stipulations and Ed Still's | 0.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | draft supplemental brief. | |
| 04/13/06 | SHH | Memo to co-counsel regarding Ed Still's draft. | 0.10 |
| 04/25/06 | JCG | Receive and review defendant's brief. | 2.00 |
| 06/28/06 | JCG | Review of status. Telephone conference with the court. Telephone conference with Representative Buskey, et al. | 2.00 |
| 08/18/06 | JCG | Receive and review decision of the three judge court. Discussions with Dr. Kennedy and Representative Buskey concerning status of the case. Research issues with respect to Justice Department matters. | 5.00 |

For professional services rendered          145.10

### ATTORNEY SUMMARY

| Attorney | Hours |
|---|---|
| Ball, Hilary E | 1.30 |
| Gardner, J Cecil | 75.50 |
| McCrary, M Vance | 56.60 |
| Heldman, Samuel H | 11.70 |

Additional charges:

| Date | Atty | Description | Amount |
|---|---|---|---|
| 11/14/05 | JCG | Vendor Clerk, U S District Court - Middle AL; Payment for Filing Fee for Complaint. | 250.00 |
| 11/28/05 | JCG | Vendor United Parcel Service; Payment for shipment on 11/11/05 to James H. Anderson. Inv #0000Y45674475 | 46.41 |
| 11/28/05 | JCG | Vendor United Parcel Service; Payment for shipment on 11/14/05 to Ms. Jody Herring. Inv #0000Y45674475 | 46.41 |
| 11/28/05 | JCG | Vendor United Parcel Service; Payment for shipment on 11/15/05 to Jody Herring. Inv #0000Y45674475 | 46.41 |
| 11/30/05 | MVM | Payment for Lodging @ Embassy Suites, Montgomery on 09/29/05. | 164.39 |
| 11/30/05 | JCG | Payment for Lodging/Meals @ Embassy Suites on 09/29/05. | 221.35 |
| 12/19/05 | | Payment to Lexis for research for invoice #0511010859. | 8.03 |
| 12/19/05 | | Payment to Lexis for research for invoice #0511010859. | 1.15 |

Alabama Education Association  Invoice# 34310  Page 7

| Date | | Description | Amount |
|---|---|---|---|
| 12/19/05 | | Payment to Lexis for research for invoice #0511010859. | 190.04 |
| 12/19/05 | | Payment to Lexis for research for invoice #0511010859. | 1.15 |
| 01/05/06 | JCG | Payment for Rental Car from Hertz on 11/06/05 - 11/07/05. | 176.29 |
| 01/05/06 | JCG | Credit for 5% Savings on Hertz Car Rental 11/07/05. | (8.81) |
| 01/18/06 | | Vendor Pacer Service Center; Copies of search done on quarterly statement. | 1.20 |
| 03/30/06 | JCG | Vendor J Cecil Gardner; Payment for reimbursed costs of travel expenses to Montgomery 3/29/06 - oral argument. | 176.80 |
| 06/30/06 | JCG | Payment to American Express for meal expense for Nobles on 03/29/06. | 26.00 |
| 07/11/06 | | Vendor Pacer Service Center; Copies of search done on quarterly statement. | 0.56 |
| 08/31/06 | | Long distance charges | 3.24 |
| 08/31/06 | | Photocopies | 52.40 |
| 08/31/06 | | Fax charges | 71.00 |

Total costs                                                                 $1,474.02