# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY AND WILLIAM CLARK, <br><br> PLAINTIFFS, <br><br> v. <br><br> HON. BOB RILEY, AS GOVERNOR OF ALABAMA | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 2:05-cv-01100-MHT-DRB <br> ) <br> ) <br> ) |

**DECLARATION OF JAMES U. BLACKSHER**

I, James U. Blacksher, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am a practicing lawyer who tries cases throughout Alabama. I began private practice in 1971. My office currently is in Birmingham. Almost my entire career has been devoted to civil litigation in the areas of civil rights and voting rights.

I have known and worked with Edward Still and Cecil Gardner from the time I began practicing law. Mr. Still is the leading authority on the election law of Alabama and a federal voting rights lawyer in the top rank nationally. Mr. Gardner is one of the most experienced and accomplished trial lawyers in Alabama. His vast experience has covered both civil rights and voting rights cases. I believe that

$300/hour is at or below the usual rate for lawyers in Montgomery of the caliber and with the experience of Messrs. Still and Gardner.

I have examined drafts of plaintiffs' petition for an award of attorneys' fees and expenses in this action, the supporting documentation and the written opinion of the three-judge court. Based on my own experience, *e.g., Boxx v. Bennett*, 50 F.Supp.2d 1219 (M.D.Ala. 1999) (3-judge court), I believe that their time and expenses are reasonable in the context of this action under § 5 of the Voting Rights Act, which had to be litigated to an adjudicated conclusion.

I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ James U. Blacksher
                                                 James U. Blacksher

Executed this August 29, 2006.