# Exhibit 5

## Declaration of Robert D. Segall

My name is Robert D. Segall. I am an attorney in Montgomery, Ala., and a shareholder in Copeland Franco Screws & Gill, P.A. I have practiced in Montgomery County, Alabama, and in the United States District Court for the Middle District of Alabama for thirty-three years. I have also practiced in the other federal courts in Alabama, as well as in the Fifth and Eleventh Circuit Courts of Appeal and in the United States Supreme Court.

I am a graduate of Harvard Law School (LL.M.), The University of Alabama School of Law (1971, J.D.), and Vanderbilt University (1968, B.A.). After graduation from law school, I served as law clerk to Hon. Judge Frank M. Johnson, Jr.

I am a member of the Federal Bar Association, the American Bar Association, and the Alabama State Bar. I served as President of the Alabama State Bar during 2005-06.

I have known Edward Still since even before I started practicing law. I have worked with him on a number of cases beginning with *Lynch v. Baxley,* 386 F.Supp. 378 (M.D. Ala. 1974) (three judge court), which declared Alabama's involuntary civil commitment statutes unconstitutional. I have recently worked with him on the Three Judge Court legislative redistricting case in the United States District Court for the Southern District of Alabama, *Gustafson v. Johns*.

I have known Cecil Gardner for many years as well and have had several opportunities to observe his legal work. The same is true of Sam Heldman. I have litigated both with and against Mr. Heldman.

I can say without hesitation or equivocation that all three of these lawyers, Mr. Still, Mr. Gardner and Mr. Heldman, are among the best lawyers I have ever dealt with anywhere. They are skilled, conscientious, responsible, and entirely reputable. And, among other areas of specialty, each of them is an expert in civil rights law and in voting rights law. Along with one or two others, they are simply the best Alabama has to offer in these areas, and they are among the best in the United States.

I have reviewed the decision of the district court in *Kennedy v. Riley,* No. 2:05-cv-01100-MHT-DRB (MD Ala), Mr. Still's declaration and attachments, Mr. Gardner's declaration and attachments, the motion for the award of fees, and the calculation of fees.

Based on my knowledge of the skill and ability of Mr. Still, Mr. Gardner, and Mr. Heldman, it is my opinion that the requested fee of $300 per hour is reasonable and well within the range of fees charged by attorneys in the Montgomery area for work of similar difficulty and involving statutes of similar complexity.

On the basis of my experience and knowledge of the fees charged in the Montgomery area for attorneys with the experience of Mr. McCrary, I believe that a reasonable fee would be $175 to $200 per hour.

I have reviewed the time sheets provided by Mr. Still and Mr. Gardner. The amount of time spent on this case seems within the normal range I would expect to see on a case in federal court involving voting rights. Similarly, the costs and expenses seem to be reasonable.

Under penalty of perjury, I affirm that the foregoing statement is true and correct and was made based on my personal knowledge. Signed this 3rd day of August, 2006.

_____
Robert D. Segall