IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, ) ) ) Plaintiffs, ) ) v. ) ) HONORABLE BOB RILEY, as ) Governor of the State of ) Alabama, ) ) Defendant. ) | CIVIL ACTION NO. 2:05cv1100-MHT |

ORDER

For good cause, it is ORDERED that the three-judge court refers the matter of attorney's fees, expenses, and costs to the single-judge court for final disposition.

DONE this the 5th day of September, 2006.

　　　/s/ Stanley Marcus
UNITED STATES CIRCUIT JUDGE

　　　/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

　　　/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE