IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,  )<br>)<br>    Plaintiffs,   )<br>                   )<br>    v.             )<br>                   )<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama,           )<br>                   )<br>    Defendant.     ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

It is ORDERED that the motion for award of attorneys' fees (Doc. No. 24) is set for submission, without oral argument, on September 29, 2006, with all briefs and evidentiary materials due by said date.

DONE, this the 11th day of September, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE