IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONORABLE BOB RILEY,<br>as Governor of the State of Alabama<br><br>    Defendant. | CIVIL ACTION<br>NO. 2:05 CV 1100-T |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Bob Riley, in his official capacity as Governor of Alabama, the defendant in this action ("Governor Riley"), moves for an extension of time to and until October 20, 2006, to respond to the Kennedy Plaintiffs' Motion for Award of Attorneys' Fees. As grounds for this Motion, Governor Riley states:

1. In its Order of September 11, 2006 (No. 26), this Court set the Motion for Award of Attorneys' Fees for submission on September 29, 2006.

2. The undersigned attorney for Governor Riley is: (a) the attorney responsible for drafting the brief of the State Election Officials as Appellees in the case of *Gustafson v. Johns*, on appeal in the Eleventh Circuit, that was filed on September 28, 2006; (b) the attorney for the Alabama Department of Transportation and other official capacity appellants in a case on appeal in the Supreme Court of Alabama responsible for filing a Reply Brief that is due on or before October 9, 2006; and (c) the attorney responsible for preparing one or more preclearance submissions.

3. The undersigned attorney for Governor Riley needs additional time to consider how the State will respond to the Motion.

4. The Kennedy Plaintiffs have no objection to this Motion for Extension of Time.

WHEREFORE this Court should extend the time for Governor Riley to respond to the Kennedy Plaintiffs Motion for Award of Attorneys' Fees making any response due on or before October 20, 2006.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the _____ day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

| | |
|---|---|
| J. Cecil Gardner, Esq.<br>M. Vance McCrary, Esq.<br>Gardner, Middlebrooks, Gibbons,<br> Kittrell, Olsen, Walker & Hill<br>Post Office Box 3103<br>Mobile, AL 36652 | Edward Still<br>2112 11th Avenue South, Suite 201<br>Birmingham, AL 35205 |

      **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us