IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br><br>    Plaintiffs, )<br>                      )<br>    v.              )<br>                      )<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>                      )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 27) is granted.

(2) The motion for award of attorneys' fees (Doc. No. 24) is reset for submission, without oral argument, on October 20, 2006, with all briefs and evidentiary materials due by said date.

DONE, this the 2nd day of October, 2006.

                                        /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE