3

STATE OF ALABAMA
JEFFERSON COUNTY

James U. Blacksher, being first duly sworn, deposes and says:

1. My name is James U. Blacksher. I am over the age of 19 years and not under any legal disability. I make the following statements on personal knowledge.

2. Attached is my professional resumé.

3. I have known Edward Still since we were classmates as first-year law students at the University of Alabama. Since that time we have worked as co-counsel in many voting rights lawsuits, most of the voting rights cases listed in my resumé.

4. Edward Still has asked me to review his work in *Richard Gooden v. Nancy Worley*, CV 05-5778, pending in the Circuit Court for Jefferson County, Alabama. I have reviewed his time log and the complaint. I have also followed the progress of this action in the press and through election law listservs.

5. Mr. Still is acknowledged around the country to be one of the premier voting rights lawyers in the nation. He is the most knowledgeable lawyer I know with respect to the election laws of Alabama and the United States.

6. I am generally knowledgeable about the rates charged by lawyers in the Birmingham metro area. Most of my cases are brought on a contingent fee arrangement, usually dependent upon a court-awarded fee. During the past few years, when requesting a fee to be awarded by a court, I have received an effective hourly rate of $275-$300.

7. I believe that Mr. Still's requested rate of two hundred fifty dollars ($250.00) per hour is unreasonably low for the Birmingham area based on his knowledge and experience in the fields of election law and civil rights law.

8. In a case such as this one, where the fee to be obtained is dependent entirely on the plaintiff winning the case, a reasonable lawyer will not agree to handle the

case for his usual hourly fee if he wins and for nothing if he loses. An enhancement above the usual hourly fee should be awarded to compensate the attorney for the risk he undertook in the case. I believe that an enhancement of 100% above the lodestar amount would be reasonable in this action.

Signed on the 26th day of May 2006.

_____
James U. Blacksher

Sworn to and subscribed before me this ___ day of May 2006. I certify that the affiant is known (or made known) to me to be the identical party he claims to be.

_____
Notary Public for _____

[seal]