IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,  )<br><br>Plaintiffs,<br><br>vs.<br><br>HONORABLE BOB RILEY,<br>as Governor of the State of Alabama<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 2:05 CV 1100-T<br>)<br>)<br>)<br>) |

**NOTICE OF FILING PRECLEARANCE SUBMISSION**

Pursuant to this Court's judgment dated August 18, 2006, (No. 23), the State of Alabama hereby advises this Court that, by letter dated November 9, 2006, a copy of which is attached as Exhibit A, the State requested preclearance of the decisions of the Supreme Court of Alabama in <u>Riley v. Kennedy</u>, 928 So.2d 1013 (Ala. 2005), and <u>Stokes v. Noonan</u>, 524 So. 2d 237 (Ala.1988). Since this Court entered its judgment the State considered whether to appeal and responded to the plaintiffs' application for attorneys' fees. In addition, counsel moved to Northern Virginia and did other work as described in the letter. In the State's judgment, this Court should withhold action with respect to remedy until the preclearance process is complete.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us