IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HONORABLE BOB RILEY, )<br>as Governor of the State of Alabama )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 2:05 CV 1100-T |

### UNOPPOSED MOTION TO EXTEND TIME FOR COMPLIANCE

Bob Riley, in his official capacity as Governor of Alabama, defendant in this action, submits this unopposed Motion to extend the time for the State to obtain preclearance of the decisions of the Supreme Court of Alabama in <u>Riley v. Kennedy</u>, 928 So. 2d 1013 (Ala. 2005), and <u>Stokes v. Noonan</u>, 534 So. 2d 237 (Ala. 1988) to and until January 16, 2007.  As grounds for this Motion, Governor Riley states:

1.  In its Opinion and Judgment of August 18, 2006 (Nos 22 and 23), this Court concluded that the decisions of the Supreme Court of Alabama in <u>Riley v. Kennedy</u> and <u>Stokes v. Noonan</u> represented changes that affected voting within the meaning of Section 5 of the Voting Rights Act that could not be enforced unless precleared.  This Court directed Governor Riley to obtain preclearance and allowed him 90 days to accomplish that task.

2.  By letter dated November 11, 2006, The State requested that the Attorney General of the United States preclear those decisions.  The State further requested expedited consideration of its submission.

3. In the ordinary course of its business, the United States Department of Justice is allowed 60 days to act on a submission like the one in this case. If the Department takes that time or a lesser period of time, it is unlikely that the State will have an answer before the 90-day time period this Court has allowed will expire.

4. The parties agree that the best interests of this Court, the State, and the Kennedy Plaintiffs will be served if the entry of further remedial relief is withheld until the preclearance process is complete. If the Department of Justice uses its allotted 60 days, the parties expect that the State will receive a response on or about January 9, 2007.

5. The State requests an extension of this Court's deadline to and until January 16, 2007, and further agrees to report on the status of the submission on the first business day of each month prior to that deadline.

6. The Kennedy Plaintiffs have no objection to this request.

WHEREFORE, this Court should extend the time for the State to obtain preclearance of the Alabama Supreme Court's decisions in <u>Riley v. Kennedy</u> and <u>Stokes v. Noonan</u> to and until January 17, 2007.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us