IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YVONNE KENNEDY, JAMES       )
BUSKEY & WILLIAM CLARK,     )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )       2:05cv1100-MHT
                            )
HONORABLE BOB RILEY, as     )
Governor of the State of    )
Alabama,                    )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that, on behalf of the three-judge court, the motion to extend time for compliance (doc. no. 31) is granted. The State of Alabama is allowed until January 17, 2007, to obtain preclearance. Defendant Bob Riley is to report on the status of the preclearance submission on the first business day of each month prior to that deadline.

DONE, this the 16th day of November, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE