IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HONORABLE BOB RILEY, )<br>as Governor of the State of Alabama )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 2:05 CV 1100-T |

## STATUS REPORT OF GOVERNOR RILEY

Pursuant to this Court's Order of November 16, 2006 (No. 32), Bob Riley, in his official capacity as Governor of Alabama, defendant in this action, submits this Status Report regarding the State's preclearance submission relating to the decisions of the Supreme Court of Alabama in Riley v. Kennedy, 928 So. 2d 1013 (Ala. 2005), and Stokes v. Noonan, 534 So. 2d 237 (Ala. 1988). For this Report, Governor Riley states:

1. By letter dated November 11, 2006, The State requested that the Attorney General of the United States preclear the Alabama Supreme Court's decisions in Riley v. Kennedy and Stokes v. Noonan. The State further requested expedited consideration of its submission. A copy of the State's submission has been filed.

2. In the ordinary course of its business, the United States Department of Justice is allowed 60 days to act on a submission like the one in this case. That 60-day time period will expire on or about January 10, 2007.

3. By letter dated November 28, 2006, a copy of which was e-mailed to the undersigned, Ed Still, one of the attorneys for the Kennedy Plaintiffs, objected to

preclearance of these decisions. A copy of that letter was filed with Governor Riley's previous report  Governor Riley contemplates responding to that letter as well as to any questions which the Voting Section of the United States Department of Justice's Civil Rights Division may ask.

    4. In its Order of November 16, 2006, this Court granted the State an extension of time to and until January 17, 2007, to obtain preclearance. If the Kennedy Plaintiffs' objection to the submission, questions from USDOJ, or both, result in the lack of final action by January 16, 2007, the State's deadline for compliance should be extended.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

      **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us