IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>    Plaintiffs,<br><br>    v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Plaintiffs' Motion for Further Relief

1. The final judgment in this action provided in part: "The State of Alabama has 90 days from the date of this order to obtain preclearance in accordance with § 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c; if the State fails to comply with this requirement within the time allowed, the court will revisit the issue of remedy."

2. The State of Alabama requested preclearance of the two Alabama Supreme Court decisions on 9 November 2006 by submission to the Attorney General of the United States. On 8 January 2007, Wan J. Kim, the Assistant Attorney General for Civil Rights, interposed an objection to the enforcement of the two decisions. A copy of the letter of objection is attached as Exhibit A.

3. As reflected in the letter, Exhibit A, the benchmark against which the submission was measured, under Section 5, was Act 85-237 (Joint Stipulation of Facts, Doc. 14, Exhibit A). Thus the United States'

objection to the submission means that Act 85-237 is once again the governing standard.

  4. Act 85-237 requires in part: "Whenever a vacancy occurs in any seat on the Mobile County Commission with twelve months or more remaining on the term of the vacant seat, the judge of probate shall immediately make provisions for a special elections to fill such vacancy with such election to be held no soon than sixty days and no later than ninety days after such seat has become vacant."

  5. Plaintiffs request the Court grant the following relief:

   a. Enter a declaratory judgment that the seat formerly held by Hon. Sam Jones is "vacant" within the meaning of Act 85-237;

   b. Enter an injunction directed to Hon. Don Davis, Probate Judge of Mobile County, requiring him to call a special election in District 1 no sooner than sixty days and no later than ninety days to fill the vacancy;

   c. Enter an order allowing Hon. Juan Chastang to remain as a County Commissioner until his successor is elected as required by the Court's order and qualified in accord with state law;

   d. Make an award of reasonable attorneys' fees and expenses for the work performed by the Plaintiffs' counsel after allowing the Plaintiffs' counsel to supplement their earlier fee petition within a reasonable time.

Submitted by,

| | |
|---|---|
| Cecil Gardner<br>Vance McCrary<br>Gardner, Middlebrooks, Gibbons & Kittrell<br>Post Office Drawer 3103<br>Mobile AL 36652<br>    phone 251.433.8100<br>    fax 251.433.8181<br>    email cgardner@gmlegal.com<br>    email vmccrary@gmlegal.com | /s/ Edward Still<br>Edward Still<br>2112 11th Avenue South<br>Suite 201<br>Birmingham AL 35205-2844<br>    phone: 205-320-2882<br>    fax: 877-264-5513<br>    email: Still@votelaw.com |

## CERTIFICATE OF SERVICE

I certify that on 10 January 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorney:

John J. Park, Jr. Esq.
Assistant Attorney General
Office of the Attorney General of Alabama
11 South Union Street
Montgomery AL 36130-0152
    phone: 334-242-7401
    fax: 334-242-4891
    email: jpark@ago.state.al.us


/s/ Edward Still