IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>HONORABLE BOB RILEY, as  )<br>Governor of the State of  )<br>Alabama,  )<br>  )<br>  Defendant.  ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

Because we believe the State of Alabama should have additional time to ask the United States Department of Justice for reconsideration of its decision, dated January 8, 2007, it is ORDERED as follows:

(1) The State of Alabama is allowed additional time to seek timely reconsideration of the decision of the United States Department of Justice, dated January 8, 2007.

(2) Defendant is to report on the status of the reconsideration request on the first business day of each month, beginning February 2007.

(3) Plaintiffs' motion for further relief (doc. no. 35) is denied without prejudice.

DONE, this the 11th day of January, 2007.

        /s/ Stanley Marcus
   UNITED STATES CIRCUIT JUDGE


       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE


     /s/ W. Harold Albritton
UNITED STATES SENIOR DISTRICT JUDGE