IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1100-MHT |
| | ) | |
| HONORABLE BOB RILEY, as Governor of the State of Alabama, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of plaintiffs' motion for reconsideration (Doc. No. 38), it is ORDERED that defendant file a response by January 23, 2007.

DONE, on behalf and with the approval of the three-judge court, this the 16th day of January, 2007.

                                                    /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE