IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, </br></br>Plaintiffs, </br></br>vs. </br></br>HONORABLE BOB RILEY, as Governor of the State of Alabama </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION </br>NO. 2:05 CV 1100-T |

### RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to this Court's Order of January 16, 2007 (No. 39), Bob Riley, in his official capacity as Governor of Alabama, defendant in this action, submits this Response to Plaintiffs' Motion for Reconsideration. (No. 38) For the reasons stated below, Plaintiffs' Motion should be denied without prejudice. In support of this Response, Governor Riley states:

1. By letter dated November 9, 2006, the State requested that the Attorney General of the United States preclear the Alabama Supreme Court's decisions in Riley v. Kennedy and Stokes v. Noonan. The State further requested expedited consideration of its submission and pointed out both the serious federalism implications of denying preclearance and the workability problems posed by the submission. A copy of the State's submission has been filed.

2. By letter dated January 8, 2007, the Attorney General of the United States, through Wan J. Kim, Assistant Attorney General for Civil Rights, objected to the

enforcement of two decisions of the Supreme Court of Alabama that are based on race-neutral, generally applicable principles of law.

3. Governor Riley and the State are proceeding expeditiously to pursue their right to request reconsideration of the administrative decision to object to the State's submission. By letter dated January 19, 2007, a copy of which is attached as Exhibit A, Governor Riley advised the Attorney General of the United States that a request for reconsideration pursuant to 28 C.F.R. § 51.45 would be filed and asked Attorney General Gonzales to encourage his staff to meet with Attorney General King at the earliest opportunity. As of the date of this Response, Attorney General Gonzales and Governor Riley have not yet spoken, and the draft request for reconsideration is under review in the Office of the Attorney General of Alabama. By the beginning of February, when the State's status report is due, Governor Riley and the State anticipate that Governor Riley and Attorney General Gonzales will have spoken and that the request for reconsideration will be in the hands of USDOJ or will have been acted on.

4. In short, the State is proceeding expeditiously to request reconsideration of the administrative decision of the Attorney General of the United States. Moreover, the reconsideration process has its own confining time limits. See 28 C.F.R. § 51.48. Until the reconsideration request is acted on, the administrative process is not final. The remedy stage of this case should not begin before that process is final.

5. If the State's request for reconsideration is denied, the State may proceed to seek judicial preclearance. Governor Riley recognizes that the process of seeking judicial preclearance will be of uncertain duration. If the concerns that prompted the Plaintiffs' Motion remain present, they might renew their Motion at that time.

6.  Notwithstanding that Plaintiffs' motion is premature, Governor Riley objects to the suggestion that this Court order Governor Riley or Probate Judge Davis to conduct a special election.  There is no valid state law that would authorize an election, and such a directive would represent an impermissible commandeering of state officials in violation of the Tenth Amendment of the Constitution of the United States.

Accordingly, for the reasons stated, the Plaintiffs' Motion should be denied without prejudice.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 23rd day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

      **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us