# Exhibit A

Case 2:05-cv-01100-MHT-TFM   Document 40-2   Filed 01/23/2007   Page 1 of 2

| OFFICE OF THE GOVERNOR |  | STATE CAPITOL |
|---|---|---|
| | | MONTGOMERY, ALABAMA 36130 |
| BOB RILEY | | |
| GOVERNOR | | (334) 242-7100 |
| | | FAX: (334) 242-0937 |

## STATE OF ALABAMA

January 19, 2007

The Honorable Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear General Gonzales:

I write to ask for your consideration and assistance on a matter of great importance to the State of Alabama and to me personally. On January 8, 2007, Assistant Attorney General Wan J. Kim interposed an objection to a pre-clearance submission made by Alabama concerning two decisions of Alabama's Supreme Court. The effect of this decision is to require the State of Alabama to comply with a state statute which the Alabama Supreme Court has declared violates the Alabama Constitution. As you know, Alabama is entitled to request that the decision to object be reconsidered. See 28 C.F.R. § 51.45(a) ("The submitting authority may at any time request the Attorney General to reconsider an objection."). Troy King, Alabama's Attorney General, is drafting a request for reconsideration now. General King has contacted your office to schedule a meeting with you to personally deliver Alabama's request and to discuss with you some of Alabama's concerns. As a courtesy to me, I ask that you have your staff schedule the meeting between you and General King at the earliest possible time. I am advised that this meeting should take no more than 30 minutes of your time. Thank you in advance for your consideration, attention to, and interest in this matter.

Sincerely,

Bob Riley
Governor

BR/kw/rdg