IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES ) <br> BUSKEY & WILLIAM CLARK, ) <br>    ) <br>    Plaintiffs,    ) <br>    ) <br>    v.    ) <br>    ) <br> HONORABLE BOB RILEY, as    ) <br> Governor of the State of    ) <br> Alabama,    ) <br>    ) <br>    Defendant.    ) | CIVIL ACTION NO. <br> 2:05cv1100-MHT |

ORDER

The defendant having assured the court that, "[b]y the beginning of February, ... the request for reconsideration will be in the hands of USDOJ or will have been acted on," Doc. No. 40, and it appearing that the reconsideration process has time limits, 28 C.F.R. § 51.48, it is ORDERED that the plaintiffs' motion for

reconsideration (Doc. No. 38) is denied without prejudice.

DONE, this the 29th day of January, 2007.


      /s/ Stanley Marcus
**UNITED STATES CIRCUIT JUDGE**

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

      /s/ W. Harold Albritton
**UNITED STATES SENIOR DISTRICT JUDGE**