IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK,  )  )  Plaintiffs,  )  )  vs.  )  )  HONORABLE BOB RILEY,  ) as Governor of the State of Alabama  )  )  Defendant.  ) | CIVIL ACTION NO. 2:05 CV 1100-T |

### STATUS REPORT OF GOVERNOR RILEY

Pursuant to this Court's Order of January 11, 2007 (No. 37), Bob Riley, in his official capacity as Governor of Alabama, defendant in this action, submits this Status Report regarding the State's efforts to obtain reconsideration of USDOJ decision not to preclear the decisions of the Supreme Court of Alabama in <u>Riley v. Kennedy</u>, 928 So. 2d 1013 (Ala. 2005), and <u>Stokes v. Noonan</u>, 534 So. 2d 237 (Ala. 1988). For this Report, Governor Riley states:

1. By letter dated January 8, 2007, the Attorney General of the United States, through Wan J. Kim, Assistant Attorney General for Civil Rights, objected to the State's enforcement of those decisions notwithstanding that they were based on race-neutral, generally applicable principles of law.

2. Pursuant to 28 C.F.R. § 51.45, the State is in the process of requesting reconsideration of that decision. By letter dated January 19, 2007, Governor Riley advised the Attorney General of the United States that a request for reconsideration would be filed and asked Attorney General Gonzales to encourage his staff to meet with

Attorney General King at the earliest opportunity. On Friday, January 26, 2007, Chief Deputy Attorney General Keith Miller and a member of his staff consulted with counsel in the Civil Rights Division about the request. At that time, the draft of the letter requesting reconsideration was being reviewed in the Office of the Alabama Attorney General, so the parties deferred further discussion until the letter had been transmitted and reviewed.

      3. By letter dated January 30, 2007, a copy of which is attached as Exhibit A, the State is asking the Attorney General of the United States to reconsider his decision not to preclear Stokes v. Noonan and Riley v. Kennedy.

      4. Pursuant to this Court's Order, the State will continue to advise this Court of the status of its reconsideration request.

      Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail:  jpark@ago.state.al.us

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 30th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

     **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us