IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES<br>BUSKEY & WILLIAM CLARK,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONORABLE BOB RILEY,<br>as Governor of the State of Alabama<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 2:05 CV 1100-T<br>)<br>)<br>)<br>) |

## STATUS REPORT OF GOVERNOR RILEY

Pursuant to this Court's Order of January 11, 2007 (No. 37), Bob Riley, in his official capacity as Governor of Alabama, defendant in this action, submits this Status Report regarding the State's efforts to obtain reconsideration of USDOJ decision not to preclear the decisions of the Supreme Court of Alabama in Riley v. Kennedy, 928 So. 2d 1013 (Ala. 2005), and Stokes v. Noonan, 534 So. 2d 237 (Ala. 1988). For this Report, Governor Riley states:

1.  By letter dated January 8, 2007, the Attorney General of the United States, through Wan J. Kim, Assistant Attorney General for Civil Rights, objected to the State's enforcement of those decisions notwithstanding that they were based on race-neutral, generally applicable principles of law.

2.  Pursuant to 28 C.F.R. § 51.45, the State has requested reconsideration of that decision. By letter dated January 30, 2007, a copy of which has been filed, the State asked the Attorney General of the United States to reconsider his decision not to preclear

<u>Stokes v. Noonan</u> and <u>Riley v. Kennedy</u>.  As of this date, the State's reconsideration request remains pending.

      3.  Pursuant to this Court's Order, the State will continue to advise this Court of the status of its reconsideration request.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 1st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons,
 Kittrell, Olsen, Walker & Hill
Post Office Box 3103
Mobile, AL 36652

Edward Still
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

      **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us