IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>               Plaintiffs,<br><br>v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>               Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Plaintiffs' Renewed Motion for Further Relief

1. The final judgment in this action provided in part: "The State of Alabama has 90 days from the date of this order to obtain preclearance in accordance with § 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c; if the State fails to comply with this requirement within the time allowed, the court will revisit the issue of remedy."

2. The State of Alabama requested preclearance of the two Alabama Supreme Court decisions on 9 November 2006 by submission to the Attorney General of the United States. On 8 January 2007, Wan J. Kim, the Assistant Attorney General for Civil Rights, interposed an objection to the enforcement of the two decisions. A copy of the letter of objection was attached as Exhibit A to Plaintiffs' Motion for Further Relief (Doc. 35).

3. The State requested that the Attorney General reconsider his objection on or about 30 January 2007. Assistant Attorney General Kim

has "decline[d] to withdraw the January 8, 2007, objection" in a letter dated 12 March 2007. See Exhibit A to this Motion.

4. Act 85-237 was the benchmark against which the Section 5 preclearance submission was measured (Joint Stipulation of Facts, Doc. 14, Exhibit A). Thus the United States' continued objection to the submission means that Act 85-237 is once again the governing standard.

5. Act 85-237 requires in part: "Whenever a vacancy occurs in any seat on the Mobile County Commission with twelve months or more remaining on the term of the vacant seat, the judge of probate shall immediately make provisions for a special elections to fill such vacancy with such election to be held no soon than sixty days and no later than ninety days after such seat has become vacant."

6. Plaintiffs move the Court to grant the following relief:

   a. Enjoin Governor Riley to call a special election in County Commission District 1 of Mobile for the election of a commissioner to fill the unexpired term of Commissioner (now Mayor) Sam Jones.

   b. Order that such election be held not less than 60 nor more than 90 days from the date of the order of the Court.

   c. Enjoin the Governor and officials acting in concert with him to obey the provisions of Ala. Code §§ 17-18-3, -5, -6, and -7 (1995).

   d. Further enjoin all officials who normally participate in the preparation for special elections and who are acting in concert with the Governor to do all such acts as may be necessary to hold such election, count and tabulate the votes, and certify the results of such election.

      7. **In the alternative,** Plaintiffs pray that the Court grant the following relief:

      a. Enter a declaratory judgment that the seat formerly held by Hon. Sam Jones is "vacant" within the meaning of Act 85-237;

      b. Add the Honorable Don Davis in his official capacity as Probate Judge of Mobile County as a defendant for the limited purpose of calling a special election. (Upon the Court's approval, the Plaintiffs will serve process upon Judge Davis.)

      c. Enter an injunction directed to Hon. Don Davis, Probate Judge of Mobile County, requiring him to call a special election in District 1 no sooner than sixty days and no later than ninety days to fill the vacancy;

      8. Plaintiffs further pray the Court to order that the winner of the special election may take office immediately upon his or her certification and filing the usual and necessary instruments, bonds, oaths, etc.

      9. Plaintiffs further pray for an award of reasonable attorneys' fees and expenses for the work performed by the Plaintiffs' counsel after allowing the Plaintiffs' counsel to supplement their earlier fee petition within a reasonable time.

Submitted by,

| | |
|---|---|
| Cecil Gardner | /s/ Edward Still |
| Vance McCrary | Edward Still |
| Gardner, Middlebrooks, Gibbons & Kittrell | Edward Still Law Firm LLC |
| Post Office Drawer 3103 | 2112 11th Avenue South |
| Mobile AL 36652 | Suite 201 |
| phone 251.433.8100 | Birmingham AL 35205-2844 |
| fax 251.433.8181 | phone: 205-320-2882 |
| email cgardner@gmlegal.com | fax: 877-264-5513 |
| email vmccrary@gmlegal.com | email: Still@votelaw.com |

CERTIFICATE OF SERVICE

I certify that on 13 March 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

John J. Park, Jr. Esq.
Assistant Attorney General
Office of the Attorney General of Alabama
11 South Union Street
Montgomery AL 36130-0152
    phone: 334-242-7401
    fax: 334-242-4891
    email: jpark@ago.state.al.us


/s/ Edward Still

4