IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

### ORDER

On behalf of the three-judge court, it is ORDERED that, by March 21, 2007, the defendant is to file a response to the plaintiffs' renewed motion for further relief (doc. no. 44).

DONE, this the 14th day of March, 2007.

                           /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE