IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>                Plaintiffs,<br><br>     v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>                Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Plaintiffs' Response to Defendant's Motion for Reconsideration (contained in Doc. 46)

1.  In his Response to Plaintiffs' Renewed Motion for Further Relief (Doc. 46), Gov. Riley requests the Court to "revisit its conclusion that preclearance … is required" (¶ 4).  This constitutes a motion for reconsideration, and plaintiffs now respond to the motion.

2.  Gov. Riley argues, "USDOJ, however, interpreted this Court's decision to require it to object to … enforcement [of the two Alabama Supreme Court decisions] even though those decisions are based on race-neutral, generally applicable principles of law" (¶ 4).  Plaintiffs are unsure where Gov. Riley found this interpretation by the Justice Department, as it does not appear either in the letter of objection (8 January 2007, Doc. 35, Ex. A) nor in the letter declining to withdraw the objection (12 March 2007, Doc. 44, Ex. A).

3.  Act 2006-342 reenacted the provisions of Act 85-237.  Gov. Riley states, "That local law cannot be submitted for preclearance while this action

in pending" (footnote 1). Again, plaintiffs are unsure of Gov. Riley's source for this statement. The letter of objection (8 January 2007, Doc. 35, Ex. A) states the opposite: "To the extent that Act No. 2006-342 does not change the voting practices and procedures set forth in Act No. 85-237, it does not need to be submitted for Section 5 review."

      4. The Court should deny the motion to "revisit."

Submitted by,

| | |
|---|---|
| Cecil Gardner<br>Vance McCrary<br>Gardner, Middlebrooks, Gibbons & Kittrell<br>Post Office Drawer 3103<br>Mobile AL 36652<br>    phone 251.433.8100<br>    fax 251.433.8181<br>    email cgardner@gmlegal.com<br>    email vmccrary@gmlegal.com | /s/ Edward Still<br>Edward Still<br>2112 11th Avenue South<br>Suite 201<br>Birmingham AL 35205-2844<br>    phone: 205-320-2882<br>    fax: 877-264-5513<br>    email: Still@votelaw.com |

CERTIFICATE OF SERVICE

      I certify that on 23 March 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

John J. Park, Jr. Esq.
Assistant Attorney General
11 South Union Street
Montgomery AL 36130-0152
    phone: 334-242-7401
    fax: 334-242-4891
    email: jpark@ago.state.al.us

/s/ Edward Still