ACT No. 2006-**342**

1   HB522

2   78594-4

3   By Representatives Kennedy, Buskey, Clark and Mitchell (N & P)

4   RFD: Mobile County Legislation

5   First Read: 31-JAN-06



**EXHIBIT A**

HB522

1
2    ENROLLED, An Act,
3            Relating to Mobile County; prescribing procedure for
4    filling certain vacancies on the county commission.
5    BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
6            Section 1. Whenever a vacancy occurs in any seat on
7    the Mobile County Commission with 12 months or more remaining
8    on the term of the vacant seat, the judge of probate shall
9    immediately make provisions for a special election to fill
10   such vacancy with such election to be held no sooner than 60
11   days and no later than 90 days after such seat has become
12   vacant. Such election shall be held in the manner prescribed
13   by law and the person elected to fill such vacancy shall serve
14   for the remainder of the unexpired term.
15           Section 2. The purpose of this act is to reenact Act
16   85-237 of the 1985 Regular Session (Acts 1985, p. 137) without
17   change <u>and to reaffirm the Legislature's intention as set</u>
18   <u>forth in that statute</u>.
19           Section 3. All laws or parts of laws which conflict
20   with this act are repealed.
21           Section 4. This act shall become effective
22   immediately following its passage and approval by the
23   Governor, or its otherwise becoming law.

HB522

1
2
3  _____
4  Speaker of the House of Representatives

5  _____
6  President and Presiding Officer of the Senate

7           House of Representatives
8      I hereby certify that the within Act originated in
9  and was passed by the House 14-FEB-06, as amended.
10
11           Greg Pappas
12           Clerk
13

14
15  _____
16  Senate              30-MAR-06                    Passed
17

APPROVED  4-12-06
TIME  12:30 p.m.
           Bob Riley
           GOVERNOR

Alabama Secretary Of State
Act Num....: 2006-342
Bill Num...: H-522
Recv'd 04/12/06   01:30pmJJB

Page 2