IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, <br><br>Plaintiffs, <br><br>vs. <br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama. <br><br>Defendant. | * <br> * <br> * <br> * CIVIL ACTION <br> * <br> * NO. 2:05 CV 1100-T <br> * <br> * <br> * |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT FEE PETITION**

Plaintiffs respectfully request leave until on or before May 31, 2007, to file a supplemental request for award of fees, and show as follows:

1. Plaintiffs timely submitted their motion for award of attorney fees on September 1, 2006 (Doc. 24).

2. The motion was referred to the single judge court on September 5, 2006 and was taken under submission on September 26, 2006 (Doc. 26).

3. Since that time, there has been additional litigation of the issues in this case culminating in the Order of this Court dated May 1, 2007, granting plaintiff' motion for further relief to the extent that the office which is the subject of this action was declared vacated.

4. Undersigned counsel shows that on April 30, 2007, the day before the date the Court entered its Order, co-counsel, Ed Still, left the country for a vacation and will not return until May 15, 2007.

1

5. Undersigned plaintiff's counsel represents that he has spoken with counsel for the defendant and defendant has no opposition to this motion.

The premises considered, plaintiffs request that they be allowed to supplement their fee petition and that the supplemental petition be due on or before May 31, 2007.

Respectfully submitted,

| s/ J. CECIL GARDNER | s/ EDWARD STILL |
|---|---|
| J. Cecil Gardner | Edward Still |
| THE GARDNER FIRM, P. C. | Suite 201 |
| P. O. Box 3103 | 2112 11th Avenue South |
| Mobile, Alabama 36652 | Birmingham, AL 35205 |
| Phone: 251-433-8100 | Phone: 205-320-2882 |
| Fax: 251-433-8181 | Fax: 877-264-5513 |
| E-mail: cgardner@thegardnerfirm.com | E-mail: Still@votelaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. Bob Riley
Governor, State of Alabama
State Capitol
600 Dexter Avenue
Montgomery, AL 36130

John S. Parks, Esq.
Charles Campbell, Esq.
Assistant Attorney General
11 South Union Street
Montgomery, AL 36130

Hon. Bob Riley
Governor, State of Alabama
c/o Hon. Troy King
Office of the Attorney General
Alabama State House
11 South Union Street, Third Floor
Montgomery, AL 36130

s/J. Cecil Gardner

2