IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES ) <br> BUSKEY & WILLIAM CLARK, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HONORABLE BOB RILEY, ) <br> as Governor of the State of Alabama ) <br> ) <br>     Defendant. ) | CIVIL ACTION <br> NO. 2:05 CV 1100-T |

## NOTICE OF APPEAL TO THE
## SUPREME COURT OF THE UNITED STATES

Bob Riley, in his official capacity as Governor of the State of Alabama, the defendant in this action, hereby appeals to the Supreme Court of the United States from the final Order of the three-judge court vacating his appointment of Juan Chastang to fill a vacancy in the Mobile County Commission, entered in this action on May 1, 2007 (doc. 48), and from prior orders, judgments and decrees of the three-judge court upon which the May 1, 2007 Order necessarily relies, specifically including the Judgment entered on August 18, 2006 (doc. 23) and the Opinion of the same date (doc. 22).

This appeal is taken pursuant to 42 U.S.C. § 1973c, as amended by Pub.L. No. 109-246, § 5, July 27, 2006, 120 Stat. 577, 580, and 28 U.S.C. § 1253.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. (PAR041)

**Assistant Attorney General**

Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:  (334) 242-7300
Facsimile:   (334) 353-8440
E-mail:  jpark@ago.state.al.us

Counsel for the Honorable Bob Riley,
Governor of the State of Alabama

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 18th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
The Gardner Firm PC
Post Office Box 3103
Mobile, Alabama 36652
Telephone:    (251) 433-8100
Facsimile:    (251) 433-8181

Edward Still, Esq.
Edward Still Law Firm & Mediation Center
2112 11th Avenue South, Suite 201
Birmingham, Alabama 35205-2844
Telephone:    (205) 320-2882
Facsimile:    (877) 264-5513

                                                **s/ John J. Park, Jr.**
                                                John J. Park, Jr. (PAR041)
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                11 South Union Street
                                                Montgomery, Alabama  36130-0152
                                                Telephone:  (334) 242-7300
                                                Facsimile: (334) 353-8440
                                                E-mail:  jpark@ago.state.al.us

                                                Counsel for the Honorable Bob Riley,
                                                Governor of the State of Alabama