IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, ) ) ) Plaintiffs, ) ) v. ) ) HONORABLE BOB RILEY, as ) Governor of the State of ) Alabama, ) ) Defendant. ) | CIVIL ACTION NO. 2:05cv1100-MHT |

ORDER

It is ORDERED that, on or before May 30, 2007, the parties are to file briefs on the motion to intervene (Doc. No. 53).

DONE, on behalf and with the approval of the three-judge court, this the 18th day of May, 2007.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE