# Exhibit A

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA  36130

(334) 242-7100
FAX: (334) 242-0937

# STATE OF ALABAMA

November 22, 2006

The Honorable Mike Wells
Jackson County Sheriff
102 East Laurel Street
Scottsboro, Alabama  35768

Dear Sheriff Wells:

    Please find enclosed a copy of the official Proclamation and a Writ of Election, formally notifying you of the setting of a Special Election to fill the vacancy in the State House of Representatives, District 22, in your county, which vacancy was created by the death of Representative Albert Hall.

    This Special Election is called by Governor Riley pursuant to Amendment 97 of the Constitution of Alabama of 1901, and § 17-18-1, *et seq.*, of the *Code of Alabama* (1975), calling for a Special Primary Election, Special Runoff Election, and a Special General Election.

    Please refer to § 17-18-5 and § 17-18-6, *Code of Alabama* (1975), which set forth the requirements that must be adhered to by sheriffs, such as yourself, in order to effectuate this process. If you should have any questions, please feel free to contact me at (334) 242-7120.

Very truly yours,

Ken Wallis
Chief Legal Advisor

KW/rdg

Enclosures

cc:    Jackson County Judge of Probate
       Jackson County Circuit Court Clerk
       Jackson County Board of Registrars
       Office of the Secretary of State
       Office of the Attorney General

> WRIT OF ELECTION TO FILL THE VACANCY IN THE ALABAMA HOUSE OF REPRESENTATIVES, DISTRICT 22, CAUSED BY THE DEATH OF STATE REPRESENTATIVE ALBERT HALL.

TO THE SHERIFF OF JACKSON COUNTY, ALABAMA:

The following Special Election is hereby called in the several voting precincts in Alabama House of Representatives, District 22, a part of which is located in Jackson County, Alabama, to fill the vacancy in said District 22, caused by the death of State Representative Albert Hall. Said Special Election is called pursuant to provisions of Title XVII of the *Code of Alabama*, 1975 (§ 17-18-1 through § 17-18-7, *Code of Alabama*), and other applicable provisions of the Constitution and laws of the State of Alabama, in the manner and form provided by law.

- A Special Primary Election shall be held on Tuesday, January 23, 2007.

- A Special Primary Runoff Election shall be held on Tuesday, March 6, 2007, if necessitated by one candidate, of any qualified political party, not receiving a majority of the votes cast in that party's Special Primary Election.

- In the event that a Special Primary Runoff Election is not necessary, because the political parties have only one candidate, or because one candidate receives a majority of the votes cast in the respective Special Primary Election, then a Special General Election shall be held on Tuesday, March 6, 2007. In the event a Special Primary Runoff Election is required to be held, it shall be held on Tuesday, March 6, 2007; then the Special General Election shall be held on Tuesday, April 10, 2007.

I request that you give notice of the said Special Election, as required by law, and also that you notify the Probate Judge and the Clerk of the Circuit Court of your county.

WITNESS MY HAND this the 22nd day of November 2006.

_____
Bob Riley
Governor



# STATE OF ALABAMA
# PROCLAMATION
## BY THE GOVERNOR

**WHEREAS**, a vacancy exists in the Alabama House of Representatives, District 22, which vacancy has resulted from the death of State Representative Albert Hall, which death occurred on November 12, 2006; and

**WHEREAS**, under the Constitution and laws of the State of Alabama, it is my duty as Governor, by proclamation, to call and set the dates of all related special elections to fill said vacancy for the remainder of the term for which State Representative Albert Hall was elected; and

**WHEREAS**, the next general session of the Alabama Legislature begins on March 6, 2007; and

**WHEREAS**, due consideration should be given to the rights and privileges of the citizens of Jackson County and Madison County who live in Alabama House of Representatives District 22, to be afforded full representation, to the greatest extent possible, in the Alabama Legislature; and

**WHEREAS**, both major political parties have been advised of this time schedule and all pertinent dates set out hereinafter, and have expressed no objection to said schedule; and

**WHEREAS**, all interested citizens and political parties should be allowed to reasonably participate therein.

**NOW, THEREFORE, I, Bob Riley**, Governor of the State of Alabama, by virtue of the power and authority vested in me as Governor, do hereby proclaim and call the following special elections to be held in Jackson and Madison Counties, State of Alabama, Legislative District 22, for the purpose of electing a member of the Alabama House of Representatives for said District 22.

- ➢ A Special Primary Election shall be held on Tuesday, January 23, 2007.

- ➢ A Special Primary Runoff Election shall be held on Tuesday, March 6, 2007, if necessitated by one candidate, of any qualified political party, not receiving a majority of the votes cast in that party's Special Primary Election.

- ➢ In the event that a Special Primary Runoff Election is not necessary, because the political parties have only one candidate, or because one candidate receives a majority of the votes cast in the respective Special Primary Election, then a Special General Election shall be held on Tuesday, March 6, 2007. In the event a Special Primary Runoff Election is required to be held, it shall be held on Tuesday, March 6, 2007; then the Special General Election shall be held on Tuesday, April 10, 2007.

**FURTHERMORE**, all candidates qualifying with major political parties should be advised that the last day for any candidate to qualify with their respective parties, regarding such election, will be Friday, December 8, 2006, at 5:00 p.m. The two major

Proclamation by the Governor
Page Two
November 22, 2006

political parties shall certify their qualified candidates to the Secretary of State as soon as possible after the qualification deadline but by no later than 3:00 p.m. on Wednesday, December 13, 2006.

**FURTHERMORE**, all third-party candidates, independent candidates, and/or minor party candidates seeking ballot access are advised that their deadline for filing of the appropriate notification, petitions, or supporting paperwork with the Secretary of State shall be Tuesday, January 23, 2007, at 3:00 p.m.



IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Alabama to be affixed by the Secretary of State, at the State Capitol, in the City of Montgomery, Alabama, on this the 22nd day of November 2006.

Bob Riley
Governor

ATTEST:

Nancy L. Worley
Secretary of State

| | | |
|---|---|---|
| OFFICE OF THE GOVERNOR<br><br>BOB RILEY<br>GOVERNOR |  | STATE CAPITOL<br>MONTGOMERY, ALABAMA 36130<br><br>(334) 242-7100<br>FAX: (334) 242-0937 |

# STATE OF ALABAMA

November 22, 2006

The Honorable Blake Dorning
Madison County Sheriff
100 North Side Square
Huntsville, Alabama 35801-4820

Dear Sheriff Dorning:

    Please find enclosed a copy of the official Proclamation and a Writ of Election, formally notifying you of the setting of a Special Election to fill the vacancy in the State House of Representatives, District 22, in your county, which vacancy was created by the death of Representative Albert Hall.

    This Special Election is called by Governor Riley pursuant to Amendment 97 of the Constitution of Alabama of 1901, and § 17-18-1, *et seq.*, of the *Code of Alabama* (1975), calling for a Special Primary Election, Special Runoff Election, and a Special General Election.

    Please refer to § 17-18-5 and § 17-18-6, *Code of Alabama* (1975), which set forth the requirements that must be adhered to by sheriffs, such as yourself, in order to effectuate this process. If you should have any questions, please feel free to contact me at (334) 242-7120.

                                                    Very truly yours,

                                                  Ken Wallis
                                                  Chief Legal Advisor

KW/rdg

Enclosures

cc:    Madison County Judge of Probate
        Madison County Circuit Court Clerk
        Madison County Board of Registrars
        Office of the Secretary of State
        Office of the Attorney General

          WRIT OF ELECTION TO FILL THE VACANCY IN THE ALABAMA HOUSE OF REPRESENTATIVES, DISTRICT 22, CAUSED BY THE DEATH OF STATE REPRESENTATIVE ALBERT HALL.

TO THE SHERIFF OF MADISON COUNTY, ALABAMA:

The following Special Election is hereby called in the several voting precincts in Alabama House of Representatives, District 22, a part of which is located in Madison County, Alabama, to fill the vacancy in said District 22, caused by the death of State Representative Albert Hall. Said Special Election is called pursuant to provisions of Title XVII of the *Code of Alabama*, 1975 (§ 17-18-1 through § 17-18-7, *Code of Alabama*), and other applicable provisions of the Constitution and laws of the State of Alabama, in the manner and form provided by law.

- A Special Primary Election shall be held on Tuesday, January 23, 2007.

- A Special Primary Runoff Election shall be held on Tuesday, March 6, 2007, if necessitated by one candidate, of any qualified political party, not receiving a majority of the votes cast in that party's Special Primary Election.

- In the event that a Special Primary Runoff Election is not necessary, because the political parties have only one candidate, or because one candidate receives a majority of the votes cast in the respective Special Primary Election, then a Special General Election shall be held on Tuesday, March 6, 2007. In the event a Special Primary Runoff Election is required to be held, it shall be held on Tuesday, March 6, 2007; then the Special General Election shall be held on Tuesday, April 10, 2007.

I request that you give notice of the said Special Election, as required by law, and also that you notify the Probate Judge and the Clerk of the Circuit Court of your county.

WITNESS MY HAND this the 22nd day of November 2006.

                                                    *Bob Riley*
                                                    Bob Riley
                                                    Governor



# STATE OF ALABAMA
# PROCLAMATION
## BY THE GOVERNOR

**WHEREAS**, a vacancy exists in the Alabama House of Representatives, District 22, which vacancy has resulted from the death of State Representative Albert Hall, which death occurred on November 12, 2006; and

**WHEREAS**, under the Constitution and laws of the State of Alabama, it is my duty as Governor, by proclamation, to call and set the dates of all related special elections to fill said vacancy for the remainder of the term for which State Representative Albert Hall was elected; and

**WHEREAS**, the next general session of the Alabama Legislature begins on March 6, 2007; and

**WHEREAS**, due consideration should be given to the rights and privileges of the citizens of Jackson County and Madison County who live in Alabama House of Representatives District 22, to be afforded full representation, to the greatest extent possible, in the Alabama Legislature; and

**WHEREAS**, both major political parties have been advised of this time schedule and all pertinent dates set out hereinafter, and have expressed no objection to said schedule; and

**WHEREAS**, all interested citizens and political parties should be allowed to reasonably participate therein.

**NOW, THEREFORE, I, Bob Riley**, Governor of the State of Alabama, by virtue of the power and authority vested in me as Governor, do hereby proclaim and call the following special elections to be held in Jackson and Madison Counties, State of Alabama, Legislative District 22, for the purpose of electing a member of the Alabama House of Representatives for said District 22.

- A Special Primary Election shall be held on Tuesday, January 23, 2007.

- A Special Primary Runoff Election shall be held on Tuesday, March 6, 2007, if necessitated by one candidate, of any qualified political party, not receiving a majority of the votes cast in that party's Special Primary Election.

- In the event that a Special Primary Runoff Election is not necessary, because the political parties have only one candidate, or because one candidate receives a majority of the votes cast in the respective Special Primary Election, then a Special General Election shall be held on Tuesday, March 6, 2007. In the event a Special Primary Runoff Election is required to be held, it shall be held on Tuesday, March 6, 2007; then the Special General Election shall be held on Tuesday, April 10, 2007.

**FURTHERMORE**, all candidates qualifying with major political parties should be advised that the last day for any candidate to qualify with their respective parties, regarding such election, will be Friday, December 8, 2006, at 5:00 p.m. The two major

Proclamation by the Governor
Page Two
November 22, 2006


political parties shall certify their qualified candidates to the Secretary of State as soon as possible after the qualification deadline but by no later than 3:00 p.m. on Wednesday, December 13, 2006.

      **FURTHERMORE**, all third-party candidates, independent candidates, and/or minor party candidates seeking ballot access are advised that their deadline for filing of the appropriate notification, petitions, or supporting paperwork with the Secretary of State shall be Tuesday, January 23, 2007, at 3:00 p.m.



IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Alabama to be affixed by the Secretary of State, at the State Capitol, in the City of Montgomery, Alabama, on this the 22nd day of November 2006.

_____
Bob Riley
Governor

ATTEST:

_____
Nancy L. Worley
Secretary of State