IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, ) <br> BUSKEY & WILLIAM CLARK, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HONORABLE BOB RILEY, as ) <br> Governor of the State of ) <br> Alabama, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 2:05cv1100-MHT |

ORDER

It is ORDERED as following:

(1) Plaintiffs' unopposed motion for leave to supplement (Doc. No. 51) is granted.

(2) Defendant is allowed until June 4, 2007, to file a response to the supplement.

DONE, this the 22nd day of May, 2007.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE