IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>          Plaintiffs,<br><br>     v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>          Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Plaintiffs' Notice of Action Filed in State Court

Plaintiffs' give notice to the Court of an action filed in the Circuit Court for Mobile County entitled *Yvonne Kennedy et al v. Honorable Don Davis* on 21 May 2007.  A copy of the Verified Complaint is attached.

                                        Submitted by,

| | |
|---|---|
| Cecil Gardner<br>Vance McCrary<br>The Gardner Firm PC<br>Post Office Drawer 3103<br>Mobile AL 36652<br>     phone 251.433.8100<br>     fax 251.433.8181<br>     email cgardner@gmlegal.com<br>     email vmccrary@gmlegal.com | /s/ Edward Still<br>Edward Still<br>2112 11th Avenue South<br>Suite 201<br>Birmingham AL 35205-2844<br>     phone: 205-320-2882<br>     fax: 877-264-5513<br>     email: Still@votelaw.com |

CERTIFICATE OF SERVICE

       I certify that on 22 May 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| John J. Park, Jr. Esq.<br>Assistant Attorney General<br>Office of the Attorney General of Alabama<br>11 South Union Street<br>Montgomery AL 36130-0152<br>    phone: 334-242-7401<br>    fax: 334-242-4891<br>    email: jpark@ago.state.al.us | J. Michael Druhan, Jr., Esq.<br>Johnston Druhan, LLP<br>P O Box 154<br>Mobile, AL 36601 |

/s/ Edward Still