IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>Plaintiffs,<br>vs.<br>HONORABLE BOB RILEY,<br>as Governor of the State of Alabama<br>Defendant. | CIVIL ACTION<br>NO. 2:05 CV 1100-T |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

Bob Riley, in his official capacity as Governor of Alabama, defendant in this action, moves for an extension of time to and until June 8, 2007, to submit his Response to the Plaintiffs' Supplemental request for Attorney's Fees. As grounds for this Motion, Governor Riley states:

1. In its Order of May 22, 2007 (No. 57), this Court granted the Plaintiffs' Motion for leave to file a supplemental request for attorney's fees and directed Governor Riley to file his Response on June 4, 2007. In their Motion (No. 51), Plaintiffs asked to be allowed to file their supplemental fee request on or before May 31, 2007.

2. Undersigned counsel for Governor Riley has been commuting from Alexandria, VA, to Montgomery periodically since August 2006. He arrived in Montgomery late on May 21, and he plans to drive back to Alexandria on May 31 to attend to obligations there. As a result of that departure, he will not be in a position to review the filing before June 1, 2007. The following Monday, June 4, 2007, the day the Response is now due, is a State holiday.

3. Counsel requests an extension to and until June 8, 2007, to allow him to get back to Alexandria, attend to his obligations there, and prepare a Response.

4. Counsel has spoken with one of the attorneys for the Kennedy Plaintiffs, and the Kennedy Plaintiffs have no objection to the requested extension.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:   (334) 242-7300
Facsimile:   (334) 353-8440
E-mail:   jpark@ago.state.al.us

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 23d day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
The Gardner Firm PC
Post Office Box 3103
Mobile, Alabama 36652

Edward Still, Esq.
Edward Still Law Firm & Mediation Center
2112 11th Avenue South, Suite 201
Birmingham, Alabama 35205-2844

J. Michael Druhan, Jr., Esq.
Johnston Druhan, LLP
Post Office Box 154
Mobile, Alabama 36601

                                              **s/ John J. Park, Jr.**
                                              John J. Park, Jr. Bar Number: (PAR041)
                                              Assistant Attorney General
                                              Office of the Attorney General
                                              11 South Union Street
                                              Montgomery, Alabama 36130-0152
                                              Telephone:   (334) 242-7300
                                              Facsimile:    (334) 353-8440
                                              E-mail:       jpark@ago.state.al.us