IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv1100-MHT |
| HONORABLE BOB RILEY, as Governor of the State of Alabama, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 59) is granted.

DONE, this the 23rd day of May, 2007.

                     /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE