IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY and WILLIAM CLARK, Plaintiffs, | * * * * |
| v. | * CV 2:05 CV 1100.MHT * |
| HONORABLE BOB RILEY, as Governor of the State of Alabama, Defendant. | * * * * * |

## NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

COMES NOW, Don Davis, as Probate Judge of Mobile County, Alabama (hereinafter "Probate Judge"), and hereby withdraws his previously filed motion to intervene. The Probate Judge would show unto the Court as follows:

1. After filing of the motion to intervene, the Probate Judge was sued by the Plaintiffs Yvonne Kennedy, James Buskey and William Clark, in the Circuit Court for Mobile County, Alabama in the case styled *Kennedy v. Davis*, CV 2007-1051. (Doc. 58)

2. The issues presented and relief requested in the newly filed case in which the Probate Judge is a defendant are substantially the same as those which serve as the basis for the motion to intervene. As the Probate Judge must defend the case which has been brought against him in the *Kennedy v. Davis* action, it is unnecessary to expend the judicial resources of this Court and incur additional taxpayer expense to resolve those issues through intervention in this case.

WHEREFORE, Don Davis, as Probate Judge of Mobile County, Alabama, hereby withdraws the previously filed motion to intervene.

Respectfully submitted,

s/J. MICHAEL DRUHAN, JR_____
J. MICHAEL DRUHAN, JR. (DRUHJ2816)
Attorney for Intervenor
Don Davis, Judge of Probate

OF COUNSEL
JOHNSTON DRUHAN, LLP
Post Office Box 154
Mobile, Alabama 36601
(251) 432-0738
(251) 432-4874 – facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30TH of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
Gardner, Middlebrooks
Post Office Box 3103
Mobile, AL 36652

Edward Still, Esq.
2112 11th Avenue South, Suite 201
Birmingham, AL 35205

John J. Park, Jr., Esq.
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130

s/J.MICHAEL DRUHAN, JR._____