IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>          Plaintiffs,<br><br>     v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>          Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Plaintiffs' Amended Motion for Attorneys' Fees

1. The plaintiffs have previously filed a motion for the award of attorneys' fees and expenses (Doc. 24).

2. In the nine months since the filing of that motion, the plaintiffs have had to expend considerable effort in obtaining relief for their clients, by opposing preclearance by the U.S. Justice Department and seeking relief in this Court after the Justice Department objected to the State's submission.

3. Plaintiffs submit the following documents to substitute for the corresponding attachments to Doc. 24:

   a. Exhibit 1, the calculation of the lodestar.

   b. Exhibit 2-B, the time of Edward Still (complete for the whole case).

   c. Exhibit 2-C, the expenses of Edward Still (for whole case).

   d. Exhibit 3, the time of the members of the Gardner Firm.

4. Based on the information submitted in Doc. 24 as modified by the attachments to this Motion, the plaintiffs pray that the Court will order the defendant to pay fees and expenses of $109,994.96.

        Submitted by,

| | |
|---|---|
| Cecil Gardner<br>Vance McCrary<br>The Gardner Firm PC<br>Post Office Drawer 3103<br>Mobile AL 36652<br>    phone 251.433.8100<br>    fax 251.433.8181<br>    email cgardner@gmlegal.com<br>    email vmccrary@gmlegal.com | /s/ Edward Still<br>Edward Still<br>2112 11th Avenue South<br>Suite 201<br>Birmingham AL 35205-2844<br>    phone: 205-320-2882<br>    fax: 877-264-5513<br>    email: Still@votelaw.com |

## CERTIFICATE OF SERVICE

I certify that on 31 May 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

John J. Park, Jr. Esq.
Assistant Attorney General
Office of the Attorney General of Alabama
11 South Union Street
Montgomery AL 36130-0152
    phone: 334-242-7401
    fax: 334-242-4891
    email: jpark@ago.state.al.us

        /s/ Edward Still