Exhibit 1
Lodestar Computation
Kennedy v. Riley

|  | Time | Rate | totals | notes |
|---|---:|---|---:|---|
| Still | 116.6 | $300.00 | $34,980.00 | |
| Ball | 7.4 | $300.00 | $2,220.00 | |
| Gardner | 162.3 | $300.00 | $48,690.00 | |
| McCrary | 59.4 | $200.00 | $11,880.00 | |
| Heldman | 35.8 | $300.00 | $10,740.00 | |
| | | | | |
| Total - Lodestar | | | $108,510.00 | |

| | **Expenses** | | | |
|---|---|---|---:|---|
| Still | | | $353.76 | |
| Gardner firm | | | $1,131.20 | [2] |
| Total Expenses | | | $1,484.96 | |
| | | | | |
| **Grand Total** | | | $109,994.96 | |

Note 2: Two duplicate expense entries and the filing fee were deducted. The filing fee will be submitted on the cost bill.