Exhibit 2-B
Edward Still Time

| Bill Date | Dur/Qty | Bill Code | Description |
|---|---|---|---|
| 11/10/2005 | 0.6 | L120 | email from, to Vance re strategy |
| 11/10/2005 | 1.7 | L210 | telephone conference with Gardner, Heldman, McCrary re complaint; researching complaint |
| 11/11/2005 | 1.5 | L210 | conf with McCrary re complaint |
| 11/14/2005 | 2.5 | L210 | received and reviewed submission of Act 85-237 and draft complaint; telephone conference with Perry McCorkle at DOJ re old submissions; email to him re same; telephone conference with Gardner re state of my research |
| 11/15/2005 | 1.0 | L210 | email from Gardner; reviewing complaint for revisions necessary because of appointment; revising complaint twice based on changes in circumstances |
| 11/16/2005 | 0.7 | L220 | email from Gardner re filing complaint; telephone conference with Gardner, McCrary, Jack Park; call to Judge DeMent's office |
| 11/17/2005 | 1.3 | L390 | drafting proposed stipulations |
| 11/18/2005 | 0.3 | L250 | email to Park re proposed stipulations and joint request to court |
| 11/21/2005 | 0.3 | L210 | received and reviewed answer; Tel call to Park (left message) |
| 11/22/2005 | 0.5 | L190 | received and reviewed order appointing other judges on court; quick review on these judges |
| 11/22/2005 | 0.7 | L240 | telephone conference with Jack Park and Judge Thompson's office re scheduling; email to Gardner and McCrary re same |
| 12/2/2005 | 0.3 | L120 | telephone conference with Jack Park re stipulation; email to Perry McCorkle at DOJ re data we requested; email to co-counsel re conversation with Park |
| 12/5/2005 | 0.3 | L190 | received and reviewed order setting telephone conference; setting up call; email to other counsel and to Judge's clerk |
| 12/7/2005 | 0.4 | L230 | telephone conference with Judge and all counsel re scheduling of case and deadlines |
| 12/13/2005 | 0.4 | L390 | received and reviewed documents from DOJ re past Section 5 submissions |
| 1/6/2006 | 0.3 | L210 | email and telephone conference with Park re stipulations |
| 1/12/2006 | 1.5 | L430 | received and reviewed Park's stipulation draft; telephone conference with Park |
| 1/15/2006 | 5.8 | L430 | preparing brief for court |
| 1/16/2006 | 1.6 | L430 | research and writing trial brief |
| 1/16/2006 | 0.3 | L440 | email to co-counsel with draft brief |
| 1/17/2006 | 0.2 | L430 | email from, to Heldman re draft brief |
| 1/18/2006 | 1.7 | L430 | preparing trial brief |
| 1/19/2006 | 1.7 | L430 | preparing trial brief |
| 1/20/2006 | 2.7 | L430 | email from & to Heldman re special elections held in 2005; revising trial brief; filing trial brief |
| 1/31/2006 | 0.5 | L120 | received and reviewed 2 proposed bills for their effect on the pending suit |
| 2/3/2006 | 1.3 | L430 | received and reviewed Gov. Riley's brief |
| 2/6/2006 | 0.2 | L430 | exchange of emails with Sam Heldman re my outline of proposed reply |
| 2/7/2006 | 3.7 | L430 | preparing reply brief |
| 2/8/2006 | 3.3 | L430 | writing and revising reply brief |

Exhibit 2-B
Edward Still Time

| Date | Hours | Code | Description |
|---|---|---|---|
| 2/9/2006 | 2.3 | L430 | work on brief |
| 2/10/2006 | 0.6 | L430 | final preparation and filing of reply brief |
| 2/21/2006 | 0.3 | L440 | reviewing Lance v Dennis decision (U.S. Supreme Court, today) for application to our case |
| 3/13/2006 | 1.1 | L440 | preparing for argument |
| 3/14/2006 | 0.7 | L440 | exchange of emails with Heldman and McCrary re time line graphic; modifying the graphic |
| 3/23/2006 | 0.5 | L440 | reviewing exhibit for argument and arranging for its reproduction |
| 3/24/2006 | 0.7 | L440 | preparation for hearing |
| 3/27/2006 | 2.5 | L440 | preparation for oral argument |
| 3/27/2006 | 0.3 | L440 | exchange of emails with Gardner re meeting before argument |
| 3/28/2006 | 0.8 | L440 | preparation for oral argument |
| 3/29/2006 | 6.7 | L450 | hearing before 3-judge court, travel to and from Montgomery, meeting with co-counsel and clients |
| 3/30/2006 | 0.3 | L460 | exchange of emails with court reporter re bill and transcript; received transcript and forwarded to co-counsel |
| 4/5/2006 | 0.1 | L430 | telephone conference with Gardner re additional information the Court needs |
| 4/11/2006 | 0.9 | L430 | received, reviewed, and revised draft supplemental stipulation; telephone conferences with Gardner and Park; email to Park with new draft |
| 4/12/2006 | 1.3 | L430 | drafting supplemental brief and emailing draft to co-counsel |
| 4/12/2006 | 0.7 | L430 | telephone conference with Park re supp. stipulation; revised and returned to him; filing stipulation |
| 4/14/2006 | 0.3 | L430 | final changes to supplemental brief and filing |
| 4/26/2006 | 0.2 | L430 | received and reviewed Riley's supplemental brief |
| 8/18/2006 | 0.9 | L460 | 2 telephone conferences with Gardner; received and reviewed opinion; reviewed rules on cost bill and fee petition |
| 8/21/2006 | 1.3 | L460 | preparing fee petition; research |
| 8/22/2006 | 2.7 | L460 | preparing fee petition, declaration, etc.; email drafts to McCrary and Gardner |
| 8/28/2006 | 3.7 | L460 | received and reviewed Gardner's draft affidavit and time sheets; telephone conference with Segall and Blacksher about doing affidavits for us; further research and revisions of draft motion |
| 8/29/2006 | 0.1 | L460 | received and reviewed Blacksher's declaration |
| 8/30/2006 | 0.5 | L460 | received and reviewed Segall's affidavit; telephone conference with McCrary |
| 9/1/2006 | 2.0 | L460 | final preparation and filing of fee motion |
| 9/5/2006 | 0.1 | L460 | exchange of emails with Misty Fairbanks, Ala AG office, re DOJ submission |
| 9/5/2006 | 0.3 | L460 | telephone conference with LaDonna Vinson @ Judge Boyd's office re setting up conference call with counsel on fees motion; exchange of emails with counsel |
| 9/6/2006 | 0.3 | L460 | calls and emails re setting up conference call on fees |
| 9/8/2006 | 0.6 | L460 | telephone conference with Judge Boyd, Park, and McCrary re our fee motion |
| 9/11/2006 | 1.0 | L510 | quick research on time for notice of appeal and procedure State may use |

Exhibit 2-B
Edward Still Time

| Date | Hours | Code | Description |
|---|---|---|---|
| 9/29/2006 | 0.0 | L460 | received and reviewed Park's motion for extension of time |
| 10/9/2006 | 0.7 | L460 | telephone conference with Jack Park with offer re fees; reviewed file and exchange of emails with co-counsel re same |
| 10/20/2006 | 0.8 | L460 | received and reviewed State's response on our fees |
| 11/9/2006 | 0.3 | L460 | received and reviewed preclearance submission |
| 11/14/2006 | 4.4 | L460 | telephone conference with Judge Thompson's office re extension of time for state to obtain preclearance; telephone conference with Gardner; reviewing submission for response; preparing letter to DOJ |
| 11/15/2006 | 3.2 | L460 | exchange of emails with Park re extension of time; further work on letter to DOJ |
| 11/16/2006 | 0.7 | L460 | preparing letter to DOJ |
| 11/17/2006 | 0.4 | L460 | further revisions of letter to DOJ |
| 11/22/2006 | 0.7 | L470 | completing draft letter to DOJ and emailing to co-counsel |
| 11/28/2006 | 1.8 | L460 | final revisions and preparation of letter to DOJ |
| 12/11/2006 | 1.2 | L460 | telephone conference with Don Jacobsen of DOJ; researching to find answer for him; telephone conference with John Tanner (DOJ) |
| 12/12/2006 | 0.7 | L460 | exchange of emails with Gardner re most recent act; research on same; telephone conference with Don Jacobson re his question from yesterday |
| 12/14/2006 | 0.3 | L460 | telephone conference with Don Jacobson re additional information he needs |
| 12/18/2006 | 0.2 | L460 | follow-up on DOJ preclearance submission by county |
| 12/20/2006 | 1.3 | L460 | telephone conference with Jack Park re settlement proposal; email from Park which I forwarded to co-counsel with my comments; telephone conference with Norman Chachkin re legal issues raised by settlement proposal |
| 12/21/2006 | 0.4 | L460 | telephone conference with Jacobsen re case citation to Brown v. Moore; email to co-counsel re same and results of conversations with Chachkin |
| 12/27/2006 | 0.1 | L460 | telephone conference with Gardner re my emails of last week |
| 1/3/2007 | 0.1 | L160 | exchange of emails with Park, telephone conference with Gardner re Park's proposal |
| 1/4/2007 | 0.2 | L460 | exchange of emails with Heldman re our position on special election |
| 1/8/2007 | 1.3 | L460 | telephone conference with Yvette Rivera from DOJ; received and reviewed DOJ's letter of objection; exchange of emails with co-counsel; drafted motion for additional relief and emailed to co-counsel |
| 1/9/2007 | 0.3 | L470 | exchange of emails with co-counsel re further relief motion; changing draft |
| 1/10/2007 | 1.4 | L470 | prepared and filed motion for further relief; exchange of several emails with co-counsel; received and reviewed State's opposition to our motion; telephone conference with John Tanner at DOJ re reconsideration; beginning research on issues raised by State's opposition |
| 1/10/2007 | 0.5 | L470 | research on issues raised by opposition to our motion |
| 1/11/2007 | 1.7 | L470 | exchange of emails with co-counsel, research on issues raised by opposition |
| 1/12/2007 | 1.2 | L470 | preparing motion for reconsideration; exchange of emails with co-counsel; final preparation and filing of motion |
| 1/23/2007 | 0.2 | L470 | received and reviewed State's response to motion for reconsideration |

Exhibit 2-B
Edward Still Time

| Date | Hours | Code | Description |
|---|---|---|---|
| 1/24/2007 | 2.3 | L470 | telephone conference with John Tanner; telephone conference with Neil Bradley; telephone conference and exchange of emails with Karlan; telephone conference with Debo Adigbele (NAACP LDF); email to co-counsel re strategy discussions |
| 1/25/2007 | 1.8 | L510 | research on possible appeal to Supreme Court; email to co-counsel re same |
| 1/29/2007 | 0.7 | L470 | received and reviewed court order (Doc 41); email to co-counsel with my theories about our next step |
| 1/30/2007 | 0.3 | L460 | received and reviewed State's status report and letter request for reconsideration |
| 1/31/2007 | 3.8 | L460 | telephone conference with Don Jacobsen; reviewed State's request for reconsideration; outlined my response |
| 2/1/2007 | 1.4 | L460 | revising letter to DOJ |
| 3/13/2007 | 1.0 | L460 | telephone conference with Yvette Rivera, DOJ, re action by AG on reconsideration of objection; preparing and filing notice and motion with Court |
| 3/20/2007 | 0.6 | L160 | telephone conference with Park and Gardner re settlement |
| 3/20/2007 | 0.2 | L460 | exchange of emails with Gardner re proposed amicus by some Mobile citizen |
| 3/21/2007 | 1.3 | L160 | telephone conference with Gardner and later with Park and Gardner re settlement |
| 3/22/2007 | 0.7 | L460 | received, reviewed, and drafted response to Doc 46 - State response to our renewed motion for relief; exchange of emails with co-counsel re same |
| 3/23/2007 | 0.4 | L460 | modifying and filing opposition to motion to reconsider |
| 5/14/2007 | 0.4 | L460 | received and reviewed order and motions filed during my trip to Scotland |
| 5/15/2007 | 0.6 | L460 | exchange of emails with Gardner re fee petition; email to Park re his potential action in DC Court; checking with DC Court re my admission status and ECF password |
| 5/2/2007 | 0.3 | L460 | telephone conferences (from Edinburgh) with Nitta Anderson and Gardner re order from District Court and what steps we should take |
| 5/17/2007 | 0.2 | L460 | received and reviewed order denying Governor's motion for stay; exchange of emails with Gardner re his contact with Probate Judge |
| 5/18/2007 | 2.0 | L460 | received and reviewed Don Davis' motion to intervene; research on effect of UOCAVA; research on same; received and reviewed order for response on motion to intervene; received and reviewed notice of appeal |
| 5/18/2007 | 0.3 | L510 | researched timeliness of notice of appeal |
| 5/19/2007 | 1.1 | L510 | research on timeliness of appeal |
| 5/21/2007 | 1.1 | L250 | final prep and filing response to Davis Intervention; responding to press inquiry on same |
| 5/22/2007 | 0.9 | L460 | received and reviewed order re fees (supplemental submission) and state court suit; exchange of emails with Gardner re same; preparing notice to federal court of state court suit |

Total    116.6