Exhibit 2-C

Edward Still Expenses

| Bill Date | Dur/Qty | Rate/Price | Gross | Bill Code | Desc |
|---|---|---|---|---|---|
| 5/14/2007 | 1 | 0.39 | $0.39 | E108 | Postage |
| 2/28/2007 | 1 | 1.93 | $1.93 | E108 | Postage |
| 2/28/2007 | 35 | 0.10 | $3.50 | E101 | Copies during February |
| 11/28/2006 | 1 | 19.80 | $19.80 | E108 | Postage to Department of Justice overnight UPS |
| 11/28/2006 | 1 | 6.75 | $6.75 | E108 | Postage |
| 11/28/2006 | 70 | 0.10 | $7.00 | E101 | Copies during November |
| 3/29/2006 | 172 | 0.49 | $83.42 | E110 | Mileage to Montgomery, 172 at $0.485 per mile |
| 3/24/2006 | 1 | 86.40 | $86.40 | E117 | Preparation of large trial exhibit at UPS Store |
| 2/28/2006 | 1 | 56.82 | $56.82 | E106 | Westlaw charges (billed according to Special Billing Price on Westlaw bill) |
| 1/31/2006 | 1 | 55.28 | $55.28 | E106 | Westlaw charges (billed according to Special Billing Price on Westlaw bill) |
| 1/31/2006 | 182 | 0.10 | $18.20 | E101 | Copies during January |
| 1/6/2006 | 1 | 8.87 | $8.87 | E106 | Westlaw charges (billed according to Special Billing Price on Westlaw bill) for December |
| 11/30/2005 | 54 | 0.10 | $5.40 | E101 | Copies during November |

$353.76