# Exhibit 3

# Time Records of Gardner Firm

# TIME OF THE GARDNER FIRM, P.C.

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/09/05 | JCG | Original research on matters concerning Section 5 suit. Conference regarding associating Ed Still. | 1.00 |
| 11/09/05 | SHH | Telephone conference with Cecil Gardner regarding conference call about possible VRA Section 5 action; research regarding same. | 1.30 |
| 11/10/05 | MVM | Telephone conference with Ed Still re: Section 5 Voting Rights Act Complaint. | 0.40 |
| 11/10/05 | MVM | Receipt and review of 11/10/05 letter to Voting Section of Civil Rights Division from Attorney General. | 0.30 |
| 11/10/05 | MVM | Researching various issues re: Section 5 Voting Rights Complaint. | 3.00 |
| 11/10/05 | SHH | Review Alabama Supreme Court opinion; review state's letter to DOJ; conference call. | 3.50 |
| 11/11/05 | MVM | Meeting with Ed Still re: Complaint for Violation of Section 5 of the Voting Rights Act. | 1.00 |
| 11/11/05 | MVM | Travel to Birmingham for meeting with Ed Still re: Complaint for Violation of Section 5 of the Voting Rights Act. Bring Still current on developments. | 4.00 |
| 11/11/05 | MVM | Travel from meeting in Birmingham with Ed Still re: Complaint for Violation of Section 5 of the Voting Rights Act | 4.00 |
| 11/13/05 | MVM | Work performed on Complaint for violation of Section 5 of the Voting Rights Act. | 3.00 |
| 11/14/05 | JCG | Work on Voting Act complaint. Research. Discussions with Mr. Anderson. Discussions with Ed Still. | 5.00 |
| 11/14/05 | MVM | Work performed on Complaint for violation of Section 5 of the Voting Rights Act. | 3.00 |
| 11/14/05 | MVM | Telephone conference with Ed Still. | 0.30 |
| 11/14/05 | MVM | Editing and revising Complaint for violation of Section 5 of Voting Rights Act. | 1.00 |
| 11/15/05 | JCG | Work on complaint. | 5.00 |
| 11/15/05 | SHH | Telephone conference with Mary Olsen regarding status. | 0.10 |
| 11/16/05 | MVM | Telephone conference with Ed Still. | 0.30 |

1

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/16/05 | MVM | Exchanging e-mails with Ed Still re: request for temporary restraining order. | 0.40 |
| 11/16/05 | MVM | 2nd Telephone conference with Ed Still. | 0.30 |
| 11/16/05 | MVM | Telephone conference with Jack Park in Attorney General's Office. | 0.30 |
| 11/16/05 | MVM | Telephone conference with Judge DeMent's law clerk. | 0.30 |
| 11/16/05 | MVM | Work performed on Application for TRO. | 2.00 |
| 11/16/05 | MVM | Telephone conference with clerk's office re: reassignment of case to Judge Thompson. | 0.40 |
| 11/17/05 | JCG | Work on stipulations of fact. Discussions with clients. Discussions with co-counsel. | 4.00 |
| 11/17/05 | MVM | Telephone conference with clerk's office. | 0.30 |
| 11/17/05 | MVM | Work performed on Stipulation of Fact. | 3.50 |
| 11/17/05 | MVM | Telephone conference with Ed Still. | 0.30 |
| 11/17/05 | MVM | Exchanging multiple e-mails with Ed Still re: Stipulation of Fact and case strategy. | 0.60 |
| 11/18/05 | JCG | Discussions with Dr. Kennedy concerning DOJ role and status of work. | 0.50 |
| 11/18/05 | MVM | Work performed on Stipulation of Fact. | 4.00 |
| 11/18/05 | MVM | Exchanging multiple e-mails with Ed Still re: Stipulation of Fact and case strategy. | 0.60 |
| 11/21/05 | JCG | Work and research. | 3.00 |
| 11/22/05 | JCG | Receive and review correspondence from Mr. Park. | 0.50 |
| 11/30/05 | JCG | Work on stipulation of fact. Exchange of correspondence with Mr. Still concerning strategy. | 2.00 |
| 11/18/05 | MVM | Exchanging e-mails with Jack Park in Attorney General's Office re: Stipulation of Fact. | 0.40 |
| 11/22/05 | MVM | Receipt and review of e-mail from Ed Still. | 0.30 |
| 11/22/05 | MVM | Receipt and review of Order from Court re: Designation of Three Judge Court. | 0.40 |
| 11/22/05 | MVM | Receipt and review of Defendant's Answer to Complaint. | 0.60 |
| 11/30/05 | SHH | Correspondence with Vance McCrary regarding status and issues. | 0.20 |
| 11/30/05 | HEB | Conference with Sam Heldman regarding telephone conference with Vance McCrary. | 0.10 |
| 12/01/05 | MVM | Exchanging e-mails with Ed Still re: status of case and strategy going forward. | 0.40 |
| 12/01/05 | MVM | Reviewing file. | 1.00 |
| 12/02/05 | MVM | Exchanging e-mails with Ed Still re: status of case and strategy going forward. | 0.40 |

2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/02/05 | MVM | Reviewing file; working on stipulation of facts. | 0.60 |
| 12/05/05 | JCG | Receive and review notice for scheduling conference. Telephone conference with the clerk. Prepare for scheduling conference. | 2.50 |
| 12/05/05 | MVM | Reviewing Judge's Order re: scheduling conference. | 0.30 |
| 12/05/05 | MVM | Reviewing file; preparing for scheduling conference. | 0.70 |
| 12/05/05 | MVM | Exchange of multiple e-mails with Ed Still. | 0.40 |
| 12/07/05 | JCG | Attend scheduling conference with Judge Thompson. Discussions with co-counsel concerning strategy. | 2.00 |
| 12/14/05 | MVM | Receipt and review of 2 files from Department of Justice. | 0.80 |
| 12/14/05 | MVM | Review of evidence from Circuit Court trial. | 1.00 |
| 01/06/06 | JCG | Receive and review motion to extend time filed by Attorney General. Discussions with Mr. Clark concerning the same. | 1.00 |
| 01/06/06 | MVM | Telephone conference with Jack Park in AG office re: Factual Stipulation due to court. | 0.30 |
| 01/06/06 | MVM | Receipt and review of Motion to Extend Time for Filing Stipulation of Fact filed by Jack Park. | 0.30 |
| 01/06/06 | MVM | Reviewing file. | 0.40 |
| 01/09/06 | MVM | Work performed on factual stipulation now due to court by 02/10/2006. | 1.50 |
| 01/12/06 | MVM | Receipt and review of factual stipulations. | 1.30 |
| 01/12/06 | MVM | Telephone conference with Ed Still. | 0.30 |
| 01/12/06 | MVM | Correspondence with Jack Park in Attorney General's Office. | 0.40 |
| 01/13/06 | MVM | Meeting with Jack Park from AG's office. | 1.00 |
| 01/13/06 | MVM | Work performed on joint stipulation of fact due to be filed today. | 2.00 |
| 01/16/06 | MVM | Receipt and Review of Plaintiffs' brief from Ed Still. | 1.50 |
| 01/17/06 | MVM | Reviewing Plaintiffs' brief. | 1.00 |
| 01/17/06 | MVM | Work performed on case strategy; making edits and suggestions re: Plaintiffs' brief. | 1.00 |
| 01/17/06 | SHH | Review Ed Still's draft brief regarding Section 5 issues and send comments regarding same. | 0.90 |
| 01/18/06 | MVM | Work performed on brief to 3 judge panel. | 2.00 |
| 01/19/06 | JCG | Review and edit final version of brief. | 1.00 |
| 01/19/06 | SHH | Review Ed Still's draft brief, send comment regarding same. | 0.40 |

3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/20/06 | SHH | Further correspondence with Ed Still and research regarding trial brief and issues. | 1.00 |
| 01/23/06 | JCG | Review Governor Riley's brief. | 1.50 |
| 01/30/06 | JCG | Discussions with Representative Buskey. Regarding proposed legislation and various other matters connected. | 4.00 |
| 01/30/06 | SHH | Memos from and to Cecil Gardner regarding Section 5 suit and legislation. | 0.20 |
| 01/31/06 | JCG | Receive and review proposed legislation for special election. Correspondence to co-counsel regarding the same. Various discussions with Clark, Buskey and Kennedy regarding proposed legislation and effect on suit. | 1.00 |
| 01/31/06 | MVM | Review scheduling order and time for defendants brief to be filed. | 0.30 |
| 01/31/06 | MVM | Review joint stipulation of fact. | 0.30 |
| 01/31/06 | SHH | Memos from and to ES regarding possible effect of potential bills on lawsuit | 0.70 |
| 02/03/06 | JCG | Receive and review Riley's Brief in Opposition to our brief. | 1.50 |
| 02/06/06 | MVM | Work on reply brief to three judge court. | 1.50 |
| 02/06/06 | SHH | Review other side's brief and ES outline for brief; send comments on same | 1.20 |
| 02/06/06 | HEB | Review other side's brief and Ed Still's outline for brief, send comments on same. | 1.20 |
| 02/07/06 | JCG | Work on reply. | 3.00 |
| 02/07/06 | SHH | Message from ES regarding reply brief | 0.10 |
| 02/08/06 | JCG | Review and edit reply brief. | 2.00 |
| 02/09/06 | MVM | Review plaintiff's reply brief to three judge court. | 0.50 |
| 02/09/06 | SHH | Review and comment on ES drafts of reply brief | 0.60 |
| 02/10/06 | JCG | Review and edit reply brief. | 1.00 |
| 03/13/06 | SHH | Correspondence with Ed Still, et al, regarding ideas in preparation for argument. | 0.40 |
| 03/14/06 | JCG | Letter to clients regarding oral argument. Review of materials to be used during argument. | 1.50 |
| 03/14/06 | JCG | Prepare for oral argument. Correspondence to clients concerning oral argument. | 3.00 |
| 03/14/06 | SHH | Further correspondence with Ed Still, et al regarding preparation for argument. | 0.20 |
| 03/24/06 | JCG | Review of file for argument. Exchange correspondence with co-counsel. | 2.00 |
| 03/29/06 | JCG | Prepare for and attend oral argument in Montgomery. | 4.00 |

4

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/29/06 | JCG | Travel to Montgomery for oral argument. | 2.50 |
| 03/29/06 | JCG | Return to Mobile. | 2.50 |
| 03/30/06 | JCG | Receive and review transcript of testimony. | 2.00 |
| 03/30/06 | SHH | Review memo from Still and attached transcript of three judge court hearing; memo to Still regarding same. | 0.50 |
| 04/04/06 | JCG | Attempted conference with Larry Wettermark. Telephone conference with Governor's counsel, Jack Park, regarding requested stipulation. Research court files concerning tenure of Commissioner Jones during Stokes v Noonan era. | 1.50 |
| 04/05/06 | JCG | Discussions with Mr. Still regarding stipulated facts. | 0.50 |
| 04/10/06 | JCG | Meeting with co-counsel regarding stipulation of fact. | 1.50 |
| 04/11/06 | JCG | Work on stipulations requested by court. | 1.00 |
| 04/11/06 | JCG | Work on stipulation. Various conversations with attorney Jack Park and attorney Ed Still. Research newspaper and Probate Court files. | 3.00 |
| 04/12/06 | SHH | Review supplemental stipulations and Ed Still's draft supplemental brief. | 0.30 |
| 04/13/06 | SHH | Memo to co-counsel regarding Ed Still's draft. | 0.10 |
| 04/25/06 | JCG | Receive and review defendant's brief. | 2.00 |
| 06/28/06 | JCG | Review of status. Telephone conference with the court. Telephone conference with Representative Buskey, et al. | 2.00 |
| 08/18/06 | JCG | Receive and review decision of the three judge court. Discussions with Dr. Kennedy and Representative Buskey concerning status of the case. Research issues with respect to Justice Department matters. | 5.00 |
| 08/18/06 | JCG | (ES) - Two telephone conferences with co-counsel; receive and review opinion; review rules on cost bill and fee petition. | 0.90 |
| 08/18/06 | SHH | Correspondence with C. Gardner regarding victory and possible involvement in pre-clearance proceedings. | 0.10 |
| 08/21/06 | JCG | (ES) - Prepare fee petition; research. | 1.30 |
| 08/22/06 | JCG | (ES) - Prepare fee petition, declaration, etc.; e-mail drafts to co-counsel. | 2.70 |
| 08/23/06 | JCG | Work on application for attorneys fees. | 2.00 |
| 08/24/06 | JCG | Work on fee application. | 2.00 |
| 08/25/06 | JCG | Work on fee application. | 2.00 |
| 08/28/06 | JCG | (ES) - Receive and review co-counsel's draft | 3.70 |

5

|  |  |  |  |
|---|---|---|---|
|  |  | affidavit and time sheets; telephone conference with Segall and Blacksher about doing affidavits; further research and revisions of draft motion. |  |
| 08/29/06 | JCG | (ES) - Receive and review Blacksher's declaration. | 0.10 |
| 08/30/06 | JCG | (ES) - Receive and review Segall's affidavit; telephone conference with co-counsel. | 0.50 |
| 09/01/06 | JCG | (ES) - Final preparation and filing of fee motion. | 2.00 |
| 09/01/06 | MVM | Review and revise Motion for Attorney Fees. | 0.80 |
| 09/05/06 | JCG | (ES) - Exchange of e-mails with Misty Fairbanks, Alabama Attorney General office regarding Department of Justice submission. | 0.10 |
| 09/05/06 | JCG | (ES) - Telephone conference with LaDonna Vinson at Judge Boyd's office regarding setting up conference call with counsel on fees motion; exchange of e-mails with counsel. | 0.30 |
| 09/06/06 | JCG | (ES) - Telephone calls and e-mails setting up conference call on fees. | 0.30 |
| 09/08/06 | JCG | (ES) - Telephone conference with Judge Boyd, Park and co-counsel regarding our fee motion. | 0.60 |
| 09/08/06 | MVM | Prepare for today's conference call. | 0.40 |
| 09/08/06 | MVM | Conference call with Court regarding motion for attorneys fees. | 0.30 |
| 09/11/06 | JCG | (ES) - Quick research on time for notice of appeal and procedure State may use. | 1.00 |
| 09/29/06 | JCG | (ES) - Receive and review Park's motion for extension of time. | 0.10 |
| 10/09/06 | JCG | (ES) - Telephone conference with Jack Park with offer regarding fees; review file and exchange of e-mails with co-counsel regarding same. | 0.60 |
| 10/20/06 | JCG | (ES) - Receive and review State's response on our fees. | 0.80 |
| 11/01/06 | SHH | Telephone conference with V. McCrary and C. Gardner; further research for possible TRO action. | 2.80 |
| 11/01/06 | HEB | Research for possible TRO action. | 2.00 |
| 11/02/06 | SHH | Revise draft documents and send to V. McCrary for possible use. | 2.50 |
| 11/02/06 | HEB | Revise draft documents. | 2.00 |
| 11/03/06 | SHH | Communication with V. McCrary. | 0.30 |
| 11/09/06 | JCG | (ES) - Receive and review preclearance submission. | 0.30 |
| 11/14/06 | JCG | Discussions with the court regarding extension of time to file for pre-clearance. Review of correspondence from opposing counsel and co-counsel. | 2.00 |
| 11/14/06 | JCG | (ES) - Telephone conference with Judge Thompson's office regarding extension of time for State to obtain preclearance; telephone conference with co-counsel; review submission for response; prepare letter to Department of Justice. | 4.40 |

6

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/09/06 | SHH | Telephone conference with V. McCrary regarding status of negotiations. | 0.10 |
| 11/14/06 | SHH | Telephone Conference with V. McCrary regarding status and strategies. | 0.30 |
| 11/15/06 | JCG | (ES) - Exchange of e-mails with Jack Park regarding extension of time; further work on letter to Department of Justice. | 3.20 |
| 11/16/06 | JCG | (ES) - Prepare letter to Department of Justice. | 0.70 |
| 11/16/06 | JCG | Discussions with co-counsel. Review of Riley request for extension of time. Discussions with the newspaper regarding status. | 1.00 |
| 11/17/06 | JCG | (ES) - Further revisions of letter to Department of Justice. | 0.40 |
| 11/21/06 | MVM | Review e-mails from E. Still regarding votes in Governor's race by precinct and County Commission district. | 0.30 |
| 11/21/06 | MVM | Work on obtaining information regarding County Commission districts and inputting that information into speadsheet. | 1.00 |
| 11/22/06 | JCG | (ES) - Complete draft letter to Department of Justice and e-mail to co-counsel. | 0.70 |
| 11/27/06 | JCG | Review and edit submission to Department of Justice in opposition to request for pre-clearance by the state. | 1.50 |
| 11/27/06 | SHH | Review E. Still draft of letter to Department of Justice; send comment on same. | 0.40 |
| 11/28/06 | JCG | (ES) - Final revisions and preparation of letter to Department of Justice. | 1.80 |
| 11/28/06 | MVM | Review and revise letter to be sent to DOJ contesting Attorney General's request for pre-clearance. | 0.40 |
| 12/04/06 | JCG | Receive and review status report to the three judge court. | 0.50 |
| 12/04/06 | SHH | Case strategy | 0.90 |
| 12/04/06 | HEB | Case strategy | 0.90 |
| 12/11/06 | JCG | Discussions with Don Jacobson, Voting Section, Department of Justice. Discussions with Mr. Still concerning the same and with Mr. Stein. | 1.50 |
| 12/12/06 | JCG | Review of Local Act. Discussions with Representative Buskey concerning the same. Discussions with the Justice Department concerning the same. Discussions with Mr. Still. | 3.00 |

7

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/04/07 | JCG | Correspondence between co-counsel and discussions with James Buskey. Review of issues regarding settlement. | 3.00 |
| 01/04/07 | SHH | Correspondence with E. Still and C. Gardner regarding remaining issues and strategy. | 0.60 |
| 01/08/07 | JCG | Receive and review letter from Department of Justice. Various discussions with clients. Review plaintiff's motion for further relief. | 2.00 |
| 01/08/07 | SHH | Receive and review objection letter form DOJ; correspondence with E. Still, et al regarding same. | 0.30 |
| 01/09/07 | SHH | Review draft motion for supplemental relief and suggested revision. | 0.40 |
| 01/10/07 | JCG | Various discussions with persons concerned with County Commission district. Discussions with co-counsel. | 2.00 |
| 01/10/07 | JCG | Receive and review motion for "stay" filed by the state. Discussions with co-counsel concerning the same. Research of regulations. Discussions with clients concerning the same. | 3.00 |
| 01/10/07 | SHH | Correspondence with co-counsel. | 0.40 |
| 01/10/07 | HEB | Review memos. | 0.20 |
| 01/11/07 | JCG | Receive and review order by the three judge court. | 0.50 |
| 01/11/07 | SHH | Correspondence with co-counsel regarding motion for supplemental relief and regarding court's order. | 0.50 |
| 01/11/07 | HEB | Correspondence with co-counsel regarding motion for supplemental relief and regarding court's order. | 0.50 |
| 01/12/07 | JCG | Discussions with state's attorney, Jack Park. | 0.30 |
| 01/12/07 | JCG | Work on motion for reconsideration to be filed with three judge court. Discussions with co-counsel concerning the same. | 1.00 |
| 01/12/07 | SHH | Correspondence with co-counsel regarding order and reconsideration. | 0.40 |
| 01/22/07 | JCG | Telephone conference with co-counsel regarding status and strategy. | 0.40 |
| 01/23/07 | SHH | Review memo from E. Still. | 0.10 |
| 01/24/07 | JCG | Receive and review Attorney General's response to Motion for Reconsideration. Discussions with Mr. Still concerning the same. | 1.00 |
| 01/24/07 | SHH | Review memo from E. Still. | 0.20 |
| 01/26/07 | SHH | Review message from E. Still regarding possible Supreme Court litigation; memo to E. Still regarding same. | 0.60 |

8

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/29/07 | JCG | Receive and review memo from Ed Still regarding issues. Memo to Mr. Still and Mr. Heldman concerning the same. | 0.50 |
| 01/29/07 | SHH | Memo from E. Still regarding strategies and issues. Memo from C. Gardner regarding the same. | 0.30 |
| 01/31/07 | JCG | Letter to Mr. Heldman and Mr. Still regarding response to request for reconsideration and various other issues. | 2.00 |
| 01/31/07 | SHH | Correspondence with C. Gardner and E. Still regarding responding to State's request for reconsideration and other issues and strategy. | 2.20 |
| 02/01/07 | JCG | Review and edit letter and response to request for reconsideration. | 1.00 |
| 02/01/07 | SHH | Review response to State's request for reconsideration as filed. | 0.20 |
| 03/01/07 | JCG | Receive and review status report by State of Alabama advising that case is still before the U. S. Attorney General. | 0.30 |
| 03/13/07 | JCG | Receive and review Order of the court. | 0.20 |
| 03/13/07 | SHH | Receive and review Department of Justice letter denying rehearing. | 0.40 |
| 03/13/07 | HEB | Receive and review Department of Justice letter denying rehearing. | 0.30 |
| 03/14/07 | JCG | Receive and review ruling by the Justice Department on state's motion to reconsider. Discussions with co-counsel and edit of motion for further relief. Discussions with Representative Buskey, et al. | 1.00 |
| 03/20/07 | JCG | Discussions with attorney Jack Park regarding settlement of claims. | 0.50 |
| 03/20/07 | SHH | Research and correspondence with C. Gardner regarding possible settlement. | 0.40 |
| 03/21/07 | JCG | Various discussions with co-counsel and with clients regarding offer of settlement. Research issue of authority of District Court to vacate decision. | 2.00 |
| 03/21/07 | JCG | Telephone conference with Representative Buskey and Representative Kennedy. Telephone conference with Dr. Reed. Telephone conference with co-counsel Still and with Assistant Attorney General Jack Park. | 1.00 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/21/07 | SHH | Review memo from E. Still regarding vacatur upon settlement. | 0.20 |
| 03/22/07 | JCG | Receive and review response by Governor Riley to Motion for Further Relief. | 0.50 |
| 03/22/07 | SHH | Review State's further submission and E. Still draft response to same; correspondence with co-counsel regarding same. | 0.40 |
| 03/22/07 | HEB | Review State's further submission and draft response to same. | 0.20 |
| 03/23/07 | SHH | Work on brief. | 1.90 |
| 03/29/07 | JCG | Discussions with Governor's counsel. Review of issues and settlement possibility. Discussions with Mobile Press Register. | 1.00 |
| 05/01/07 | JCG | Receive and review order of the court. Telephone conversations with each of the clients. | 1.50 |
| 05/01/07 | JCG | Telephone conference with counsel to the Probate Judge. Review of procedural rules. | 3.00 |
| 05/01/07 | JCG | Work on procedure for insisting upon special election. | 2.00 |
| 05/02/07 | JCG | Various discussions with attorney for the Probate Judge and with Jack Park. Work on state court complaint to require election vs intervention in Three Judge Court by Probate Judge. Research with DOJ officials concerning status. Discussions with client concerning issues. | 10.00 |
| 05/01/07 | SHH | Review court order vacating appointment; correspondence with V. McCrary regarding the same; telephone conference with C. Gardner regarding the same. | 0.50 |
| 05/02/07 | SHH | Telephone conferences with C. Gardner regarding strategy for obtaining special election as soon as possible. | 0.50 |
| 05/03/07 | SHH | Research and prepare opposition to Governor's motion for stay; communications with co-counsel regarding the same. | 4.80 |
| 05/17/07 | JCG | Receive and review Order of the Three Judge Court denying stay. Discussions with clients concerning the same. | 1.30 |
| 05/17/07 | JCG | Research issues concerned with military voting rights issues. Discussions with co-counsel concerning the same. | 1.50 |
| 05/17/07 | SHH | Review order denying stay and communicate with co-counsel regarding the same. | 0.40 |

10

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/18/07 | JCG | Discussions with co-counsel concerning motion to intervene and notice of appeal. | 0.30 |
| 05/18/07 | SHH | Review motion to intervene and communicate with C. Gardner regarding strategy in response to same; review notice of appeal; review order regarding briefing on motion to intervene and C. Gardner memo regarding same. | 0.70 |
| 05/19/07 | SHH | Correspondence with co-counsel regarding response to Probate Judge's motion to intervene. | 0.30 |
| 05/21/07 | JCG | Discussions with co-counsel Still regarding intervention and response thereto. Discussions with attorney Park concerning the same. Forward State Court lawsuit to Mr. Still for filing with Three Judge Court. | 2.00 |

TOTAL HOURS                                264.90