IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

It is ORDERED as follows:

(1) The notice of withdrawal (Doc. No. 61) is treated as a motion to withdraw and said motion is granted.

(2) The motion to intervene (Doc. No. 53) is withdrawn.

Done, this the 31st day of May, 2007.

      /s/ Stanley Marcus
     UNITED STATES CIRCUIT JUDGE

      /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE

      /s/ W. Harold Albritton
     SENIOR UNITED STATES DISTRICT JUDGE