IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK, )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

It is ORDERED that, on or before June 8, 2007, the defendant and Probate Judge Don Davis are to file briefs on the motion to add probate judge as defendant and to set special election schedule (Doc. No. 64).

The clerk of the court is DIRECTED to serve electronically a copy of this order on counsel for Judge Davis.

DONE, on behalf and with the approval of the three-judge court, this the 1st day of June, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE