IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK, )<br>)<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 69) is granted.

DONE, on behalf and with the approval of the three-judge court, this the 12th day of June, 2007.

              /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE