IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05cv1100-MHT |
| HONORABLE BOB RILEY, as Governor of the State of Alabama, ) ) ) ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that Honorable Myron H. Thompson shall, on behalf of all three judges, hold a status conference on all pending matters, on June 20, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

Counsel for plaintiffs, defendant, and Probate Judge Don Davis are to be present.

DONE, this the 13th day of June, 2007.

                                           /s/ Stanley Marcus
                                   **UNITED STATES CIRCUIT JUDGE**

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**

                                     /s/ W. Harold Albritton
                                   **SENIOR UNITED STATES DISTRICT JUDGE**