IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **Yvonne Kennedy, James Buskey, and William Clark,** | * * * | |
| **Plaintiffs,** | * * | |
| v. | * * | Civil Action No. 2:05-cv-01100-MHT-DRB |
| **Honorable Bob Riley, as Governor of the State of Alabama,** | * * * | |
| **Defendant.** | * | |

**Plaintiffs' Notice of Second Action Filed in State Court**

Plaintiffs' give notice to the Court of an action filed in the Circuit Court for Mobile County entitled *Yvonne Kennedy, et al v. Honorable Don Davis* on June 20, 2007. A copy of the Verified Complaint is attached.

Respectfully submitted,

 s/ J. Cecil Gardner
J. CECIL GARDNER, ESQ.
THE GARDNER FIRM, P.C.
P.O. Box 3103
Mobile, Alabama 36652
(251) 433-8100

Edward Still, Esq.
Edward Still Law Firm & Mediation Center
2112 11th Avenue South, Suite 201
Birmingham, AL 35205-2844
205-320-2882
877-264-5513 (facsimile)

CERTIFICATE OF SERVICE

  I certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

John J. Park, Esq.
Assistant Attorney General
Office of the Attorney General of
Alabama
11 South Union Street
Montgomery, AL 36130-0152

J. Michael Druhan, Jr., Esq.
Johnston Druhan, LLP
P.O. Box 54
Mobile, AL 36601

                s/ J. Cecil Gardner