IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Yvonne Kennedy,

Plaintiff,

v.

Bob Riley,

Defendants,

CASE NO. 2:05-cv-01100-MHT-DRB

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bob Riley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____                    _____
_____                    _____
_____                    _____

6/21/2007                                  s/ John J. Park, Jr.
Date                                       (Signature)

                                           John J. Park, Jr.
                                           (Counsel's Name)

                                           Bob Riley
                                           Counsel for (print names of all parties)
                                           State of Alabama, Office of the Attorney General
                                           11 South Union Street, Montgomery, AL 36130
                                           Address, City, State Zip Code
                                           (334) 242-7300
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

# CERTIFICATE OF SERVICE

I, John J. Park, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail & Electronic Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____ day of June_____ 20 07, to:

J. Cecil Gardner; M. Vance McCrary, The Gardner Firm PC, P. O. Box 3103, Mobile, AL 36602

Edward Still, Edward Still Law Firm LLC, 2112 11th Ave. South, Suite 201, Birmingham, AL 35205-2844

J. Michael Druhan, Johnston Druhan LLP, P. O. Box 154, Mobile, AL 36601


6/21/2007                                                    s/ John J. Park, Jr.
_____                        _____
        Date                                                              Signature