IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

William Clark,

Plaintiff,

v.                                    CASE NO. 2:05-cv-01100-MHT-DRB

Honorable Bob Riley,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW William Clark, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

6/21/2007                             s/ J. Cecil Gardner
Date                                  (Signature)

                                      J. Cecil Gardner
                                      (Counsel's Name)

                                      William Clark
                                      Counsel for (print names of all parties)
                                      1119 Government Street
                                      Mobile, Alabama 36604
                                      Address, City, State Zip Code
                                      251-433-8100
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Cecil Gardner, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 day of June 20 07, to:

John J. Park, Esq.

J. Michael Druhan, Jr., Esq.

6/21/2007
Date

s/ J. Cecil Gardner
Signature