IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1100-MHT |
| HONORABLE BOB RILEY, as Governor of the State of Alabama, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the plaintiffs' motion to add probate judge as defendant and to set special election schedule (Doc. No. 64) is denied without prejudice.

Done, this the 9th day of July, 2007.

　　　　　　　　　　/s/ Stanley Marcus
　　　　　　　UNITED STATES CIRCUIT JUDGE

　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE