**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **YVONNE KENNEDY, JAMES** | ) | |
| **BUSKEY & WILLIAM CLARK,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION** |
| | ) | **NO. 2:05 CV 1100-T** |
| **HONORABLE BOB RILEY,** | ) | |
| **as Governor of the State of Alabama** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

The Honorable Bob Riley, Governor of the State of Alabama, hereby gives notice

that the United States Attorney General has not interposed an objection to, *i.e.,*

"precleared", Act No. 2006-342.  A copy of the preclearance letter is attached hereto as

Exhibit 1.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

J. Cecil Gardner, Esq.
M. Vance McCrary, Esq.
The Gardner Firm PC
Post Office Box 3103
Mobile, AL 36602

Edward Still, Esq.
Edward Still Law Firm LLC
2112 11th Avenue South, Suite 201
Birmingham, AL 35205-2844

J. Michael Druhan, Jr., Esq.
Jason K. Hagmaier, Esq.
Johnston Druhan, LLP
P. O. Box 154
Mobile, AL 36601

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us