

U.S. Department of ...

Civil Rights Division

---

JKT:YR:ANS:maf
DJ 166-012-3
2007-3399

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

July 10, 2007

Mr. John J. Park, Jr.
Special Assistant Attorney General
11 South Union Street
Montgomery, Alabama 36130

Dear Mr. Park:

    This refers to Alabama Act No. 2006-342 (2006), which provides for the procedures for conducting special vacancy elections to fill vacancies on the Mobile County Commission, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on July 2, 2007.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine this submission if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41 and 51.43).

                                          Sincerely,

                                          John Tanner
                                          Chief, Voting Section