# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

July 23, 2007

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the Middle District
of Alabama
Post Office Box 711
Montgomery, AL 36101

Re: Bob Riley, Governor of Alabama
v. Yvonne Kennedy, et al.
No. 07-77
(Your No. 2:05CV1100MHT)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court July 17, 2007 and placed on the docket July 23, 2007, as No. 07-77.

Sincerely,

William K. Suter, Clerk

by
Sandy Spagnolo
Case Analyst