IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:05 CV 1100-T |
| HONORABLE BOB RILEY, ) as Governor of the State of Alabama ) ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The undersigned enters her appearance as additional counsel for the Honorable Bob Riley, Governor of the State of Alabama, Defendant in this action.

                Respectfully submitted,

                s/ Margaret L. Fleming
                Margaret L. Fleming  (FLE001)
                Assistant Attorney General
                Office of the Attorney General
                11 S. Union Street
                Montgomery, AL 36130-0152
                Telephone:  (334) 242-7300
                Fax:  (334) 353-8440
                E-mail:  mfleming@ago.state.al.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel: J. Cecil Gardner (cgardner@gmlegal.com); Vance McCrary (vmccrary@gmlegal.com); Edward Still (docket@votelaw.com); J. Michael Druhan (jmd100@bellsouth.net); and Jason K. Hagmaier (jkh100@bellsouth.net).

                s/ Margaret L. Fleming