IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY & WILLIAM CLARK, <br><br>　　Plaintiffs, <br><br>vs. <br><br>HONORABLE BOB RILEY, <br>as Governor of the State of Alabama <br><br>　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 2:05 CV 1100-T <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

　　The undersigned enters her appearance as additional counsel for the Honorable Bob Riley, Governor of the State of Alabama, Defendant in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Misty S. Fairbanks
　　　　　　　　　　　　　　　　　　Misty S. Fairbanks (FAI005)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　11 S. Union Street
　　　　　　　　　　　　　　　　　　Montgomery, AL 36130-0152
　　　　　　　　　　　　　　　　　　Telephone: (334) 242-7300
　　　　　　　　　　　　　　　　　　Fax: (334) 353-8440
　　　　　　　　　　　　　　　　　　E-mail: mfairbanks@ago.state.al.us

**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that on the 14th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel: J. Cecil Gardner (cgardner@gmlegal.com); Vance McCrary (vmccrary@gmlegal.com); Edward Still (docket@votelaw.com); J. Michael Druhan (jmd100@bellsouth.net); and Jason K. Hagmaier (jkh100@bellsouth.net).

　　　　　　　　　　　　　　　　　　s/ Misty S. Fairbanks