# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 22, 2008

Clerk
United States District Court for
the Middle District of Alabama
Post Office Box 711
Montgomery, AL 36101

Re:  No. 07-77   Bob Riley, Governor of Alabama v. Yvonne Kennedy, et al.
     (Your No. 2:05cv1100-MHT)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**William K. Suter**, Clerk

by *Eleanor L. Baptiste*

Eleanor L. Baptiste
Assistant Clerk
(202) 479-3125

cc: Counsel of Record