# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**DEBRA P. HACKETT,**
  **CLERK**

**MAILING ADDRESS:**
**U.S. DISTRICT COURT**
**ONE CHURCH ST., RM B-110**
**MONTGOMERY, AL  36104**
**(334) 260-7995**

---

WILLIAM K. SUTER, Clerk
SUPREME COURT OF THE UNITED STATE
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

Re:   District Court No   **CV-05-T-1100-N**

Court of Appeals No.   **07-77**

**YVONNE KENNEDY, ET AL.  VS.  BOB RILEY**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☐ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☐ First Notice of Appeal:  Yes ☐  No ☐  Other notices (dates): ___
- ☐ _____ Other:
- ☐ _____ The Judge or Magistrate Judge appealed from is:
- ☐ The Court Reporter (s) is/are:
- ☐ A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing
- ☐ _____ The appellant DOCKET FEE has been paid:  Yes ☐  No ☐  Date paid:
- ☐ _____ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ _____ Copy of CJA form / order appointing counsel.
- ☒ _____ Certified record on appeal consisting of :  _2_ Volume(s) of pleadings; ___ PSI (s); _2_ Volume(s) of transcript;  _X_ Folder(s) of exhibits/depositions; ___ Supplemental file(s)
- ☐ ORIGINAL PAPERS: ___ Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folders
- ☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

YOLANDA WILLIAMS
Deputy Clerk

cc: Court file