# Supreme Court of the United States

### No.

### 07-77

## BOB RILEY, GOVERNOR OF ALABAMA,

Appellant

v.

## YVONNE KENNEDY, ET AL.

**ON APPEAL** from the United States District Court for the Middle District of Alabama.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States District Court for the Middle District of Alabama for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the appellant Bob Riley, Governor of Alabama recover from Yvonne Kennedy, et al., One Thousand Nine Hundred Thirty-nine Dollars and Eighty Cents ($1,939.80) for costs herein expended.

May 27, 2008

| Printing of record: | $1,639.80 |
| --- | --- |
| Clerk's costs: | 300.00 |
| Total: | $1,939.80 |