No. 07-77

| | |
|---|---|
| Title: | Bob Riley, Governor of Alabama, Appellant |
| | v. |
| | Yvonne Kennedy, et al. |
| Docketed: | July 23, 2007 |
| Lower Ct: | United States District Court for the Middle District of Alabama |
| Case Nos.: | (2:05cv1100-MHT) |
| Decision Date: | May 1, 2007 |

Questions Presented

~~~Date~~~  ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Jul 17 2007 | Statement as to jurisdiction filed. (Response due August 22, 2007) |
| Aug 10 2007 | Order extending time to file response to jurisdictional statement to including October 22, 2007. |
| Oct 22 2007 | Motion to dismiss or affirm filed by appellees Yvonne Kennedy, et al. |
| Nov 5 2007 | DISTRIBUTED for Conference of November 20, 2007. |
| Nov 6 2007 | Reply of appellant Bob Riley, Governor of Alabama, Appellant filed. (Distributed) |
| Nov 20 2007 | Further consideration of the question of jurisdiction is POSTPONED to the hearing of the case on the merits. |
| Dec 11 2007 | The time within which to file the joint appendix and petitioner's brief on the merits is extended to and including January 14, 2008. |
| Jan 3 2008 | Consent to the filing of amicus curiae briefs in support of either or neither party received from counsel for the appellant. |
| Jan 11 2008 | Consent to the filing of amicus briefs in support of either party, or neither party, received from counsel for the appellees. |
| Jan 14 2008 | Joint appendix filed. (Statement of costs filed) |
| Jan 14 2008 | Brief of appellant Bob Riley, Governor of Alabama, Appellant filed. |
| Jan 22 2008 | SET FOR ARGUMENT ON Monday, March 24, 2008 |
| Jan 22 2008 | Brief amici curiae of Abigail Thernstrom and Stephan Thernstrom filed. |
| Jan 22 2008 | Brief amici curiae of Former State Court Justices Charles Fried and Thomas R. Phillips filed. |
| Jan 22 2008 | Brief amicus curiae of Project on Fair Representation filed. |
| Jan 22 2008 | Brief amici curiae of Florida, et al. filed. |
| Feb 5 2008 | CIRCULATED. |
| Feb 5 2008 | Record received from the U.S.D.C. for the Middle District of Alabama. (1 box) |
| Feb 13 2008 | Brief of appellees Yvonne Kennedy, et al. filed. (Distributed) |
| Feb 19 2008 | Brief amici curiae of American Civil Liberties Union, et al. filed. (Distributed) |
| Feb 20 2008 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument filed. |
| Feb 20 2008 | Motion of Florida, et al. for leave to participate in oral argument as amici curiae and for divided argument filed. |
| Feb 20 2008 | Brief amicus curiae of United States supporting appellees in part filed. (Distributed) |
| Feb 20 2008 | Brief amicus curiae of Lawyers' Committee for Civil Rights Under Law filed. (Distributed) |

| Date | Entry |
|---|---|
| Feb 20 2008 | Brief amicus curiae of NAACP Legal Defense & Educational Fund, Inc filed. (Distributed) |
| Mar 3 2008 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument GRANTED. |
| Mar 3 2008 | Motion of Florida, et al. for leave to participate in oral argument as amici curiae and for divided argument DENIED. |
| Mar 11 2008 | Reply of appellant Bob Riley, Governor of Alabama, Appellant filed. (Distributed) |
| Mar 24 2008 | Argued. For appellant: Kevin C. Newsom, Birmingham, Ala. For appellees: Pamela S. Karlan, Stanford, Cal.; and Kannon K. Shanmugam, Assistant to the Solicitor General, Department of Justice, Washington, D.C. (for United States, as amicus curiae.) |
| May 27 2008 | Judgment REVERSED and case REMANDED. Ginsburg, J., delivered the opinion of the Court, in which Roberts, C. J., and Scalia, Kennedy, Thomas, Breyer, and Alito, JJ., joined. Stevens, J., filed a dissenting opinion in which Souter, J., joined. |
| Jun 30 2008 | JUDGMENT ISSUED. |
| Jul 9 2008 | Acknowledgement of receipt (07/03/08) of judgment from Clerk, United States District Court for the Middle District of Alabama received. |

---

| ~~Name~~ | ~~Address~~ | ~~Phone~~ |
|---|---|---|

**Attorneys for Appellant:**

| Kevin C. Newsom<br>   Counsel of Record | Bradley Arant Rose & White LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL  35203-2119<br>knewsom@bradleyarant.com | (205) 521-8000 |

Party name: Bob Riley, Governor of Alabama, Appellant

| Margaret L. Fleming | Assistant Attorney General<br>Office of Attorney General<br>11 South Union Street<br>Montgomery, AL  36130-0152 | (334) 353-3738 |

Party name: Bob Riley, Governor of Alabama, Appellant

**Attorneys for Appellees:**

| Edward Still<br>   Counsel of Record | Edward Still Law Firm LLC<br>Suite 201<br>2112 11th Avenue South<br>Birmingham, AL  35205-2844 | (205) 320-2882 |

Party name: Yvonne Kennedy, et al.

| Pamela S. Karlan | Stanford Law School<br>Supreme Court Litigation Clinic<br>559 Nathan Abbott Way | (650) 725-4851 |

|  |  |  |
|---|---|---|
|  | Stanford, CA  94305-8610 |  |
| Party name: Yvonne Kennedy, et al. |  |  |
| **Other:** |  |  |
| Debo P. Adegbile | NAACP Legal Defense and Education Fund<br>99 Hudson Street Suite 1600<br>New York, NY  10013 | (212) 965-2200 |
| Party name: NAACP Legal Defense & Educational Fund, Inc |  |  |
|  |  |  |
| H. Christopher Bartolomucci | Hogan & Hartson LLP<br>555 Thirteenth Street, N.W.<br>Washington, DC  20004<br>hcbartolomucci@hhlaw.com | (202) 637-5810 |
| Party name: Former State Court Justices Charles Fried and Thomas R. Phillips |  |  |
|  |  |  |
| Paul D. Clement | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530-0001<br>SupremeCtBriefs@USDOJ.gov | (202) 514-2217 |
| Party name: United States |  |  |
|  |  |  |
| Laughlin McDonald | American Civil Liberties Union foundation<br>2725 Harris Tower<br>233 Peachtree Street<br>Atlanta, GA  30303-1504 | (404) 523-2721 |
| Party name: American Civil Liberties Union, et al. |  |  |
|  |  |  |
| Keith A. Noreika | Covington & Burling LLP<br>1201 Pennsylvania Ave. N.W.<br>Washington, D.C., DC  20004-2401 | (202) 662-6000 |
| Party name: Abigail Thernstrom and Stephan Thernstrom |  |  |
|  |  |  |
| Jonathan E. Nuechterlein | 1875 Pennsylvania Ave., N.W.<br>Washington, DC  20006 | (202) 663-6000 |
| Party name: Lawyers' Committee for Civil Rights Under Law |  |  |
|  |  |  |
| Bert W. Rein | Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC  20006<br>brein@wileyrein.com | (202) 719-7000 |
| Party name: Project on Fair Representation |  |  |

| | | |
|---|---|---|
| Gene C. Schaerr | Winston & Strawn LLP<br>1700 K Street, N.W.<br>Washington, DC  20006 | (202) 282-5000 |

Party name: Florida, et al.

| | |
|---|---|
| Kannon K. Shanmugam | Assistant to the Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530 |

Party name: Bob Riley, Governor of Alabama, Appellant v. Yvonne Kennedy, et al.