**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED

2008 AUG -4 P 1: 10

July 31, 2008

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for
the Middle District of Alabama
Post Office Box 711
Montgomery, AL 36101

    Re: Bob Riley, Governor of Alabama
        v. Yvonne Kennedy, et al.
        No. 07-77
        (Your No. 2:05cv1100-MHT)

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you – 1 box.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

        Sincerely,

        William K. Suter, Clerk

        by *[signature]*

        Eleanor L. Baptiste
        Assistant Clerk