IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HONORABLE BOB RILEY, as )<br>Governor of the State of )<br>Alabama, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:05cv1100-MHT |

ORDER

It is ORDERED, on behalf of the three-judge court, that plaintiffs show cause, if any there be, in writing by August 14, 2008, as to why defendant's motion to conduct further proceedings (Doc. No. 87) should not be granted, that is, why, in light of the Supreme Court's decision in <u>Riley v. Kennedy</u>, 128 S.Ct. 1970 (2008), the court's orders of May 1, 2007, and August 18, 2006, should not be vacated and this case dismissed.

DONE, this the 7th day of August, 2008.

                            /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE