IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK,     Plaintiffs,     v. HONORABLE BOB RILEY, as Governor of the State of Alabama,     Defendant. | ) ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO.     2:05cv1100-MHT |

ORDER

It is ORDERED that plaintiffs show cause, if any there be, in writing by August 14, 2008, as to why their motions for attorneys fees (Doc. Nos. 24 & 62) should not be denied in light of the Supreme Court's decision in Riley v. Kennedy, 128 S.Ct. 1970 (2008).

DONE, this the 8th day of August, 2008.


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE