IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES BUSKEY, AND WILLIAM CLARK,<br><br>        Plaintiffs,<br><br>   v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>        Defendant. | CIVIL ACTION NO.<br>2:05-cv-01100-MHT-DRB |

## Plaintiffs' response to orders to show cause

1. In light of the Supreme Court's decision in *Riley v. Kennedy,* 128 S.Ct. 1970 (2008), the plaintiffs agree that this court's orders of May 1, 2007, and August 18, 2006, should be vacated, and this case should be dismissed.

2. Plaintiffs withdraw their motions for attorneys' fees (Docs. 24 and 62).

Submitted by,

/s/ Edward Still

| | |
|---|---|
| Cecil Gardner<br>Vance McCrary<br>The Gardner Firm<br>Post Office Drawer 3103<br>Mobile AL 36652<br>   phone 251-433-8100<br>   fax 251-433-8181<br>   email cgardner@gmlegal.com<br>   email vmccrary@gmlegal.com | Edward Still<br>2112 11th Avenue South<br>Suite 201<br>Birmingham AL 35205-2844<br>   phone: 205-320-2882<br>   fax: 877-264-5513<br>   email: Still@votelaw.com |

CERTIFICATE OF SERVICE

I certify that on 12 August 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

>Margaret L. Fleming, Esq.
>Misty Fairbanks, Esq.
>Assistant Attorney General
>Office of the Attorney General of Alabama
>11 South Union Street
>Montgomery, AL 36130-0152

/s/ Edward Still