IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, ) <br> BUSKEY & WILLIAM CLARK, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> HONORABLE BOB RILEY, as ) <br> Governor of the State of ) <br> Alabama, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 2:05cv1100-MHT |

**ORDER**

Based upon plaintiffs' response (Doc. No. 93), it is ORDERED that plaintiffs' motions for attorneys fees (Doc. Nos. 24 and 62) are withdrawn.

DONE, this the 13th day of August, 2008.

                                    /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE