IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YVONNE KENNEDY, JAMES, BUSKEY & WILLIAM CLARK, ) ) ) Plaintiffs, ) ) ) v. ) ) ) HONORABLE BOB RILEY, as Governor of the State of Alabama, ) ) ) ) Defendant. ) | CIVIL ACTION NO. 2:05cv1100-MHT (WO) |

## JUDGMENT

By agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that the court's orders of May 1, 2007 (Doc. No. 48), and August 18, 2006 (Doc. No. 23), are vacated and this case is dismissed in its entirety.

It is further ORDERED that costs are taxed against the plaintiffs, for which execution may issue.

DONE, this the 13th day of August, 2008.

/s/ Stanley Marcus
UNITED STATES CIRCUIT JUDGE

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE